```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/6/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
Jane Doe,

                Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND INDIVIDUAL DOES 1-10,

                Defendants.

24 Civ. 7975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 24, 2024, Plaintiff moved to proceed anonymously. ECF No. 24. When deciding whether a plaintiff may proceed anonymously, courts balance "the plaintiff's interest in anonymity" against "both the public interest in disclosure and any prejudice to the defendant." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). Relevant factors include, *inter alia*, "whether the litigation involves matters that are highly sensitive and of a personal nature," "whether identification poses a risk of retaliatory physical or mental harm to the party seeking to proceed anonymously or even more critically, to innocent non-parties," and "whether the plaintiff is particularly vulnerable to the harms of disclosure." *Id.* at 190 (cleaned up) (citations omitted).

      Plaintiff has made a preliminary showing that her interest in anonymity outweighs the interest of the public and any prejudice to Defendants, *see* ECF Nos. 1, 26, so her motion is provisionally GRANTED. However, the balance of these interests may shift as this matter proceeds, and Defendants deserve to be heard on the issue. Accordingly, within 30 days after being served with the complaint, Defendants may file any response in opposition. The Court reserves judgment on whether to grant Plaintiff's motion on a more permanent basis.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

      SO ORDERED.

Dated: November 6, 2024
       New York, New York

                                                              ANALISA TORRES
                                                    United States District Judge