UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Jane Doe,

                        *Plaintiff*,                                        No. 1:24-cv-07975

            v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL            **PROPOSED ORDER**
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, INDIVIDUAL DOES 1-10,
and SHAWN CARTER

                        *Defendants*.

--------------------------------------------------------X


        Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane

Doe" is GRANTED.



Date: _____                    _____
                                          Hon. Judge Presiding
                                          United States District Judge