UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                               Plaintiff,<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,<br><br>                               Defendant. | Case No. **24-cv-07975-AT**<br><br>**NOTICE OF APPEARANCE OF ALEX SPIRO** |

**PLEASE TAKE NOTICE** that Alex Spiro (NY Bar No. 4656542) of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 295 5th Avenue, New York, NY 10016, hereby appears as counsel of record in the above-captioned matter for Defendant Shawn Carter.  I certify that I am admitted to practice in this Court.

| | | |
|---|---|---|
| DATED: | New York, New York<br>December 9, 2024 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |

*/s/ Alex Spiro*
Alex Spiro
295 5th Avenue
New York, NY 10016
Tel: (212) 849-7000
alexspiro@quinnemanuel.com

*Attorney for Defendant Shawn Carter*

2