UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Jane Doe,<br>　　　　Plaintiff,<br>　　v.<br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER<br>　　　　Defendants. | X<br><br><br><br><br><br>24-cv-07975-AT<br><br><br><br><br><br><br><br>X |

**NOTICE OF DEFENDANT SHAWN CARTER'S MOTION TO DENY PLAINTIFF'S REQUEST TO PROCEED ANONYMOUSLY PURSUANT TO FED. R. CIV. P. 10(a) OR TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendant Shawn Carter will move this Court before the Hon. Jessica G. L. Clarke, 500 Pearl St., New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 10(a) of the Federal Rules of Civil Procedure requiring Plaintiff to refile her complaint with her true name, or in the alternative, dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

DATED:   December 9, 2024

           QUINN EMANUEL URQUHART &
             SULLIVAN, LLP

           By: /s/ *Alex Spiro*
           _____

           Alex Spiro
           295 5th Avenue
           New York, New York 10016-7103
           (212) 849-7000

           Attorneys for Shawn Carter