UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

—————————————————————— X

Jane Doe,

               Plaintiff,

      v.

SEAN COMBS, DADDY'S HOUSE
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS ENTERPRISES
LLC, BAD BOY ENTERTAINMENT
HOLDINGS, INC., BAD BOY PRODUCTIONS
HOLDINGS, INC., BAD BOY BOOKS
HOLDINGS, INC., BAD BOY RECORDS LLC,
BAD BOY ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, INDIVIDUAL DOES 1-10, AND
SHAWN CARTER

               Defendants.

**24-cv-07975-AT**

—————————————————————— X

### DECLARATION OF ALEX SPIRO IN SUPPORT OF DEFENDANT SHAWN CARTER'S MOTION TO DENY PLAINTIFF'S REQUEST TO PROCEED ANONYMOUSLY PURSUANT TO FED. R. CIV. P. 10(a) OR TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)

I, Alex Spiro, declare as follows:

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan LLP.  If called as a witness, I could and would testify competently to the information contained herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the complaint in Civil Action No. 248MCV05637, in the Superior Court of the State of California, County of Los Angeles.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Opinion & Order Denying Motion to Proceed Under a Pseudonym in Civil Action No. 24-cv-8054 in the United States District Court for the Southern District of New York.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Opinion & Order Denying Motion to Proceed Under a Pseudonym in Civil Action No. 23-CV-10628 in the United States District Court for the Southern District of New York.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Instagram post from the account of Anthony Buzbee dated December 8, 2024.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of the Twitter post from the account of Anthony Buzbee dated December 8, 2024.


I declare under the penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on the 9th day of December 2024.


DATED:    December 9, 2024                              /s/ *Alex Spiro*_____

                                                                          Alex Spiro