# EXHIBIT 1

Michael T. Lifrak (CA Bar No. 210846)
Mari Henderson (CA Bar No. 307693)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St. – 10th Floor
Los Angeles, CA 90017
michaellifrak@quinnemanuel.com
marihenderson@quinnemanuel.com
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Plaintiff John Doe*

Electronically FILED by
Superior Court of California,
County of Los Angeles
11/18/2024 9:13 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Sam, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE BUZBEE LAW FIRM, ANTHONY G. BUZBEE,<br><br>        Defendants. | CASE NO. 24SMCV05637<br><br>**COMPLAINT FOR EXTORTION AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**<br><br><u>DEMAND FOR JURY TRIAL</u> |

Complainant John Doe, by and through his attorneys, brings this Complaint against Defendants The Buzbee Law Firm and Anthony G. Buzbee for extortion, intentional infliction of emotional distress, and a civil harassment restraining order.

**INTRODUCTION**

1.      Plaintiff John Doe is the victim of a scheme by Defendant Anthony G. Buzbee and his firm, The Buzbee Law Firm (collectively, "Buzbee" or "Defendants"), who are shamelessly attempting to extort exorbitant sums from him or else publicly file wildly false horrific allegations against him.  Defendants have threatened to unleash entirely fabricated and malicious allegations of sexual assault—including multiple instances of rape of a minor, both male and female—against Plaintiff if he refuses to comply with their demands. These baseless accusations are nothing more than a weapon in a calculated plot to destroy Plaintiff's high-profile reputation for profit, despite the complete absence of any factual basis for such claims.

2.      This is not the first time Defendants have been involved in an extortionate scheme to extract money from high profile individuals by threatening baseless legal action.  Just three years ago, the Federal Bureau of Investigation ("FBI") opened an extortion investigation in connection with Defendants' clients pursuit of football player Deshaun Watson for allegations of sexual misconduct.  According to Watson's then-attorney, the FBI investigated "whether one of Buzbee's claimants against Watson had committed extortion in the way they were demanding money…or what they would do if he didn't pay up."[1]  Ultimately, the criminal cases Defendant threatened to pursue against Watson were rejected by two separate grand juries and were never criminally prosecuted, further evidence that the baseless sexual misconduct claims in Defendants' demand letter would not have held up in civil court either.  As an example of how the Defendants use the media as a weapon to further exert pressure on his high-profile targets, Buzbee publicly proclaimed that he would submit affidavits from the alleged victims to police, but he never did.[2]

---

[1]  https://www.khou.com/article/news/local/deshaun-watson-fbi/285-3b4e5cae-7c8e-4b30-bac3-cf60ab2ed00d

[2]  https://abc13.com/deshaun-watson-houston-texans-quarterback-lawsuits-civil-sued/10448283/

3.      Defendants have also taken up representations against high profile individuals who were targeted or set up by individuals seeking a pay day.  For example, Defendants brought suit against rappers Yella Beezy and Chris Brown after four men snuck back stage to provoke them into an altercation.[3]

4.      In addition to shaking down high-profile individuals with dubious claims he knows will not stand up in court, Buzbee often employs unscrupulous litigation tactics after filing suit.

5.      In one notable case, a federal court invalidated a referral agreement between Buzbee and a known fact witness in the case, which entitled the witness to 15% of the gross attorneys' fees awarded if the plaintiff was victorious. *Haywood v. Univ. of Pittsburgh*, No. 11-1200, 2012 U.S. Dist. LEXIS 179045, at *2. The Court held that such agreements were "invalid as a matter of public policy" and prohibited Buzbee from paying the witness any fee.

6.      In another unscrupulous move, to get a case heard in a favorable venue, Buzbee submitted "venue pleadings and [a client] affidavit" characterized as "at best, incorrect, and at worst, fraudulent." *See In re Lowe's Home Ctrs., LLC*, 531 S.W.3d 861 (Tex. App. 2017). After the defendant's counsel notified Buzbee's firm "that his clients misrepresented facts" that "affected the trial court's venue determination," Buzbee unilaterally nonsuited the case and refiled a substantially similar case in another favorable venue.

7.      Buzbee has also allegedly used his connections when navigating the judicial system, for his personal benefit, in a criminal case brought against him.  Buzbee was arrested in March of 2016 for driving while under the influence. But Harris County District Attorney Devon Anderson personally dismissed the case after Buzbee completed pretrial intervention.

8.      The dismissal raised significant concerns because having the District Attorney sign off on the dismissal was "exceedingly rare;" the pretrial intervention program generally lasts a year while Buzbee's cased was dismissed after 8 months; and there did not appear to be a formal contract for the DWI pretrial diversion program in Buzbee's file. Houston Mayor Sylvester Turner used the controversial dismissal as part of a political attack ad in Mayor Turn's successful defense

---

[3]  https://www.nbcdfw.com/news/local/chris-brown-dallas-rapper-yella-beezy-sued-over-alleged-assault-in-texas/3598675/

COMPLAINT FOR EXTORTION

against Buzbee's run for mayor in 2019, accusing lawyers from Buzbee's firm of donating to District Attorney Anderson while Buzbee's DWI case was pending.

9.     Earlier in his career, Buzbee was selected to serve as briefing attorney for United States District Court Samuel B. Kent. Buzbee then gained a reputation for being on Judge Kent's favored list.

10.     In 2001, 85 of Judge Kent's cases being handled by Buzbee's firm were transferred to another District Court Judge "In the interest of the improved administration of justice." Judge Jerry Buchmeyer, then Chief Judge of the Northern District of Texas commented that the transfer was uncommon, unusual and that he did not "think we would do that."

11.     Buzbee represented several victims of the 2005 explosion at BP's Texas refinery. On October 6, 2006, Judge Kent entered a crucial order requiring BP's CEO to be deposed in the case. An anonymous source reported to the press that minutes after Judge Kent ordered the deposition, Judge Kent jumped in Buzbee's Aston Martin to go to lunch. Within weeks of Judge Kent's order, Buzbee settled his cases with BP.

12.     In 2009, Judge Kent pled guilty to obstruction of justice and acknowledged that he had nonconsensual sexual contact with two women. Judge Kent was sentenced to 33 months in prison. Although four articles of impeachment were passed by the House of Representatives against Judge Kent, Judge Kent resigned before his trial in the Senate concluded.

13.     Defendants pursue claims they know will not stand up in a court of law, but target high profile individuals who fear being tried in the court of public opinion could be worse than going along with the racket.  Defendants do so through a combination of sending a demand letter with vague allegations of horrific conduct, and then amplify the message broadly in the press. Earlier this year, Defendants targeted football player Brandon McManus, in what Mr. McManus's attorney deemed an "extortionate plot," again threatening a public sexual assault lawsuit.[4] The

---

[4]  https://www.outkick.com/sports/attorney-commanders-kicker-brandon-mcmanus-sexual-assault-extortion

claims Defendant threatened to file in court if Mr. McManus did not pay were investigated by the National Football League, who found "insufficient evidence" for the claims and closed their case.[5]

14.    Now, in a fact pattern eerily similar to what Mr. Watson, Mr. McManus, and other high-profile targets were subjected to, Plaintiff is on the receiving end of another one of Defendants' extortionate plots.

15.    Defendants have an established pattern of making threats and then using third parties to contact the extortion victim, thereby acting as puppet masters, orchestrating their extortion plots from behind the scenes.  They follow a clear playbook: fabricate outrageous allegations, send a threatening demand letter through intermediaries, and weaponize the media to destroy their victims' reputations if they do not pay.  This tactic applies relentless pressure while allowing Defendants to distance themselves from direct involvement, making their extortion even more insidious.  By pulling the strings through third parties, Defendants not only escalate the intimidation but also shield their own actions from scrutiny, amplifying the harm to their victims while cloaking themselves in plausible deniability.  Not anymore.

16.    In the wake of explosive allegations against Sean Combs (a/k/a "P. Diddy," a/k/a "Puff Daddy," a/k/a "Diddy," a/k/a "PD," and a/k/a "Love") in lawsuits filed by eight women and one man, resulting in his indictment for racketeering, sex trafficking by force, and transportation for purposes of prostitution, Defendants have managed to find some 120 plaintiffs (half male and half female), including 25 minors, who claim to have been sexually assaulted by Combs and others.

17.    Much like other revelations in the #MeToo Movement, the eight women and one man suing Combs sought to find justice by proceeding in their own names in a court of law.  Meanwhile, Defendants have created a new pocket industry that capitalizes on the bravery of those victims who came forward to shakedown innocent celebrities, politicians, and businesspeople with an army of masked accusers.  Through use of a hotline advertised at press appearances and on a website, Defendants leveraged the media attention from the Combs allegations coming to life to

---

[5] https://www.espn.com/nfl/story/_/id/41535426/nfl-discipline-kicker-brandon-mcmanus-source-says

send the message that there is money to be made by calling the hotline, and nobody would ever have to know it was you.

18.     With Combs behind bars, and payment unlikely to be forthcoming any time soon, Defendants devised a scheme to obtain payments through the use of coercive threats from anyone with any ties to Combs—no matter how remote—who was of sufficient means and reputation for Defendants to expect they would pay an exorbitant sum of money rather than be named. Defendants specifically targeted high-profile individuals who would suffer immeasurable loss from being publicly accused of committing sex crimes, including drugging and raping minors, even if those allegations are false.

19.     In order to effectuate their campaign of widespread extortion and extract the maximum amount of money from as many high-profile individuals as possible, Defendants concocted a narrative alleging the worst harm imaginable, including stories of alleged child victims, both male and female, who were as young as nine years old at the time of their rape.

20.     Through a series of media statements and lawsuits describing the acts of unnamed individual defendants, Buzbee made his threats to his celebrity targets clear—pay exorbitant sums of money to remain anonymous, or be publicly named and shamed, offered up to the FBI for criminal investigation, and accused of vile acts in statements to the media.

21.     After making the consequences for noncompliance with his shakedown clear, Defendants closed in on their targets, sending demand letters to high-profile individuals, including Plaintiff John Doe, accusing them of participating in Combs' crimes.

22.     In November 2024, Defendants made demands by written correspondence ("Extortion Demands") to Plaintiff containing false allegations of vile conduct by Plaintiff, who Extortion Demands characterize as having been friends with Mr. Combs based on the fact that the two often attended similar events frequented by celebrities.

23.     The Extortion Demands alleged that Plaintiff raped multiple minors, both male and female, who had been drugged at parties hosted by Combs.

24.     In the Extortion Demands, Defendants further threatened to find an untold number of other "victims" to bring claims similar against Plaintiff, that because the specious allegations in the demands had been made, there would certainly be more.

25.     Defendants put a ticking clock on the Extortion Demands, threatening to "take a different course" if Plaintiff did not commit to a "confidential mediation" to "resolve this delicate and important matter" by the deadline.

26.     Defendants' actions violate Rule 5-100(A) of the California Rules of Professional Conduct prohibiting attorneys from "threaten[ing] to present criminal, administrative, or disciplinary charges to obtain an advantage in a civil dispute."

27.     Plaintiff presently faces a gun to his head—either repeatedly pay an exorbitant sum of money to stop Defendants from the wide publication of wildly false allegations of sexual assault that would subject Plaintiff to opprobrium and irreparably harm Plaintiff's reputation, family, career and livelihood, or else face the threat of an untold number of civil suits and financial and personal ruin.  The theme of Defendants' statements and correspondence is the immediate and extensive threat of exposure if Plaintiff fails to make a sufficient offer of money. This is textbook extortion.

28.     Buzbee pretends to be speaking truth to power, but that is far from the truth. Defendants claim to be investigating the facts, but the reality is they are finding deep pockets and trying to smear all of them with the same brush.  It is a cynical extortion scheme that is dressed up in vindicating victims of actual sexual abuse.  Defendants corrupting this righteous cause by trying to monetize the victimization of the women who suffered at the hands of this one guy.

**PARTIES**

29.     Plaintiff JOHN DOE is a celebrity and public figure who resides in Los Angeles, California.  Plaintiff brings this action under the pseudonym "John Doe" to avoid the irreparable harm to reputation that he seeks to prevent though this action. Plaintiff will disclose his identity to the Court through a sealed, *in camera* filing or as the Court otherwise deems appropriate.

30.     Defendant THE BUZBEE LAW FIRM is, on information and belief, a professional corporation with its principal place of business in the Houston, Texas.

-6-

COMPLAINT FOR EXTORTION

31.     Defendant ANTHONY G. BUZBEE is, on information and belief, an attorney licensed to practice in the State of Texas and the State of New York, and is the owner of THE BUZBEE LAW FIRM.  THE BUZBEE LAW FIRM and ANTHONY G. BUZBEE may hereinafter be referred to collectively as "Buzbee."

## JURISDICTION AND VENUE

32.     The Court has personal jurisdiction over Defendants in this action.  The extortionate acts of Defendants took place in California where Plaintiff resides and was located when he received the Extortion Demands.  In addition, allegations in the Extortion Demands concern events that allegedly occurred in California.

33.     Venue is proper in the County of Los Angeles.  The relevant activities of Defendants took place in the County of Los Angeles where Plaintiff resides and was located when he received the Extortion Demands.  In addition, allegations in the Extortion Demands concern events that allegedly occurred in a residence located in the County of Los Angeles.

## STATEMENT OF FACTS

**A.     Defendants Used Their Representation of Diddy Accusers to Kick Off a Campaign of Threats and Harassment Against Others Affiliated with Diddy**

34.     On September 16, 2024, Sean Combs (a/k/a "P. Diddy," a/k/a "Puff Daddy," a/k/a "Diddy," a/k/a "PD," and a/k/a "Love") was arrested and charged with racketeering, sex trafficking by force, and transportation for purposes of prostitution.

35.     On September 17, 2025, the indictment ("Combs Indictment") charging Combs was unsealed, revealing allegations that for decades, Combs "threatened, and coerced women and others around him to fulfill his sexual desires, protect his reputation, and conceal his conduct." **Exhibit A** (Combs Indictment) ¶ 1.

36.     The Combs Indictment further alleges that Combs "relied on the employees, resources, and influence of the multi-faceted business empire that he led and controlled—creating a criminal enterprise whose members and associates engaged in, and attempted to engage in, among other crimes, sex trafficking, forced labor, kidnapping, arson, bribery, and obstruction of justice."  Ex. A ¶ 2.

37.     The Combs Indictment does not mention any sexual misconduct by other "celebrities" or high profile individuals.

38.     Still, Combs' arrest and indictment set off a media frenzy, with coverage by all major new outlets regarding speculation of what other celebrities may have been involved in the parties described by the Combs Indictment.

39.     Any association with Combs became toxic.  Other members of the entertainment industry were quick to make public statements condemning Combs and distancing themselves from him.

40.     Trading off the immense media coverage that came from the Combs Indictment, on September 27, 2024, Buzbee posted to Instagram that The Buzbee Law Firm would be acting "as Lead Counsel to pursue claims on behalf of more than fifty individuals who suffered sexual assault and abuse at the hands of Sean 'Diddy' Combs and his cohorts."  Buzbee ominously warned that "***many other individuals will be implicated***."  **Exhibit B** (Buzbee Instagram Post) (emphasis added).

41.     Buzbee followed up a press release on September 29, 2024 announcing that he would be holding a press conference where "information will be made available for the first time to the public regarding claims made by victims against Sean 'Diddy' Combs ***and other alleged perpetrators where rape, sexual assault, and sexual exploitation are alleged***."  The press release continued, "Details provided at the conference will include information regarding ***other potential defendants***."  The press release also included the following quote attributed to Defendant Buzbee: "This is an important matter that we intend to aggressively pursue.  We will leave no stone unturned to find all potentially liable parties, to include any individual or entity who participated in or benefitted from this egregious behavior."  **Exhibit C** (Buzbee Press Release) (emphasis added).

42.     On October 1, 2024, Defendants held a press conference in which Buzbee warned about the consequences of refusing to settle with his clients out of court.[6]  With a banner showing

---

[6] https://www.fox26houston.com/video/1525043

the number to a hotline for new claimants, Buzbee made the following comments with the intent to send a clear message and shakedown high profile individuals who had not yet been implicated in Combs' alleged crimes:

    a.  "We will find the silent accomplices.  We will expose the enablers who enabled this conduct behind closed doors.  We will pursue this matter who the evidence implicates."  **Exhibit D** (Oct. 1, 2024 Press Conference Tr.) 2:17-21.

    b.  "We now represent 120 individuals who intend to bring civil claims in civil court against Sean "Diddy" Combs, as well as claims against many other individuals and entities that we will name as defendants as we file these individual cases.  And you should know, to the extent the clients feel comfortable, we also intend to make these individuals available to the authorities, specifically to the FBI.  Ex. D 3:9-17.

    c.  "Now I know this.  Many of you came here thinking or hoping or perhaps believing that I may start naming names.  Well, that day will come, but it won't be today.  **The day will come when we will name names other than Sean Combs.**  And there's a lot of names.  Um, it's a long list already.  And of course, I already know who some of these individuals are."  Ex. D 11:20-12:5.

    d.  "**[W]hat we've been told are names that will shock you**.  These are individual cases.  There are indeed other perpetrators involved.  They will be revealed when that particular individual case is ready to be filed.  They already know who they are.  And I'm talking here not just about the cowardly and complicit bystanders.  That is, those people we know watched this behavior occur and did nothing.  I'm talking about the people that participated, encouraged, egged it on.  They know who they are.  I call them the facilitators of foul play.  Willing participants in vile conduct.  **As we identify them, each will be part of this case as defendants**."  Ex. D 12:10-13:1.

    e.  "These people who know who they are should just come forward now.  I would imagine as we speak here, there are a myriad of people who are very nervous.  You can't hide skeletons in the closet forever."  Ex. D 14:5-10.

    f.  "We welcome the FBI or any authority who wants to come to us, and we're going to make that available to these victims, because I think that's important.  My suspicion is based on talking with these folks is that that, you know, the FBI is just not aware of these people.  The FBI has talked to some of these folks.  And I'm going to try to make - - encourage the victims to in fact talk to the FBI because I think they have some very important things to say."  Ex. D 31:10-19.

COMPLAINT FOR EXTORTION

43.     Notwithstanding the rhetoric, Defendants intentionally failed to identify at the press conference who these amorphous "perpetrators" might be—nor have they done so since.  The purpose of his ominous press conference was clear: extract lucrative pre-filing settlements from these perpetrators, or else he would announce names.

44.     The next day, in an interview with Law and Crime news on October 2, 2024[7], Buzbee made clear the scope of his scheme, claiming that he would "find and ferret out all the people involved, facilitated, benefitted from, profited from, and make sure that they are parties in these cases as we file them.  **Exhibit E** (Oct. 2, 2024 Interview Tr.) 10:5-8.  Buzbee set the stage to bring claims against his victims despite an absence of evidence through the use of intimidation, stating "I have no doubt that there are people right now who know that they were somehow involved in this who are now scrubbing their social media, who are searching their memories, who are deleting their texts, probably deleting pictures and trying to distance themselves from this.  And we know who they are or we will find out who they are.  So, you know, this is—this is not something that's going to happen overnight, but I think we're at the tip of the iceberg here." *Id.* at 10:10-19.  And to those who refused to cooperate, Buzbee made the consequences crystal clear: "What I'm hoping is, and I'm encouraging my clients . . . [to] make themselves available to the federal authorities, to get—tell their story and I expect the indictment will grow." *Id.* at 13:17-21.

45.     One day later, Buzbee told Steven Smith in an interview[8] that he intended to "make sure I capture a wide net and capture everybody involved and that's what I'm – that's what I'm trying to do.  And part of the – part of the purpose of the press conference was to encourage people that witnessed some of these events to come forward, and that's happening now." **Exhibit F** (Oct. 3, 2024 Smith Interview Tr.) 20:5-11.

46.     Also on October 3, 2024, in an interview with Chris Hansen[9], Buzbee reiterated his threats to targets who refused to cooperate:

---

[7] https://www.youtube.com/watch?v=aK3G5asaDhs

[8] https://www.youtube.com/watch?v=nAqQn7NskFc

[9] https://www.youtube.com/watch?v=0gM0S-SgNnw

a.  "I expect that some of the, the, the people that were the closest to Sean Combs, who are with him at all times, will probably talk.  I think, you know, the federal government is really good, as you know, at getting people who are not the targets to talk.  I expect that will happen.  I expect the indictment and the charges in the indictment will grow.  I expect other people will be implicated, so I think that, like I say, I think we're only seeing the tip of the iceberg here."  **Exhibit G** (Oct. 3, 2024 Hansen Interview Tr.) 21: 16-22:3.

b.  "I call it the, you know, the the facilitators.  You know, obviously the people that participated in this are terrible, terrible actions and terrible conduct and, and should be prosecuted and put underneath the jail."  Ex. G 24:3-7.

c.  "But you know what really irks me are the people that saw this happening, that enjoyed, enjoyed themselves while it was happening, that fancy themselves as upstanding people and knew this was happening and continue to go to these parties knowing this was going to happen.  And they were in my view just as complicit.  And - - and whether they, you know, they can be criminally charged or even civilly sued, people should know."  Ex. G 24:8-17.

47.  Buzbee presented himself as a crusader for truth and justice but in reality, he is using his public platform to enable him to extract settlements from high profile individuals.

48.  For example, On October 7, 2024, Buzbee told TMZ in an interview that he had sent demand letters out to "a handful of individuals, many of which you've heard of before, and we'll continue to do that," and that they would "aggressively" go after anyone who did not settle out of court—punishing those who try to defend their name and reputation, rather than making a quick payout out of fear their reputation would be tarnished.  **Exhibit H** (Oct. 7, 2024 TMZ Interview Tr.).   Indeed, he went so far as to claim "[a] lot of people allowed it to go on, said nothing, didn't intervene, maybe benefited from it, profited from it. All of these individuals and entities, in my view, have exposure here."  *Id*.  He goes onto say "If you were attending one of these 'parties,' if you will, and you attended before or you knew what was going to happen, . . . in my view, you have a problem."  *Id*.  Buzbee made good on his threat and sent Plaintiff the Extortion Demands after this statement.

49.     The same day, Buzbee also told Shaun Atwood in an interview[10] that his "view is if there were people present, had been at these parties in the past who knew that this was being used and put it in people's drinks or perhaps being put in oil that was rubbed, you know, people rubbing it up on each other, and they allowed that to occur, participated in that, sat there and watched it, didn't intervene or kept it quiet, as far as I'm concerned, you're just as complicit as the individual who coerced and engaged in some sort of sexual exploitation."  **Exhibit I** (Oct. 7, 2024 Atwood Interview Tr.) 14:8-18.  Buzbee also disclosed the success of his strategy: "I will write a letter and usually when I write people a letter, you know, I've been doing this for almost 30 years, usually I get people's attention when I write them a letter."  *Id.* at 25:5-9.

50.     On October 14, 2024, Defendants began filing lawsuits on behalf of anonymous plaintiffs, referred to as "Jane Doe" or "John Doe," claiming to have been brutally assaulted by Combs and others.  Defendants described other individuals alleged to be involved in vague terms with no identifying details and used language to make clear that the complaint could be amended to add any individual who refused to pay Defendants as a named defendant.

A.     **Defendants Targeted Plaintiff for a Shakedown**

51.     Defendants sent Plaintiff multiple ostensibly "confidential" written demands ("Extortion Demands") in November 2024 alleging a litany of vile sexual misconduct committed by Plaintiff.

52.     The Extortion Demands falsely alleged that Plaintiff raped multiple two minors, male and female, who had been drugged at parties hosted by Combs.  The Extortion Demands were the first time Plaintiff learned of these allegations, none of which has any basis in fact.

53.     Defendants threatened in the Extortion Demands to "immediately file" a "public lawsuit" against Plaintiff repeating the same fabricated allegations unless Plaintiff agreed to resolve the matters through mediation for money.

---

[10]  https://podcasts.apple.com/il/podcast/buzbee-live-texas-lawyer-for-120-diddy-alleged-victims/id1434527138?i=1000672177342

COMPLAINT FOR EXTORTION

54.     Some of the allegations were a copy and paste of the allegations in a public complaint filed by Defendants, with the obvious implication being that Defendants would amend that complaint if Plaintiff refused to cooperate.

55.     On information and belief, Defendants used identical language to put Plaintiff on notice that his name would be swapped in as one of the unnamed participants if he did not comply with Defendants' demands.

56.     In the Extortion Demands, Defendants further threatened to find an untold number of other "victims" to bring claims similar against Plaintiff, but did not indicate he had any basis to believe such "victims" exist.  This veiled threat is preceded by the following bolded sentence: "**It has been my experience that when someone does this to a victim once, the likelihood is that they have done the same or similar things to others.**"  This is the only bolded sentence contained in the Extortion Demands, emphasizing its importance among all other allegations and demands.

57.     On information and belief, Defendants referenced additional "victims" to put Plaintiff on notice that Defendants would "find" additional claimants to seek payments from Plaintiff if Plaintiff did not pay out the two claimants referenced in the Extortion Demands, meaning the amount of money Defendants was seeking would balloon.

58.     The Extortion Demands also contained the web address of The Buzbee Law Firm (www.txattorneys.com) in bolded extra-large font at the top.  This website features a page dedicated to the "Sean 'Diddy' Combs Litigation" that contains the video of Defendants' October 1, 2024 press conference as well as text touting Defendants' experience "representing victims in high-stakes cases, including prominent lawsuits against various celebrities and corporations" and "approach to litigation characterized by his aggressive tactics and willingness to take on powerful opponents."

59.     Defendants put a ticking clock on the Extortion Demands, threatening to "take a different course" if Plaintiff did not commit to a "confidential mediation" to "resolve this delicate and important matter" by the deadline, giving Plaintiff a small window of time before making good on their threats.

60.    On information and belief, Defendants intended "take a different course" to be a reference to the threats he made in statements to the media, including that he would report Plaintiff to the FBI, file an untold number of civil suits, and make further statements to the media accusing Plaintiff of being a child rapist.

61.    After receiving the Extortion Demands, Plaintiff contacted Defendants to better understand the basis for the allegations made in the Extortion Demands and whether there was any evidence—or real claimants—behind those claims.  Though Defendants divulged sensitive details pertaining to claimant's accounts in the Extortion Demands and a public lawsuit, Defendants refused to provide any information, including the process for validating the claims, unless Plaintiff entered into confidentiality agreement.  Such an agreement would protect Defendants from being exposed for their own unethical and illegal conduct.

62.    After refusing to provide information supporting the legitimacy of the claims in the Extortion Demands, Defendant Buzbee appeared again on TMZ[11] to confirm that demand letters had been sent to multiple targets and threaten that if a "dialogue" fails, "we [will] just file a lawsuit."  **Exhibit J** (Nov. 14, 2024 Interview Tr.) at 3:7.  Buzbee confirmed he would be bringing claims against "other celebrities, politicians, businesspeople" because "these were very popular parties" and "this was the venue everybody wanted to be invited to."  *Id.* at 2:11-19.  He warned, "if you were there and you knew somebody was being drugged because you had seen it happen in a previous party or previous situation and you didn't do anything, and you allowed it to happen, and you continued to—to enjoy yourself and part and whoop and holler and have a good time, as far as I'm concerned, you are just as liable as the individual who shipped the person in, who paid thee persons that were there, who keep them longer than they thought they were going to be there, who—who bought the drugs, who took the money out of the bank, who—who put the drugs in a little shot of either a lemon shot or some sort of champagne and participated in this egregious kind of—you're just as guilty as far as I'm concerned." *Id.* at 3:12-4:4.

---

[11]  https://www.tmz.com/2024/11/14/diddy-tony-buzbee-warns-celebrities-to-pay-lawsuits-freak-offs/

63.     The allegations in Defendants' extortionate demands are not true. Defendants are well aware, however, of the substantial, irreparable damage such false allegations would do to Plaintiff's well-earned reputation, along with the unavoidable damage to his family and the irreparable damage to his career and livelihood that would result if he made good on the threat to "publicly file" these fabricated lawsuits.

64.     Defendants' false allegations and his threats to wrongfully assassinate Plaintiff's character through the public airing of such revulsive and untrue allegations have caused Plaintiff emotional distress including anxiety and fear for himself and his family. Defendants' attempted extortion of Plaintiff for money through such untrue, lewd allegations constitutes intentional, outrageous conduct that was intended to and did in fact cause Plaintiff serious mental injury, amounting to an intentional infliction of emotional distress for which Plaintiff is entitled to recover compensatory and punitive damages.

65.     Plaintiff faces the risk of being falsely labeled with the most heinous accusations imaginable.  Such labels would permanently tarnish his reputation, subjecting him to public scorn and condemnation.  The fallout would irreparably harm his personal and professional life, destroying his career, legacy, and emotional well-being, while causing significant emotional and economic suffering.

**FIRST CAUSE OF ACTION**

**(Extortion)**

66.     Plaintiff repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

67.     Defendants sent the Extortion Demands to Plaintiff with an intent to extort consideration from Plaintiff.

68.     Defendants' actions violate Rule 5-100(A) of the California Rules of Professional Conduct prohibiting attorneys from "threaten[ing] to present criminal, administrative, or disciplinary charges to obtain an advantage in a civil dispute."

69.    Defendants' threats to publicly "accuse" Plaintiff of "a crime" or to "expose, or to impute to him . . . a deformity, disgrace, or crime" unless he acceded to Defendants' demand for an unspecified amount of money constitute extortion under Cal. Penal Code §§ 523, 524.

70.    As a result of Defendants' extortion, Plaintiff has suffered, and will continue to suffer, damages in an amount to be proven at trial.  Plaintiff seeks compensation for all damages and losses caused by Defendants' extortion.

## SECOND CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

71.    Plaintiff repeats and re-alleges, as if fully set forth herein, the allegations of all the preceding paragraphs.

72.    Defendants' conduct, and each part of it, was outrageous and intentional and, as Defendants well knew, was likely to inflict emotional distress on Plaintiff.

73.    As a direct and proximate result of Defendants' actions, Plaintiff in fact suffered emotional distress, causing him damage in an amount to be determined at trial.

74.    Defendants' aforementioned conduct was willful and malicious and was intended to oppress and cause injury to Plaintiff.  Accordingly, Plaintiff is entitled to an award of punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment and relief against The Buzbee Law Firm and Anthony G. Buzbee as follows:

1.    An award of actual damages in an amount to be proven at trial;

2.    An award of punitive damages;

3.    Reasonable costs and attorneys' fees pursuant to applicable law;

4.    Pre- and post-judgment interest as applicable; and

5.    Any other relief the Court deems just and appropriate.

1

## <u>REQUEST FOR JURY TRIAL</u>

2        Plaintiff hereby requests a jury trial on all issues triable thereby.

3

4   DATED:  November 18, 2024        Respectfully submitted,

5                                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

6                                    By: _____

7                                         Michael T. Lifrak
                                          Attorneys for John Doe
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-17-

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED INDICTMENT** |
| v. | 24 Cr. |
| SEAN COMBS,<br>  a/k/a "Puff Daddy,"<br>  a/k/a "P. Diddy,"<br>  a/k/a "Diddy,"<br>  a/k/a "PD,"<br>  a/k/a "Love," | **24 CRIM  542** |
| Defendant. | |

## COUNT ONE
### (Racketeering Conspiracy)

The Grand Jury charges:

Overview

1.     For decades, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy,"
a/k/a "PD," a/k/a "Love," the defendant, abused, threatened, and coerced women and others around
him to fulfill his sexual desires, protect his reputation, and conceal his conduct.  To do so, COMBS
relied on the employees, resources, and influence of the multi-faceted business empire that he led
and controlled—creating a criminal enterprise whose members and associates engaged in, and
attempted to engage in, among other crimes, sex trafficking, forced labor, kidnapping, arson,
bribery, and obstruction of justice.

2.     SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD,"
a/k/a "Love," the defendant, operated his business, headquartered at various times in Manhattan
and Los Angeles, under a variety of United States-based corporate entities, including Bad Boy

Entertainment, Combs Enterprises, and Combs Global (collectively, the "Combs Business"). Corporate entities in the Combs Business included, among other things, record labels, a recording studio, an apparel line, an alcoholic spirits business, a marketing agency, and a television network and media company.

3.    At all times relevant to this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, engaged in a persistent and pervasive pattern of abuse toward women and other individuals. This abuse was, at times, verbal, emotional, physical, and sexual. As part of his pattern of abuse, COMBS manipulated women to participate in highly orchestrated performances of sexual activity with male commercial sex workers. At times, COMBS, and others acting at his direction, made arrangements for women and commercial sex workers to fly to COMBS' location. COMBS ensured participation from the women by, among other things, obtaining and distributing narcotics to them, controlling their careers, leveraging his financial support and threatening to cut off the same, and using intimidation and violence.

4.    Physical abuse by SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, was recurrent and widely known. On numerous occasions from at least in or about 2009 and continuing for years, COMBS assaulted women by, among other things, striking, punching, dragging, throwing objects at, and kicking them. These assaults were, at times, witnessed by others and included one instance at a Los Angeles hotel in or about March 2016, which was captured on video and later publicly reported, where COMBS kicked, dragged, and threw a vase at a woman as she was attempting to leave. When a member of the hotel security staff intervened, COMBS attempted to bribe the staff member to ensure silence.

COMBS' violence was also not limited to these women. It extended to his employees, witnesses to his abuse, and others.

5.    SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, used the Combs Business, including certain employees, to carry out, facilitate, and cover up his abuse and commercial sex. Those employees—including security staff, household staff, personal assistants, and high-ranking supervisors—and other close associates acted as COMBS' intermediaries, and their conduct was facilitated and assisted by COMBS' control of the Combs Business.

The Combs Enterprise

6.    From at least in or about 2008, through on or about the date of the filing of this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, and others known and unknown, were members and associates of a criminal organization (the "Combs Enterprise" or the "Enterprise"). Members and associates of the Combs Enterprise engaged in, and attempted to engage in, among other activities, sex trafficking, forced labor, interstate transportation for purposes of prostitution, coercion and enticement to engage in prostitution, narcotics offenses, kidnapping, arson, bribery, and obstruction of justice.

7.    The Combs Enterprise, including its leadership, its members, and its associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, although not a legal entity. The Combs Enterprise consisted of: (i) SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant; (ii) entities within the Combs Business, including but not limited to Bad

3

Boy Entertainment, Combs Enterprises, and Combs Global; (iii) individuals employed by and associated with the Combs Business; and (iv) others known and unknown.

8.     The Combs Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Combs Enterprise. The Combs Enterprise was engaged in, and its activities affected, interstate and foreign commerce. The Combs Enterprise operated in the Southern District of New York and elsewhere.

9.     At all times relevant to this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, was the leader of the Combs Enterprise.

10.     SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, and others known and unknown, participated in unlawful and other activities related to the conduct of the Combs Enterprise's affairs. These individuals included certain Combs Business employees, such as members of COMBS' security staff, household staff, personal assistants, and high-ranking supervisors, as well as other close associates of COMBS.

<u>Purposes of the Combs Enterprise</u>

11.     The purposes of the Combs Enterprise included the following:

a.     Operating a global business in the media, entertainment, and lifestyle industries, including, among other things, record labels, a recording studio, an apparel line, an alcoholic spirits business, a marketing agency, and a television network and media company;

b.     Preserving, protecting, promoting, and enhancing the power, reputation, and brand of SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, as a musician, entrepreneur, and figure in the entertainment industry;

4

c. Enriching members and associates of the Enterprise, including its leader, COMBS, and in particular those who demonstrated loyalty to COMBS and willingness to conceal his crimes;

d. Preserving, protecting, promoting, and enhancing the power of the Combs Enterprise, including the power of its leader, COMBS, through violence, use of firearms, threats of violence, coercion, and verbal, emotional, physical, and sexual abuse;

e. Fulfilling the personal desires of COMBS, particularly those related to COMBS' sexual gratification, including through the exploitation of women and the use of commercial sex workers;

f. Enabling COMBS and other members and associates of the Combs Enterprise to engage in unlawful acts of violence, including sexual violence; sex trafficking; forced labor; interstate transportation for purposes of prostitution; coercion and enticement to engage in prostitution; narcotics distribution; and other crimes, and concealing the commission of such acts;

g. Securing absolute loyalty from members of the Combs Enterprise, including through acts of violence and threats; and

h. Protecting the Combs Enterprise and its members and associates, including COMBS, from detection and prosecution by law enforcement authorities through acts of intimidation, manipulation, bribery, and threats of retaliation against individuals who witnessed the crimes committed by members and associates of the Enterprise.

### Means and Methods of the Enterprise

12. Among the means and methods by which SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, and other members and

5

associates of the Combs Enterprise conducted and participated in the conduct of the affairs of the Combs Enterprise included the following:

a.      COMBS, and other members and associates of the Combs Enterprise, wielded the power and prestige of COMBS' role at the Combs Business to intimidate, threaten, and lure female victims into COMBS' orbit, often under the pretense of a romantic relationship. COMBS then used force, threats of force, and coercion, to cause victims to engage in extended sex acts with male commercial sex workers that COMBS referred to as, among other things, "Freak Offs." Freak Offs were elaborate and produced sex performances that COMBS arranged, directed, masturbated during, and often electronically recorded. In arranging these Freak Offs, COMBS, with the assistance of members and associates of the Combs Enterprise, transported, and caused to be transported, commercial sex workers across state lines and internationally. Freak Offs occurred regularly, sometimes lasted multiple days, and often involved multiple commercial sex workers. During Freak Offs, COMBS distributed a variety of controlled substances to victims, in part to keep the victims obedient and compliant. Sometimes unbeknownst to the victims, COMBS kept videos he filmed of victims engaging in sex acts with commercial sex workers. After Freak Offs, COMBS and the victims typically received IV fluids to recover from the physical exertion and drug use.

b.      Members and associates of the Combs Enterprise, including high-ranking supervisors, security staff, household staff, personal assistants, and other Combs Business employees, facilitated the Freak Offs by, among other things, booking hotel rooms for the Freak Offs; stocking the hotel rooms in advance with the required Freak Off supplies, including controlled substances, baby oil, lubricant, extra linens, and lighting; cleaning the hotel rooms after the Freak Offs to try to mitigate room damage; arranging for travel for victims, commercial sex

6

workers, and COMBS to and from Freak Offs; resupplying COMBS with requested supplies; delivering large sums of cash to COMBS to pay the commercial sex workers; and scheduling the delivery of IV fluids. In or about March 2024, during searches of COMBS' residences in Miami, Florida and Los Angeles, California, law enforcement seized various Freak Off supplies, including narcotics and more than 1,000 bottles of baby oil and lubricant.

   c. COMBS subjected victims to physical, emotional, and verbal abuse to cause the victims to engage in Freak Offs. COMBS maintained control over his victims through, among other things, physical violence, promises of career opportunities, granting and threatening to withhold financial support, and by other coercive means, including tracking their whereabouts, dictating the victims' appearance, monitoring their medical records, controlling their housing, and supplying them with controlled substances. During and separate from Freak Offs, COMBS, among other things, hit, kicked, threw objects at, and dragged victims, at times, by their hair. These assaults often resulted in injuries that took days or weeks to heal. COMBS also threatened victims' careers and livelihoods, including if they resisted participating in Freak Offs. Victims believed they could not refuse COMBS' demands without risking their financial or job security or without repercussions in the form of physical or emotional abuse. COMBS also used the sensitive, embarrassing, and incriminating recordings that he made during Freak Offs as collateral to ensure the continued obedience and silence of the victims.

   d. Members and associates of the Combs Enterprise, including COMBS' security personnel, at times carried firearms. On more than one occasion, COMBS himself carried or brandished firearms to intimidate and threaten others, including victims of and witnesses to his abuse. In or about March 2024, during searches of COMBS' residences in Miami, Florida and

7

Los Angeles, California, law enforcement seized firearms and ammunition, including three AR-15s with defaced serial numbers, as well as a drum magazine.

        e.     Members and associates of the Combs Enterprise enabled COMBS' control over victims by following his directions regarding financial payments to victims, advancing or suppressing the victims' career opportunities, and acquiring the controlled substances COMBS used to keep the victims compliant.  Members and associates of the Combs Enterprise at times witnessed COMBS' violence toward the victims, or the victims' injuries caused by Combs, without intervening.  Instead, members and associates of the Combs Enterprise helped conceal the violence and abuse by, among other things, assisting COMBS in monitoring and preventing victims from leaving locations, such as hotels or COMBS' residences.  These occasions included instances in which a victim was required to remain in hiding—sometimes for several days at a time—to recover from injuries COMBS inflicted, without being publicly observed.  Members and associates of the Combs Enterprise also assisted COMBS in locating and contacting victims who attempted to flee his abuse.

        f.     When employees, witnesses to his abuse, or others threatened COMBS' authority or reputation, COMBS and members and associates of the Enterprise engaged in acts of violence, threats of violence, threats of financial and reputational harm, and verbal abuse.  These acts of violence included kidnapping and arson.  In addition, on multiple occasions, COMBS threw both objects and people, as well as hit, dragged, choked, and shoved others.

        g.     When COMBS' authority or reputation was threatened by the possibility of negative publicity or legal or law enforcement action against him, including in or about late 2023 following public allegations of COMBS' crimes, COMBS and members and associates of the Enterprise pressured witnesses and victims, including through attempted bribery, to stay silent and

not report what they experienced or knew to law enforcement. On phone calls, COMBS and other members and associates of the Enterprise, among other things, provided these victims and witnesses with a false narrative of events in an effort to conceal COMBS' crimes. COMBS caused these calls to be recorded on at least two occasions.

### The Racketeering Conspiracy

13.    From at least in or about 2008, through on or about the date of the filing of this Indictment, in the Southern District of New York and elsewhere, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, and others known and unknown, being persons employed by and associated with the Combs Enterprise described in paragraphs 6 through 12 of this Indictment, an enterprise engaged in, and the activities of which affected, interstate and foreign commerce, knowingly combined, conspired, confederated, and agreed together and with each other to violate the racketeering laws of the United States, to wit, Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Combs Enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of:

a.    multiple acts involving kidnapping, chargeable under the following provisions of state law: California Penal Code § 207 (kidnapping), California Penal Code §§ 21(a), 664 (attempt), California Penal Code § 31 (aiding and abetting), and California Penal Code § 182 (conspiracy);

b.    multiple acts involving arson, chargeable under the following provisions of state law: California Penal Code § 451 (arson), California Penal Code §§ 21(a), 664 (attempt), California Penal Code § 31 (aiding and abetting), and California Penal Code § 182 (conspiracy);

c.  multiple acts involving bribery, chargeable under the following provisions of state law:  California Penal Code § 137(a) (bribery of a witness), California Penal Code §§ 21(a), 664 (attempt),  California Penal Code § 31 (aiding and abetting), and California Penal Code § 182 (conspiracy);

d.  multiple acts indictable under Title 18, United States Code, Section 1512 (relating to tampering with a witness, victim, or an informant);

e.  multiple acts indictable under Title 18, United States Code, Sections 1589 and 2 (relating to forced labor);

f.  multiple acts indictable under Title 18, United States Code, Sections 1591 and 2 (relating to sex trafficking);

g.  multiple acts indictable under Title 18, United States Code, Sections 2421, 2422, and 2 (relating to transportation and inducement to travel for purposes of prostitution and other illegal sexual activities); and

h.  multiple offenses involving the possession with intent to distribute, or distribution of narcotics and controlled substances, including cocaine, oxycodone, alprazolam, 3,4-Methylenedioxymethamphetamine,      4-Bromo-2,5-dimethoxyphenethylamine,      gamma hydroxybutyric acid, and ketamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), (b)(1)(E), (b)(2), and 846 (distribution and possession with intent to distribute and conspiracy to do the same), and Title 18, United States Code, Section 2 (aiding, abetting, and willfully causing).

14.  It was a part of the conspiracy that SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, agreed that a conspirator would

commit at least two acts of racketeering activity in the conduct of the affairs of the Combs Enterprise.

Notice of Special Sentencing Factor

15.    From at least in or about 2009, up to and including in or about 2018, in the Southern District of New York and elsewhere, as part of his agreement to conduct and participate in the conduct of the affairs of the Combs Enterprise through a pattern of racketeering activity, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, agreed to, in and affecting interstate and foreign commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as described in Title 18, United States Code, Section 1591(e)(2), and any combination of such means, would be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(1).

(Title 18, United States Code, Section 1962(d).)

**COUNT TWO**
**(Sex Trafficking by Force, Fraud, or Coercion)**
**(Victim-1)**

The Grand Jury further charges:

16.    From at least in or about 2009, up to and including in or about 2018, in the Southern District of New York and elsewhere, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, as described in Title 18, United

11

States Code, Section 1591(e)(2), and any combination of such means, would be used to cause the person to engage in a commercial sex act, and attempted, aided and abetted, and willfully caused the same, to wit, COMBS recruited, enticed, harbored, transported, and maintained a person ("Victim-1"), and attempted, aided and abetted, and willfully caused Victim-1, to engage in commercial sex acts, knowing and in reckless disregard of the fact that Victim-1 was engaging in commercial sex acts as a result of force, fraud, and coercion.

(Title 18, United States Code, Sections 1591(a)(1), (b)(1), 1594(a), and 2.)

## COUNT THREE
### (Transportation to Engage in Prostitution)

The Grand Jury further charges:

17.     From at least in or about 2009, up to and including in or about 2024, in the Southern District of New York and elsewhere, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, knowingly transported an individual in interstate and foreign commerce with intent that the individual engage in prostitution, and attempted, aided and abetted, and willfully caused the same, to wit, COMBS transported, aided and abetted, and willfully caused the transportation of female victims and commercial sex workers in interstate and foreign commerce on multiple occasions with the intent that they engage in prostitution.

(Title 18, United States Code, Sections 2421(a) and 2.)

## FORFEITURE ALLEGATIONS

18.     As a result of committing the offense alleged in Count One of this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1963, any and all interests the defendant acquired or maintained in violation of Title 18, United

States Code, Section 1962; any and all interests in, securities of, claims against, and property or contractual rights of any kind affording a source of influence over, the enterprise named and described herein which the defendant established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and any and all property constituting and derived from proceeds obtained, directly and indirectly, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

19.    As a result of committing the offense alleged in Count Two of this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594, any and all property, real and personal, involved in, used, or intended to be used to commit or to facilitate the commission of said offense and any and all property traceable to such property; any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense and proceeds traceable to the commission of said offense.

20.    As a result of committing the offense alleged in Count Three of this Indictment, SEAN COMBS, a/k/a "Puff Daddy," a/k/a "P. Diddy," a/k/a "Diddy," a/k/a "PD," a/k/a "Love," the defendant, shall forfeit to the United States, pursuant to (i) Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offense; and any and all property, real or personal, that was used or intended to be used to commit or facilitate the commission of said offense, and (ii) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any

13

and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## Substitute Assets Provision

21.     If any of the above described forfeitable property, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third person;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

> (Title 18, United States Code, Section 981;
> Title 18, United States Code, Section 1594;
> Title 18, United States Code, Section 1963;
> Title 18, United States Code, Section 2428;
> Title 21, United States Code, Section 853;
> Title 28, United States Code, Section 2461.)



FOREPERSON

Damian Williams
DAMIAN WILLIAMS
United States Attorney

14

# EXHIBIT B

# Instagram

Log In     Sign Up





# EXHIBIT C

4:41

**tonybuzbee** ✔
JPMorgan Chase Tower

...

### FOR IMMEDIATE RELEASE:

*The Buzbee Law Firm and AVA Law Group to Release Information Regarding Pending Lawsuits*

The Buzbee Law Firm and the AVA Law Group will hold a press conference on Tuesday, at 1 pm, CST, at The Buzbee Law Firm Houston Office, 75th Floor, JP Morgan Chase Tower, 600 Travis, Houston, Texas 77002. At the press conference information will be made available for the first time to the public regarding claims made by victims against Sean "Diddy" Combs and other alleged perpetrators where rape, sexual assault, and sexual exploitation are alleged.

At the conference Lead Counsel Tony Buzbee will release pertinent details regarding cases that will be filed on behalf of what is now well over 100 alleged victims. Details provided at the conference will include information regarding other potential defendants, information about the claimants themselves, where the alleged activity occurred, and what allegedly occurred. Mr. Buzbee also intends to share specific compelling stories of victims and take questions.

Also at the conference Mr. Buzbee will discuss the various state laws that apply, the venues where the cases will be filed, and expected next steps. Further, at the conference, Andrew Van Arsdale, co-counsel and attorney with the AVA Law Group, will publish the **Sexual Assault Hotline, 1-800-200-7474** and explain the process when witnesses or victims call that number.

♡ 1,522    ✈ 842

**tonybuzbee** A press conference setting out the claims alleged against Sean "Diddy" Combs and others will be at 1pm, Tuesday, on the 75th floor of Chase Tower. Access is restricted to those with press credentials only. The Buzbee Law Firm and the AVA Law Group represent well over 100 individuals at this point.

If you've been victimized or have witnessed such, call the Sexual Abuse Hotline at 1-800-200-7474. Be brave!!

www.txattorneys.com

September 29

4:42

**tonybuzbee** ✔
JPMorgan Chase Tower

· · ·

**According to Buzbee**: "This is an important matter that we intend to aggressively pursue. We will leave no stone unturned to find all potentially liable parties, to include any individual or entity who participated in or benefitted from this egregious behavior. As we do this important work, we ask that the public understand it is very difficult and takes an incredible amount of courage for victims to come forward. I ask that we treat these brave individuals with the dignity and compassion that they deserve as they go through this trying time. Further, I'm also asking that if you have been victimized, or are a witness to the alleged behavior, please come forward. Your identify will remain confidential at this time."

*Details of conference: Those without press credentials will not be admitted. Uniformed police personnel will be present. The 75th Floor of Chase Tower has a maximum capacity of 100 persons; it is encouraged that members of the press arrive early to gain admission.*

---**Attorney Tony Buzbee** is with The Buzbee Law Firm, headquartered in Houston, Texas and can be found on the web at www.txattorneys.com. **Inquiries:** tbuzbee@txattorneys.com; **713-223-5393.**
---**Attorney Andrew Van Arsdale** is with AVA Law Group, PPLC headquartered in San Diego, California. and can be found on the web at www.avalaw.com.

· ●

♡ **1,522**    ✈ **842**    🔖

**tonybuzbee** A press conference setting out the claims alleged against Sean "Diddy" Combs and others will be at 1pm, Tuesday, on the 75th floor of Chase Tower. Access is restricted to those with press credentials only. The Buzbee Law Firm and the AVA Law Group represent well over 100 individuals at this point.

If you've been victimized or have witnessed such, call the Sexual Abuse Hotline at 1-800-200-7474. Be brave!!

www.txattorneys.com

September 29

# EXHIBIT D

TRANSCRIPT OF VIDEO-RECORDED

PRESS CONFERENCE


"DIDDY LAWSUITS. LAWYER FOR MORE THAN 100 ALLEGED

VICTIMS SPEAKS"


https://www.fox26houston.com/video/1525043

Job No.: 561200

Pages: 1 - 33

Transcribed by: Christian Naaden

```
1              P R O C E E D I N G S

2

3         TONY BUZBEE:  Hello everyone. My name is Tony

4    Buzbee. I'm a lawyer here in Houston. I'm licensed in

5    Texas and in New York. And I'll introduce other members

6    of our team as they speak.

7              As many of you know, our law firm has been at

8    the forefront of some of the most important litigation

9    in the United States. We like the tough cases. We

10   thrive in the complicated cases. We've handled over the

11   last 25 years some very big and very important cases. I

12   believe that this first may surpass them all. There are

13   many facets to this.

14             The conduct we will describe today occurred

15   over more than 20 years. There are many people and many

16   entities involved, and we're going to follow this

17   evidence wherever it takes us. We will find the silent

18   accomplices.

19             We will expose the enablers who enabled this

20   conduct behind closed doors. We will pursue this matter

21   no matter who the evidence implicates. These brave

22   victims who have stepped forward deserve nothing less.
```

1          The biggest secret in the entertainment

2   industry that really wasn't a secret at all has finally

3   been revealed to the world. The wall of silence has now

4   been broken and victims are coming forward.

5          Our team has had at this point, more than 3000

6   and 285 individuals contact us, with people claiming

7   people claiming to have been victimized by Sean Combs

8   after vetting.

9          We now represent 120 individuals who intend to

10  bring civil claims in civil court against Sean "Diddy"

11  Combs, as well as claims against many other individuals

12  and entities that we will name as defendants as we file

13  these individual cases.

14  TONY BUZBEE:  And you should know to the

15  extent the clients feel comfortable, we also intend to

16  make these individuals available to the authorities,

17  specifically to the FBI.

18         And you should also know a few of them have

19  already been spoken to by the FBI. Now, before we

20  discuss the nature of the claims and claimants

21  themselves, let me comment on the large volume of calls

22  we have received since our first announcement.

1       Even before the indictment of Sean Combs, we

2   had received a small volume of calls and had screened a

3   handful of cases after the indictment of Sean Combs and

4   the announcement that we were pursuing these claims,

5   the floodgates opened.

6       People who wouldn't otherwise, for a variety

7   of reasons, are now stepping forward to make their

8   voices heard and to pursue justice. But no, most of

9   these people are scared. They fear backlash in their

10  communities.

11      They fear backlash in their own families. They

12  are afraid of retaliation from the perpetrators and

13  their associates. They are rightly afraid for their own

14  personal safety. I expect that through this process,

15  many powerful people will be exposed. Many dirty

16  secrets will be revealed.

17      We know what we are potentially up against.

18  And as is always the case in situations like this, when

19  a celebrity is involved, people can be downright mean

20  and nasty.

21      You would be shocked at the length fans will

22  go, no matter the evidence to the contrary, to defend

1   celebrities they love. I mean, there's a reason for

2   this word "fans."

3         They're fanatics. I've personally already been

4   threatened multiple times on social media, and when I

5   agreed to pursue this, I expected as much. This isn't

6   my first rodeo, but victims who step forward to have

7   their voices heard should not be subjected to that kind

8   of conduct.

9         They should not be targeted. I want to say

10  this, and I want to be clear about it. Although we are

11  vetting each call as stringently as we can, I always

12  start with a mindset that I believe victims. I believe

13  victims because I understand the tremendous courage it

14  takes to step forward.

15        So if you're watching this, please hear me. If

16  you're out there and you have been victimized, you are

17  not alone. There is a great strength in numbers. You

18  can seek redress. You can obtain justice. We can help

19  you, and we will help you.

20        That being said, as stated, we are vetting

21  every call that we receive. We have had to turn away

22  some for each. We ask for corroboration for each. We

1   ask for the identity of witnesses. We also have

2   collected pictures, videos, texts. We check venues. We

3   check dates.

4           We want to corroborate that the claims being

5   made have legitimacy and merit. We have on staff now a

6   former detective from the major offenders Unit of

7   Houston Police Department who is helping us vet each

8   claim.

9           We're using our common sense. We're being

10  stringent because, as I said, these are not easy cases.

11  They're very tough. The process is hard, and in some

12  cases the process is very lengthy.

13          TONY BUZBEE:  These cases are hard to prove.

14  Many times it's the victim's word against the alleged

15  perpetrator.

16          Each of these victims will no doubt be

17  publicly attacked by the alleged perpetrators and in

18  some cases, the general public. The feckless and

19  cowardly keyboard warriors love to attack. We know what

20  we're up against.

21          We did not enter this fray blindly. I wish it

22  was my last such foray. I wish this type of behavior

1    wasn't so pervasive. But it is what it is. So we will

2    press on. As I said, our law firms have been retained

3    by 120 individuals at this point to pursue cases in

4    civil court against Sean "Diddy" Combs.

5          You should know in this group it is evenly

6    divided between males and females. There are 60 males

7    and 60 females who have joined us to pursue these

8    claims as plaintiffs in this group. 62 percent identify

9    as African American, 30 percent are white and the

10   remainder are Hispanic or Asian.

11         The victims are from more than 25 states. The

12   majority are from California, New York, Georgia and

13   Florida. And I want to focus on the ages of these

14   victims.

15         When we talk about the ages of the victims,

16   when the conduct occurred, it's shocking. Our youngest

17   victim at the time of the occurrence was nine years

18   old. We have an individual who was 14 years old.

19         We have one who is 15. 25 of the 120

20   individuals who are plaintiffs in these cases were

21   minors at the time of the acts complained of.

22         The time frame of the acts complained of is

1    very wide. The conduct at issue spans from the years

2    1991 all the way to this year 2024. If you wonder why

3    there are so many alleged victims, that's your answer.

4            We're talking about more than 25 years of this

5    type of conduct. Now, although most of the victims who

6    have stepped forward were victimized after 2015, this

7    has been going on for a very long time now.

8            When you think about the fact that some of

9    this conduct occurred 25 years ago, and you wonder, why

10   would it take somebody so long to step forward?

11           I want to remind you that that many states in

12   the United States have recognized that it's very

13   difficult for a victim to step forward and to make

14   these types of allegations when something very terrible

15   has happened to them. I'll use New York, the state of

16   New York, as an example.

17           The state of New York has specific statutes in

18   place that revive claims that are even claims that

19   would typically be not able to be brought, that revive

20   such claims, and they can be brought even 25 to 30

21   years later, because there's a recognition there in New

22   York and California and other states that that it's

1    very difficult for a victim to come forward.

2           And I would -- I would respectfully suggest

3    the only reason many of these people are coming forward

4    because they see other victims coming forward, and it

5    gives them some comfort that, hey, I won't be the only

6    one and I expect more victims will come forward.

7           TONY BUZBEE:  You know, there's an old saying

8    that says a lie has great speed, but truth has

9    endurance.

10          The acts complained of in these cases that

11   we're going to file occurred primarily in New York,

12   either Manhattan or the Hamptons, or occurred in

13   California, primarily in Los Angeles or in Florida,

14   primarily in Miami.

15          Most of these events and incidents occurred at

16   parties, typically after parties or album release

17   parties; New Year's Eve parties; 4th of July parties,

18   something they called a puppy party, the All White

19   Party.

20          Although several of these events occurred at

21   auditions Many times, especially young people, people

22   wanting to break into the industry were were coerced

1   into this type of conduct in the promise of being made

2   a star or in the promise of of having Sean Combs listen

3   to their tape or even let them read for Sean Combs.

4         You should know that some of this behavior

5   occurred at well-known venues in New York City. Some of

6   this behavior occurred at private residences of people

7   that we all know.

8         Some of this behavior occurred at hotels that

9   we're all familiar with. You should know that more than

10  55 percent of the victims filed reports, reported this

11  conduct to either the authorities, that is, the police

12  or to hospitals.

13         We are in the process of collecting, with our

14  team assistance, medical records reports that were made

15  to the authorities. And I've already said that some of

16  the individuals in this group did, in fact, talk to the

17  FBI.

18         TONY BUZBEE: You should know that that

19  several of the individuals and when I say several, I

20  mean many who did in fact seek medical treatment were

21  drug tested.

22         And drugs were found in their system. Weird

1    drugs. Drugs that you probably never heard of. One in

2    particular that continues to pop up is a drug called

3    xylazine or tranq, which, based on our research, is

4    known as a horse tranquilizer.

5            Now, there's been a lot of reports that we're

6    filing a class action. This is not a class action.

7    Class action is when 1 or 2 people file a case on

8    behalf of a group of people. That's not this. These

9    cases will be individual cases.

10            Each case will live and die on its own merit.

11    These cases will be filed individually. One plaintiff

12    against whoever the defendants were involved in the

13    case. Each case may be filed in one venue, like

14    California.

15            Another case may be filed in New York. One

16    case may sue just Sean Combs, but multiple other

17    people. One case may sue a range of people. I would

18    expect most, though, to be filed, as I said, in New

19    York and Los Angeles.

20            Now I know this. Many of you came here

21    thinking or hoping or perhaps believing that I may

22    start naming names. Well, that day will come, but it

1    won't be today.

2            The day will come when we will name names

3    other than Sean Combs. And there's a lot of names. Um,

4    it's a long list already. And of course, I already know

5    who some of these individuals are.

6            But because of the nature of this case, we're

7    going to make damn sure. Damn sure that we're right

8    before we do that. But the names that we're going to

9    name, assuming that our investigators confirm and

10   corroborate what we've been told our names that will

11   shock you.

12           These are individual cases. There are indeed

13   other perpetrators involved. They will be revealed when

14   that particular individual case is ready to be filed.

15   They already know who they are. And I'm talking here

16   about not just the cowardly but complicit bystanders.

17           That is, those people that we know watched

18   this behavior occur and did nothing. I'm talking about

19   the people that participated, encouraged it, egged it

20   on. They know who they are. I call them the

21   facilitators of foul play. Willing participants in vile

22   conduct as we identify them.

1          Each will be part of this case as defendants.

2   These defendants will not only include individuals, but

3   would also include corporate entities who ultimately

4   profited off of this culture and behavior. I'm looking

5   at banks, pharmaceutical companies, hotels. We know

6   that many of these individuals were paid cash.

7          We know that that many of these individuals

8   involved, whether they were the ones being assaulted

9   and abused or they're witnessing other people being

10  assaulted and abused and then paid and threatened and

11  told to leave, typically paid ten grand in cash and

12  told to leave and then threatened as they were leaving.

13         So in addition to Sean Combs, you should know

14  the defendants in these cases were going to file will

15  include anyone, of course, who engaged in the assault

16  or exploitation.

17         TONY BUZBEE:  Anyone who participated in such

18  in any way. Anyone who encouraged or facilitated this

19  conduct.

20         Anyone who was in the room and watched it

21  happen but made no effort to stop it. Any venue or

22  venue owner who was aware of what was going on, but

1    failed to stop it.

2           Any individual or entity who knew about the

3    conduct and benefited from it, but did nothing to

4    report it or stop it. And any individual or entity who

5    covered it up or helped cover it up. These people who

6    know who they are should just come forward now. I would

7    imagine as we speak here, there are a myriad of people

8    who are very nervous.

9           You can't hide skeletons in the closet

10   forever. I would expect there are many people out there

11   right now who are who are desperately searching their

12   memories as they delete their texts and data. Now,

13   although these are in fact individual cases, there is a

14   common theme, an MOT, if you will.

15          Typically, the victim is lured into a

16   situation where he or she is given a drink. Typically,

17   that drink reported by these victims is apparently

18   laced with something. Once that drink takes effect, the

19   perpetrators perform all kinds of sexual acts on the

20   victims.

21          Many times passing him or her around as other

22   people watch and enjoy the show and then leave the

1   victim ashamed, confused, injured, and wondering what
2   happened. When the victim reaches out, he or she is
3   told not to say anything.
4           TONY BUZBEE:  Sometimes there are threats of
5   physical violence or financial repercussions or bodily
6   harm. The claims we intend to bring will include the
7   following.
8           Violent sexual assault or rape. Sexual abuse.
9   Facilitated sex with a controlled substance. False
10  imprisonment. Compelling prostitution. Sexual
11  misconduct. Dissemination of video recordings. False
12  imprisonment. Sexual abuse of minors.
13          Given the large volume of cases, and given our
14  other docket obligations, and given the fact that we
15  want to be sure when we file these cases that they are
16  fully vetted, I expect we'll start filing these cases
17  against Sean Combs and other perpetrators within the
18  next 30 days.
19          Now it's rare, you know, sexual abuse, sexual
20  exploitation, these types of this type of activity is
21  pervasive in our society, and it's rare we get a chance
22  where we can really focus on this as a country and

1  really focus on this, about how pervasive this is and

2  what we as collectively can do about it.

3          So I thought I'd take this opportunity before

4  I go into some of the individual cases and talk about

5  some of the individual claims being made and some of

6  the. So you'll get a get a sense of what this 120 20

7  people group looks like individually. I want to bring

8  forward Carrie Paul.

9          She is a national victim advocate who helps

10  victims who have been victimized by this type of

11  conduct. And she has some important words and I hope

12  you'll you'll pay close attention. I think it's

13  important that you hear from her.

14          Carrie Paul:  Hello, I'm Carrie Paul with the

15  National Victim Advocate. It's not easy for any

16  survivor to come forward. Our culture doesn't believe

17  survivors.

18          It blames and questions them. Instead of

19  showing support, many choose to enable abusers. The

20  media runs stories asking why it took so long for

21  survivors to come forward Instead of asking what

22  barriers exist.

1    We also don't equip law enforcement with the

2    ability to handle sexual assault crimes. Lack of

3    funding translates to lack of training. We have

4    officers in the field that don't know what to say to a

5    rape victim, and also an alarming amount of backlogged,

6    untested rape kits.

7    Prosecutors are focused on what they can prove

8    in a case, and if so, how to do that at time of trial,

9    advocates and staff are stretched thin with growing

10   caseloads in the criminal justice system. Most people

11   don't know how the criminal justice works in general.

12   There isn't enough staff or resources to

13   adequately explain the entire process to every victim

14   and survivor. Our culture works against victims and

15   survivors every day, and abusers know this.

16   Abusers work themselves into positions of

17   power, building a public image that is trusted and

18   financially large enough to make people look away.

19   Abusers are unfortunately very skilled at power and

20   control. The foundation of abuse. They seek victims who

21   are vulnerable, such as children, their employees and

22   their intimate partners.

1        All who see a different version than the

2  public does. All who rely on the abuser in some way.

3  And for those that do come forward and aren't believed

4  face questions like, are you sure it happened that way?

5  Were you drinking? What were you wearing?

6        All of this creates an environment that

7  enables abusers to continue abusing them and future

8  victims to the survivors that have come forward,

9  despite not being believed at some point in time. Your

10  courage is like nothing we have seen before.

11        We thank you for coming forward for yourself

12  and all survivors. And lastly, I want all survivors

13  that are watching this to know we believe you and we

14  support you. Thank you.

15        TONY BUZBEE:  I want you now to hear from my

16  co-counsel, Andrew Van Arsdale. Um, you know, we've

17  we've created a sexual abuse hotline, and I want him to

18  visit with us just a few moments about how that works

19  and the kind of volume of calls we've received.

20        ANDREW VAN ARSDALE:  Thank you. Tony. Um, like

21  Tony said, my name is Andrew Van Arsdale. I'm the

22  managing partner of AVA Law Group. We have offices in

1  California, Montana and North Carolina.

2          To build off of what you just so well said,

3  it's very hard to come forward. And given what we've

4  experienced the past ten days, is really unprecedented

5  in in my career at least.

6          We represent thousands of survivors of abuse

7  and never, ever in a ten day period have we seen over

8  3000 people come forward where we've confirmed and

9  decided to investigate and represent 120 people. While

10  we're continuing to work through another 100 plus cases

11  to prove them up, to validate what has happened here

12  and to hold those that are responsible, accountable.

13          And so, like Tony said, we've set this up.

14  It's 1-800-200-7474. I have a team of people standing

15  by, literally, if you know that this happened to

16  someone and you have information about it, please

17  contact us.

18          If this happened to you, come forward. There's

19  attorney-client privilege here. What you tell us is in

20  confidence. Yes. We'll have to go out and build your

21  case, but we will protect you. And the other thing that

22  I want to say is the pattern and practice of this,

1  again, is unprecedented.

2       Over 30-plus years of the same sort of events

3  happening. People thrust into the circle, reportedly,

4  and horrible things happening to them as a result.

5       And from talking to these people that have

6  come forward these past ten days, I can tell you

7  unequivocally that because the federal government did

8  what it needed to do and indicted this man, that they

9  put him in jail and a judge kept him in jail. They tell

10 me directly this validates my feelings. For so long, I

11 thought it was my fault.

12      What is it about me that put myself in that

13 scenario? What was I wearing at the time? What did I do

14 to be subjected to such horrific treatment at these

15 people that I was trying to trust? Well, we know now it

16 was not your fault.

17      You were victimized by a group of powerful

18 people that operated for 30-plus years, taking

19 advantage of their wealth and the power that they held

20 within the music industry.

21      So again, thank you to every single person

22 that has come forward and contacted our office over the

1　past ten days. If you or someone you know suffered the

2　same sort of treatment, please contact us at the number

3　behind me and we will help you. Thank you.

4　　　　　TONY BUZBEE:　I think it speaks to how

5　important this issue is in the United States and

6　frankly, internationally, that we have reputable people

7　here that want to provide the kind of information that

8　I think victims need to hear, witnesses need to hear,

9　the public needs to hear.

10　　　　　Let me introduce to you now, Olivia Rivers

11　from the Texas Association Against Sexual Assault, and

12　let her visit with you a few moments about these types

13　of cases.

14　　　　　Q. OLIVIA RIVERS:　Thank you. Good afternoon

15　everyone. My name is Olivia Rivers. I am just served my

16　sixth year as the board chair for the Texas Association

17　against sexual assault.

18　　　　　I'm also the CEO for The Bridge Over Troubled

19　Waters, which is a local rape crisis center here in the

20　Houston area. So thank you for being here as we address

21　these heinous crimes. Sexual assault is not just a

22　crime of violence against the body.

 1          It's an assault on the very essence of human

 2    dignity and safety. It shatters lives. It destroys

 3    confidence. And all too often, it leaves survivors

 4    feeling like they are voiceless, isolated and

 5    vulnerable.

 6          The reality for many survivors is that coming

 7    forward to report their assault is one of the most

 8    difficult and daunting tasks that they will ever have

 9    to do. And for some, it may take days, months, or even

10    years to speak up if they ever do.

11          The reasons for this have been mentioned, but

12    include the fear of being disbelieved, being blamed or

13    judged, and of course, retaliation.

14          The trauma of the assault itself being

15    compounded by the trauma of the criminal justice

16    process, where survivors must relive their experience

17    in order to seek justice, and these feelings and fears

18    are further exacerbated when the allegations are

19    against prominent figures in the entertainment industry

20    or Hollywood.

21          Cases involving powerful figures often attract

22    significant media attention, which can deter victims

1    from coming forward due to fear of public exposure or

2    scrutiny.

3           The intense focus on these high profile cases

4    can make survivors feel that their personal lives are

5    being put under a microscope, causing further emotional

6    distress.

7           These allegations mentioned here today, as

8    reported, reflect deeply troubling claims that deserve

9    thorough investigation. And no individual, regardless

10   of their stature, is above the law or public

11   accountability.

12          Sadly, the statistics paint a very disturbing

13   picture. According to the National Sexual Violence

14   Resource Center, one in three women and one in six men

15   will experience some form of sexual violence in their

16   lifetime.

17          In the US alone, there are approximately

18   163,000 victims of rape or sexual assault every year,

19   and these numbers barely scratch the surface as sexual

20   violence remains one of the most underreported crimes.

21   But the numbers that follow tell an even more troubling

22   story.

1          Only about 23 percent of sexual assaults are

2    reported to law enforcement. Of those, just 5 percent

3    lead to an arrest and even fewer. Less than 1 percent

4    of reported cases ever result in a conviction, which is

5    a devastating gap between the crime and the justice

6    that survivors deserve.

7          I want to briefly focus on our state here in

8    Texas. According to the Texas Association Against

9    Sexual Assault, 6.3 million Texans men and women will

10   experience some form of violence. That's every two

11   minutes someone is sexually assaulted.

12          Q. Olivia Rivers:  Meaning, during the course

13   of this press conference, around 60 individuals will

14   forever be changed by this violence. And those are just

15   a few of the victims. Obviously this is unacceptable.

16          We cannot allow this cycle of silence and

17   inaction to continue. We have to create an environment

18   where survivors feel empowered to come forward, where

19   they are met with empathy and respect and support, not

20   skepticism and blame.

21          We have to ensure that our legal system is

22   equipped to handle these cases with the seriousness

1    they deserve, and that survivors have access to the

2    resources that they need beyond the legal courtroom.

3            We have to address the root causes of this

4    epidemic prevention, awareness and fostering

5    environments where respect, consent, and safety are

6    non-negotiable values. Additionally, support for

7    survivors has to be holistic.

8            They have to have access to counseling,

9    medical services, legal advocacy, and of course,

10   community support, regardless of whether they choose to

11   report or not.

12           To every survivor who has come forward, your

13   bravery is an inspiration to those who are still

14   grappling with their decision. Know that you are not

15   alone and that your voice matters.

16           Your story matters. We see you. We believe

17   you. And we are committed to fighting for a future

18   where sexual violence is no longer tolerated and where

19   justice is not the exception, but the standard. Thank

20   you.

21           TONY BUZBEE:  I want to visit with you real

22   quickly before we close here about some specific

Transcript of Press Conference

1  instances without disclosing the victim's name. You

2  probably know that depending on the age of the victim

3  you can file these cases, these individual cases under

4  Jane Doe or John Doe.

5          Each state is different in that respect.

6  Typically, there is a balancing test, like the public's

7  right to know the name of the of the victim and

8  plaintiff versus versus the confidentiality and the

9  safety of the plaintiff.

10          So we'll have to struggle with that with each

11  one of these cases. Our intention, of course, is to,

12  like we always do, file these cases under a pseudonym

13  until the court tells us otherwise. But let me let me

14  share with you a few.

15          A few just kind of give you a sense of the

16  kind of cases and the kind of instances that people are

17  calling and reporting that we are trying to corroborate

18  that. And these are the ones that we've already

19  corroborated, vetted and collected evidence on.

20          One individual who was 22 years at the time.

21  She was assaulted, said that the typical M.O. at one of

22  these parties that have been widely discussed in the

Transcript of Press Conference

1    press was that when when you were handed a drink.

2          And now we know that the drink is laced with

3    something. If you refuse to drink it, you were kicked

4    out of the party.

5          Now, let that sink in for a minute. I mean,

6    the admission to this party was that you had to drink

7    the chosen drink that was handed to you.

8          And now we know that that in most cases, I

9    would say 90 percent of the cases. These individuals

10   were drugged with some sort of drug. That was kind of

11   the M.O.

12         Another instance, this individual who was nine

13   years old at the time, was taken to an audition in New

14   York City with Bad Boy Records. Uh, other boys were

15   there to audition as well. All of them were trying to

16   land a record deal. All of them were minors.

17         This individual was sexually abused, allegedly

18   by Sean Combs and several other people at the studio in

19   the promise to both his parents and to him himself of

20   getting a record deal.

21         Another instance, another minor told allegedly

22   by Sean Combs that he would make him a star, but he

Transcript of Press Conference

28

1  needed to visit with him in private about it away from

2  his parents once they were in a private area.

3  Allegedly, Mr. Combs made the victim perform oral sex

4  upon him.

5        Another incident, an individual 15 years old

6  at the time flown to New York City to attend a party,

7  was drugged and then taken into a private room,

8  allegedly in the presence of Mr. Combs, where this

9  female individual minor was raped and then other

10 individuals took turns raping her.

11       Another individual, 26 at the time of the

12 occurrence, was picked up by allegedly by Mr. Combs and

13 several other people in a black SUV from the airport;

14 was given one drink in the SUV and then literally woke

15 up the next day not knowing what had happened, but with

16 pain and damage to both her vagina and her anus where

17 she was then.

18       She then went to the hospital. She was missing

19 her underwear and her shoes. Another instance, an

20 individual, this time not a minor, was attending a

21 group dinner, allegedly with Sean Combs in Miami. She

22 wasn't drinking because she was pregnant, but she.

Transcript of Press Conference

1   Whatever she drank at the table, apparently, at least

2   according to her, was laced with something.

3          She blacked out and she woke up in the same

4   bed again, allegedly with Mr. Combs in his mansion in

5   Miami. Her vagina and her anus were torn and sore.

6          And I could go on. I mean, literally, you're

7   you're sensing a theme here. It's the same theme and it

8   all involves some sort of drug. One instance, an

9   individual who was 20 years old at the time was asked

10  to attend, just saw her on the street, asked to attend

11  a party in a hotel.

12         She was flattered, went to the party, was

13  given one drink and doesn't remember anything else.

14  Ultimately was so messed up. Was went to the hospital

15  where they found cocaine and this horse tranquilizer in

16  her blood system.

17         I want to give you a quote from a very young

18  man who told us over the phone about his experience and

19  all the things that happened to him.

20         He says, allegedly at the hands of Sean

21  "Diddy" Combs and his friends in the effort to try to

22  sign a record deal. This was kind of what he was told

Transcript of Press Conference

1    he would have to do.

2            His quote is had he not been in power, I feel

3    like I could have been something great. I quit. I quit

4    the industry because of what Sean Combs did to me. And

5    that's really what it comes down to.

6            We are pursuing this, asking you to support

7    this effort, to encourage witnesses and victims to come

8    forward and bring your evidence so we can continue to

9    break down this wall of silence, and we can continue to

10   have these stories heard.

11           This is the beginning of what I hope to be a

12   national dialog. This type of sexual assault, sexual

13   abuse and sexual exploitation should never happen in

14   the United States, United States, or anywhere else.

15           This should have never been allowed to go on

16   for so long. This conduct has created a mass of

17   individuals who are injured, scared and scarred. If you

18   are one of those individuals, we ask you to reach out.

19   If not to us, to someone you trust.

20           If you are someone who witnessed any of these

21   events, we ask you to reach out. Your name can remain

22   confidential. With that, I'll take a few questions. Not

Transcript of Press Conference

31

1  many, maybe two. But if you have a question, I'll be

2  pleased to try to answer it.

3          AUDIENCE:  Perfect. How many minors are making

4  accusation accusations in total? And are the feds aware

5  of the allegations of minors.

6          TONY BUZBEE:  In the case? I don't know what

7  the feds are aware of, but I do know it's 25 out of

8  this 120.

9          And Tony, I will I will say this to that

10  point. We welcome the FBI or any authority who wants to

11  come to us, and we're going to make that available to

12  these victims, because I think that's important.

13          My suspicion is based on talking with these

14  folks is that that, you know, the FBI is just not aware

15  of these people. The FBI has talked to some of these

16  folks.

17          And I'm going to try to encourage the victims

18  to, in fact, talk to the FBI because I think they have

19  some very important things to say.

20          AUDIENCE:  Tony, were all of the children

21  auditioning because they were musicians, or were any of

22  them kids of employees or anything like that?

Transcript of Press Conference

32

```
 1            TONY BUZBEE:  All all seeking either TV or
 2   some sort of music career with promises of, you know,
 3   we're going to make you a star. Instead, basically did
 4   things to them such that they don't want to have
 5   anything to do with the entertainment industry ever
 6   again.
 7            All right, guys, thank you very much for your
 8   attention. We're going to go now. Thank you.
 9            AUDIENCE:  Tony, do you anticipate any Houston
10   cases, any filed here locally?
11            TONY BUZBEE:  Yeah, there's a few plaintiffs
12   here, but I don't anticipate filing here, probably in
13   New York City. Thank you.
14
15
16
17
18
19
20
21
22
```

Transcript of Press Conference

33

```
1              CERTIFICATE OF TRANSCRIBER

2      I, Chris Naaden, a transcriber, hereby declare

3  under penalty of perjury that to the best of my ability

4  from the audio recordings and supporting information;

5  and that I am neither counsel for, related to, nor

6  employed by any of the parties to this case and have no

7  interest, financial or otherwise, in its outcome, the

8  above 32 pages contain a full, true and correct

9  transcription of the tape-recording that I received

10 regarding the event listed on the caption on page 1.

11

12         I further declare that I have no interest in

13 the event of the action.

14

15

16         November 11, 2024

17         Chris Naaden

18

19 (561200, Diddy lawsuits-Lawyer for more than 100

20 alleged victims speaks)

21

22
```

# EXHIBIT E

```
1
2
3
4
5
6
7
8
9
10
11              THE  STEPHEN  A.  SMITH  SHOW
12            INTERVIEW  WITH  TONY  BUZBEE
13             Tuesday, October 3, 2024
14
15
16
17
18
19
20   Job No.:   561873
21   Pages 1 - 22
22   Transcribed By:  Jennifer Candela-Alvarez
```

1          STEPHEN SMITH:  Joining me now is the

2    man who is representing the more than 100 men and

3    women who plan to file civil suits against Sean

4    Diddy Combs.  Tony Buzbee, who's representing about

5    120 people, held a press conference yesterday at

6    his firm in Houston, Texas.  Some of the cases they

7    intend to file will center around allegations of

8    sexual assault, rape, facilitating sex with a

9    controlled substance, dissemination of video

10   recordings, and sexual abuse of minors, just to

11   name a few.

12          Please welcome to the show Mr. Tony

13   Buzbee.  Good afternoon, Tony.  How are you?

14          TONY BUZBEE:  Good.  How are you?

15          STEPHEN SMITH:  Thank you for your time.

16   So let's get right into it.  How long have you been

17   working on these potential suits against P. Diddy

18   Combs?

19          TONY BUZBEE:  My co-counsel, who sent me

20   the cases, has been working on this for about six

21   months.  He got me involved about two weeks ago

22   actually.  And so I started talking to some of

1    these victims and deciding whether I wanted to

2    become involved in this case.  Some of the things

3    that I was told by these folks are very compelling,

4    some of which I shared with the public yesterday.

5              So, for me, it's been about two weeks.

6    When I announced about ten days ago that I was

7    going to join these cases and serve as lead

8    counsel, the call volume went up to about 3200

9    calls.  And so far, as you as you've laid out, we

10   have 120 clients that are prepared to file suit.

11             STEPHEN SMITH:  Mm-hmm.  What made you

12   ultimately decide you wanted to get involved in it?

13   You said it just came to your attention a couple of

14   weeks ago.  What was the deciding factor that made

15   you want to get involved?

16             TONY BUZBEE:  Talking to these folks

17   and, you know, reviewing the indictment, and it was

18   very clear that the conduct that these people were

19   talking about was very consistent with what the

20   indictment lays out; and then, you know, just

21   hearing their voices and seeing their faces.

22             And I have to do a credibility check

1  myself and decide if this is something that I want

2  to be involved in.  And, you know, this is -- you

3  know, I see this really as God's work.  And I think

4  -- you know, obviously, Sean Combs is arrested,

5  indicted, and his bail has been denied, but there's

6  more to it than that.  This is conduct that's went

7  on for more than 25 years.  These people who we

8  represent are from more than 25 states.  These are

9  people whose ages range from as young as nine years

10  old up to people in their 30s.

11          As you -- as you said, these are women

12  and men.  You know, it -- the scope of this is

13  really -- it's unfathomable that this could go on

14  for so long.  And, you know, I said yesterday "This

15  is -- this is the secret in the entertainment

16  industry that really wasn't a secret."  And I think

17  people are shocked to learn that this went on for

18  so long and some of the things that people say

19  happened to them.  And I think because of the

20  indictment, because the federal government got

21  involved, I think because of the arrest and because

22  of the denial of bail, it really gave people -- you

1    know, really emboldened people to step forward and

2    be counted and tell their stories.

3            STEPHEN SMITH:  It's interesting because

4    I -- before I get to additional questions, you

5    talked about vetting them yourself or what have

6    you.  One will ask -- the suspicious minds would

7    ask.  Two weeks -- is that enough vetting that

8    could have possibly -- is that enough time to have

9    vetted all of these people to the point where you

10   feel comfortable and secure in representing them?

11   What do you say as a response to cynics with such

12   questions?

13           TONY BUZBEE:  Yeah.  There's -- you know

14   better than me there's always cynics and there's

15   always people that like to sit back and criticize.

16   And, you know, that's just the nature of the

17   business.  And, you know, I've been in this

18   business for almost 30 years.

19           STEPHEN SMITH:  Right.

20           TONY BUZBEE:  I would say that we have

21   more than 90 people who did the initial screening

22   and vetting.  Then we have --

1          STEPHEN SMITH:  Got it.

2          TONY BUZBEE:  -- Houston Police

3    Department personnel who also are part of the

4    vetting process.  Then we have a team of lawyers

5    that are also a part of that.  And then, you know,

6    I've personally spoken to many of these folks

7    myself.  And then, ultimately, as we start to file

8    the case, I will talk to each one of these people

9    just to make sure one -- because, you know, it's a

10   high-profile case.

11          It's just like, you know, other cases

12   I've been involved in.  If I put my brand on it,

13   I'm going to make sure that it's something that I

14   feel comfortable with and that I'm fully behind

15   because, you know, these cases are tough enough

16   themselves.  You know, typically it comes down to

17   circumstantial evidence, corroborating evidence

18   from witnesses that saw this or that, and then it

19   comes down to the word of the victim versus the

20   words of the various perpetrators.

21          STEPHEN SMITH:  What impact did the

22   federal indictment have on the volume of suits

1   you're now intending to file?

2          TONY BUZBEE:  I think it had a big

3   impact.  I think the original impact probably was

4   the Cassie situation and the video that was

5   released.  I think it was -- it was known that

6   there was a federal investigation going forward.

7   There had been several lawsuits, and there's been

8   more.  I think there's been as many as seven so far

9   against Sean Combs and other people.  And then the

10  indictment, the arrest, and then the denial of bail

11  and then, of course, us announcing that -- look.

12  There's -- there are a lot of people that intend to

13  pursue these cases.  Please come forward.  If

14  you're a witness, please come forward.  If you have

15  evidence, please come forward.  I think -- I think

16  that was instrumental in what we're seeing now.

17          Ever since -- I mean, in 24 hours, we've

18  received 12,000 calls if you can believe that.  Now

19  I don't know what -- if that's going to --

20          STEPHEN SMITH:  Twelve thousand calls?

21          TONY BUZBEE:  Yes, sir.

22          STEPHEN SMITH:  You said 12,000 calls?

1    You received 12,000 calls?

2            TONY BUZBEE:  Now that doesn't mean

3    12,000 people who claim to be victimized.  It just

4    means 12,000 people have called this line that we

5    published yesterday.  Obviously, as you know,

6    there's going to be people --

7            STEPHEN SMITH:  Right.

8            TONY BUZBEE:  -- the crank calls and

9    people with foolishness and people with --

10           STEPHEN SMITH:  Understood.

11           TONY BUZBEE:  -- you know, malcontent,

12   but we are sifting through that and trying to, you

13   know, make sure that we identify and vet people

14   that have real claims, legitimate, credible claims.

15   Right now, you know, we're talking about 120 people

16   from 25 different states for conduct that occurred

17   over 25 years.

18           STEPHEN SMITH:  Twenty-five different --

19   25 different states?  Is that what you -- not

20   cities.  You said 25 different states?

21           TONY BUZBEE:  Yeah.  Yeah.  Yeah.

22   Because, you know, a lot of these parties obviously

1    took place in Los Angeles; New York, Manhattan or

2    the Hamptons; and Miami.  And a lot of these people

3    --

4           STEPHEN SMITH:  Right.

5           TONY BUZBEE:  -- were flown in.  These

6    -- and this wasn't a secret.  I mean, it was known

7    that people were being flown in for these parties.

8    People were being paid cash to attend these

9    parties.  People were being identified at clubs or

10    at concerts or on the street even and invited to

11    these parties.  You have that group of people that

12    are involved, and then you have another group.  And

13    maybe this is a more sinister situation where, you

14    know, young people with stars in their eyes wanting

15    to break into the entertainment industry with

16    promises of stardom who are taken advantage of in

17    some cases, allegedly, drugged and abused and

18    basically just left behind, you know -- you know,

19    with shame and guilt.

20           You know, it's -- what I'm looking at --

21    obviously, you know, you have an individual who has

22    been indicted and arrested and whose bail has been

1   denied, and obviously that's -- he's obviously a

2   target of this, but I'm looking more in addition to

3   that, of course.  Who else was involved?  What

4   venues were involved?

5          STEPHEN SMITH:  Right.

6          TONY BUZBEE:  What -- who sponsored some

7   of this conduct?  Who benefited from this?  Who

8   profited from this?  Who was there in the room?

9   Who encouraged this, facilitated this, didn't say a

10  word about it, kept it, kept it hush-hush.  I mean,

11  you can only imagine the number of entities --

12         STEPHEN SMITH:  Well --

13         TONY BUZBEE:  -- and individuals that

14  could potentially be complicit in all this.

15         STEPHEN SMITH:  Mr. Buzbee -- and I'm

16  getting there.  I was going right there because you

17  talk about the complicitness of those others that

18  may have been involved.  I want to know if the

19  survivors, the accusers, whatever word is

20  appropriate -- do they talk about and have they

21  talked about Diddy Combs?  Or have they named names

22  and provided names of other, dare I say,

1    co-conspirators in all of this?  What kind of --

2    what can you tell us on that front?

3              TONY BUZBEE:  We have a long list of

4    names, and obviously this is a very sensitive

5    situation.  The worst thing we could do is name

6    somebody who was involved or allegedly involved and

7    not have our ducks in a row.  I'm not going to do

8    that.  I'm not going to be involved --

9              STEPHEN SMITH:  Right.

10             TONY BUZBEE:  -- in ruining someone's

11   reputation --

12             STEPHEN SMITH:  Understood.

13             TONY BUZBEE:  -- by making a mistake.

14   You know, obviously, a lot of this is hard to

15   corroborate.  I mean, you're talking about a

16   situation where somebody is -- you know, who thinks

17   that all their dreams are about to come true.

18   They're with somebody who's a megastar and other

19   stars in the room, and they think all kinds of good

20   things are going to happen to them, and probably

21   the worst thing that could happen to them happens.

22             But, yes, there are people who owned

1  private homes, people who owned private venues,

2  people that were in the room, people that I'm going

3  to allege knew what was going on and either

4  participated in it encouraged it, egged it on, if

5  you will, or somehow benefited from it; and that's

6  going to be different for every case.  I mean,

7  these --

8          STEPHEN SMITH:  Right.

9          TONY BUZBEE:  -- are individual cases at

10  different points in time with different people

11  involved, and there will be different defendants in

12  each case.

13          STEPHEN SMITH:  Without naming names --

14  because certainly I appreciate you being

15  responsible enough and, dare I say, I would have

16  been responsible enough to say I'm not -- I'm not

17  going to even get into names of allegations.  I

18  wouldn't put that out there.  But may I ask you,

19  from a general perspective or a generic

20  perspective, are these alleged co-conspirators --

21  are they public figures?  Are they well-known

22  people in Hollywood in the music industry?  Are

1  they people who worked for P. Diddy Combs?  Could

2  you be specific in that regard?

3           TONY BUZBEE:  I would say yes to all of

4  the above.  Yeah.  People that --

5           STEPHEN SMITH:  Yes to all of the above?

6           TONY BUZBEE:  All the above.  People

7  that -- names that you would know.  Some people's

8  names you wouldn't know but are people that are in

9  management or executive positions, people that were

10 benefiting from this culture that was created,

11 people that were there knowing that this was going

12 to happen, people that actually participated,

13 venues that knew it was going on.

14           I mean, just think about it.  Just one

15 aspect of this.  You know, typically when an

16 entertainer of the stature that P. Diddy was at one

17 point, when he rents out a hotel, he typically

18 would rent out the entire floor and just a

19 revolving door of people showing up at the front

20 desk, whose names weren't being taken down, who

21 were just escorted right up to the floor, and

22 things are happening up there.

1          I mean, it's hard to turn a blind eye.

2     You know, if you have any common sense whatsoever,

3     you know what's going on.  People that aren't from,

4     for instance, New York City that are being flown in

5     from Los Angeles, you know, five, ten, 15 at a time

6     were being paid in cash to attend these various

7     events that are occurring; people that are -- that

8     are identified in the crowd of a show and asked to

9     come backstage, and then they're whisked off to

10    some other party and they find themselves in the

11    morning, you know, not knowing what had happened

12    because they've been drugged and they're injured

13    and they're feeling shameful and, you know, blaming

14    themselves.  I mean, you can only imagine the

15    various individual scenarios.

16          But the common theme throughout this, at

17    least from what I've gathered, is there's always

18    some sort of drug involved.  There's always some

19    sort of drink that that I believe we'll be able to

20    show was spiked in some way with some kind of drug

21    that caused these individuals not to really be able

22    to fight back perhaps as much as they might have.

1   And then they wake up not knowing what had happened

2   to them other than they know that they're injured

3   in their private areas.

4            And so many of them went to seek medical

5   treatment.  Some of them were drug tested when they

6   did so.  I mean, there's several of these

7   individuals who their drug tests came back with

8   some weird -- and I haven't even heard of this --

9   you know, I own a farm, and I guess maybe my ranch

10  manager knows what this is -- but a horse

11  tranquilizer.  You know, it's called tranq.  I'd

12  never heard of this before.

13           STEPHEN SMITH:  A horse -- a horse

14  tranquilizer?

15           TONY BUZBEE:  A horse tranquilizer.  I

16  mean, it's just ridiculous.  It's just outrageous

17  when you think about it, but, you know, how did

18  this get into these people's bloodstream?  How did

19  -- how was -- you know, it's just -- I think -- I

20  think we're just now scratching the surface of

21  this.  You know, obviously all of this -- these are

22  allegations.  You know, even the indictment --

1    those are allegations that the government must

2    prove, but you have -- you have a lot of people

3    coming forward saying the same thing.  All of it is

4    very similar.  And, you know, you have -- one of

5    the things I've said, and I think it's true, you

6    have a lot of people right now out there who are

7    watching this happen, who are probably scrubbing

8    their social media, who are probably searching

9    their memories, who are probably deleting texts and

10   data from their phones and are probably very

11   nervous right now, and I would -- I would think

12   they should be.

13          STEPHEN SMITH:  I'm not going to get in

14   too much to the nine-year-old because that's a

15   child.  There's no explanation for that.  Zero.

16   Okay?  But when you talk about some of these

17   survivors, you hear about half of them are men,

18   half are women.  Twenty-five were minors at the

19   time of the alleged incidents.

20          Number one, is that true?  And, number

21   two, when strictly speaking about the adults, what

22   about those who would say what are we talking about

1    here?  If they were flown in, they were, quote/

2    unquote, sex workers, they knew what they were

3    getting into.  It was complicit.  It might be

4    reprehensible in some people's eyes, but as Diddy's

5    lawyer said on television weeks ago, "It's one

6    thing to be unethical.  It's another thing to be

7    illegal."  And it wasn't illegal because they were

8    given the impression that it was adult consent

9    involved.  What does Mr. Tony Buzbee say to that?

10              TONY BUZBEE:  I think every case stands

11   on its own merit.  I think -- I think -- you know,

12   I could -- I could imagine a scenario where

13   somebody was either through a broker or maybe a

14   staff member who went and collected individuals,

15   promised them payment to come and be -- you know,

16   you all have heard of atmosphere girls or people to

17   attend parties for the atmosphere, and then those

18   people could be taken advantage of and not being

19   allowed to leave and being coerced to do things

20   that perhaps they didn't expect they would have to

21   do.  I don't think that's outside the bounds of

22   imagination.

1           But I will say that, with regard to a

2   minor, when that's involved, it doesn't matter

3   whether there's payment and consent or attempted

4   consent.  Obviously, under the law, you cannot

5   consent to that kind of -- kind of conduct when

6   you're a minor.  And I'm not suggesting that the

7   120 people here are people that were flown in.  I'm

8   just suggesting that that's what they report.

9           Most of the people that I represent are

10  not those people that were recruited and flown in.

11  Most of them are people who were either trying to

12  break into the business or who were identified --

13  you know, were not, you know, part of some group

14  that would typically be flown in anywhere.  They

15  were just people that were invited to parties

16  because they were either on the street, in a club,

17  at a bar at a hotel lobby.  I mean, you name it,

18  every scenario you can think of probably fits the

19  bill with these 120-some-odd people.

20          STEPHEN SMITH:  When do you expect to

21  start filing these suits?

22          TONY BUZBEE:  I'm hoping to file -- I

1  wanted to do it in a week, but to be -- to be

2  realistic, I said 30 days, but I expect within 30

3  days we'll start filing individual cases, and we'll

4  continue to file individual cases.  And, you know,

5  we'll pursue them aggressively.  And obviously it's

6  a herculean task when you're -- when you're dealing

7  with a lot of different individuals with -- each of

8  them has a different case, different evidence,

9  different defendants, different venue, different

10  law that applies.  So it's a -- it's a tough task,

11  but, you know, it's an important task because I

12  look forward to it.

13          STEPHEN SMITH:  Your thoughts or your

14  words to people who would say, well, you had a

15  press conference yesterday, and it was very, very

16  dramatic.  There's over 120 cases that you're going

17  to aim in the direction of P. Diddy Combs, and

18  you're still searching for additional evidence, et

19  cetera, et cetera.  So the argument will be made

20  that you don't really have a lock-solid case

21  against this man at this -- at this particular

22  moment in time.  They would say why have the press

1    conference at all at this particular juncture as

2    you did yesterday.  To that, you say what, sir?

3            TONY BUZBEE:  To that I say, you know,

4    could I file the cases against Sean Combs right

5    now?  Absolutely.  Yeah.  But I want to make sure I

6    capture a wide net and capture everybody involved,

7    and that's what I'm -- that's what I'm trying to

8    do.  And part of the -- part of the purpose of the

9    press conference was to encourage people that

10   witnessed some of these events to come forward, and

11   that's happening now.

12           Because I want to make sure, when we

13   file the case, that we don't just -- you know, I

14   want to say it like this.  You know, Sean Combs,

15   you know, obviously has a lot of trouble on his

16   plate right now, and, you know, he ain't going

17   anywhere.  I want to make sure that anyone that

18   facilitated this, egged it on, participated,

19   benefited from, profited from, they're involved too

20   because that's really -- that's really what needs

21   to happen here.  It happens -- it happens in other

22   cases like that.  You want to make sure that you

1    include everyone, especially those that enabled and

2    were complicit.

3            STEPHEN SMITH:  So, Tony Buzbee, to

4    close this interview, you're saying -- and I want

5    to make sure I'm quoting you accurately --

6    Sean Diddy Combs is not the only person you're

7    after?  You're after anyone who was involved,

8    anyone who was complicit -- public figure, private

9    figure, business folks, industries, et cetera.  You

10   don't give a damn who it is.  You want them all.

11   That's what you're here to do; is that correct?

12           TONY BUZBEE:  I think you summed it up

13   perfectly.  Yes.  That's true.

14           STEPHEN SMITH:  Tony Buzbee with the

15   Buzbee Law Firm based out of Houston, Texas, right

16   here on the Stephen A. Smith show over the digital

17   airwaves of YouTube and, of course, iHeartRadio.

18   Tony Buzbee, thank you so much for your time and

19   your expertise.  Really, really appreciate it, and

20   thank you so much.

21           TONY BUZBEE:  Thank you, sir.

22       (End of recording.)

Transcript of Steven A. Smith Interview with Tony Buzbee
Conducted on October 1, 2024                    22

```
1                    CERTIFICATE OF TRANSCRIBER

2              I, Jennifer Candela-Alvarez, do

3    hereby certify that this transcript was prepared

4    from the digital audio recording of the foregoing

5    proceeding; that said transcript is a true and

6    accurate record of the proceedings to the best of

7    my knowledge, skills, and ability; and that I am

8    neither counsel for, related to, nor employed by

9    any of the parties to the case and have no

10   interest, financial or otherwise, in its outcome.

11

12

13   _____

14   JENNIFER CANDELA-ALVAREZ

15   NOVEMBER 15, 2024

16

17

18

19

20

21

22
```

# EXHIBIT F

1

2

3                    LAW & CRIMES NEWS

4               Interview of TONY BUZBEE

5                 By SIERRA GILLESPIE

6

7             Wednesday, October 2, 2024

8

9

10

11

12

13

14

15

16

17

18

19

20   Job: 561873

21   Pages: 1 - 24

22   Transcribed by: Steph Mistele

1                          PROCEEDINGS

2

3          SIERRA GILLESPIE: Tony, thank you so much for

4      coming on with us today.

5          TONY BUZBEE: Thank you for having me.

6          SIERRA GILLESPIE: So, let's start with the big

7      question, why now? I mean, Diddy was indicted last

8      month, but these allegations came out almost a year

9      ago, starting in November of last year with Cassandra

10     Ventura, so why now are these plaintiffs planning to

11     file suit?

12         TONY BUZBEE: I think it's because the

13     indictment and then the denial of bail. You know, we

14     had several cases before the indictment and we were

15     just kind of waiting to see what the federal

16     government was going to do. We knew there was an

17     investigation ongoing.

18         Then when the indictment came about and then

19     when the arrest occurred and then when bail was

20     denied, I think those events led to more and more

21     calls. And then my co-counsel-- who then called me

22     and associated me with the case and thought that this

1 would probably be the kind of case that I should

2 handle.

3      When I made an announcement that I was going to

4 pursue these cases, the floodgates really opened. We-

5 - in about a 10-day period, we got 3200 calls. And

6 then from the press conference we had yesterday,

7 we've had 12,000 calls since, I guess, in about what,

8 24 hours?

9      And so, our Herculean task is to try to sift

10 through every one of these calls and make sure that

11 we are identifying those who are victims and those

12 who are witnesses and collect evidence. I mean, it's-

13 - we have about-- almost 100 people working on this

14 task.

15      The 120 that we announced yesterday, those are

16 claims that we could file right now against Sean

17 Combs, but we're trying to make sure that when we

18 file the cases - and they're going to be filed on an

19 individual basis - that we include every potentially

20 liable party. And by those-- by that I mean any

21 entities or other individuals that either were

22 involved, participated, facilitated, egged it on,

1  provided the venue, benefited from it, profited from

2  it, that sort of thing.

3      So, that's where we are now. We have 120 cases

4  that we are preparing to file and we're trying to

5  sift through another 12,000 phone calls and contacts

6  that we received in the last 24 hours. So, you know,

7  the volume of calls has been overwhelming and it's

8  been, you know, kind of shocking.

9      But when you put it in context that we re

10 talking about behavior-- alleged behavior that

11 occurred over 25 years with individuals that had

12 parties, I mean, you can only imagine the amount of

13 different types of parties that occurred. We're

14 talking about album release parties. We're talking

15 about the white parties you've heard about, after

16 parties after shows. Just, you know, impromptu

17 parties at hotels and clubs.

18     You know, I think the indictment and the arrest

19 kind of gave people a little bit more comfort that

20 they have more safety and support to step forward.

21 And I think announcing that there were 50 people that

22 were preparing to file suit kind of made people that

1    were on the fence, that were still scared to step

2    forward.

3        Now anytime you have a situation like this, you

4    know, the real task is to make sure that every single

5    person that you sign on to represent has a legitimate

6    claim and that's the difficulty because one bad, you

7    know, apple spoils the barrel, as they say.

8        So, you're kind of-- it's kind of a balancing

9    test, really. On the one hand, you want to

10   absolutely, we believe victims. If you've been

11   victimized, please step forward. This is a safe space

12   for you. We can help you. We will help you. On the

13   other hand, we have to make sure that we fully vet

14   the case and we have to make sure that it's a

15   legitimate case. So, that's the process that we're

16   going through now.

17       You know, yesterday I announced that our team

18   intended to start filing cases within 30 days. It may

19   be sooner than that. But, you know, I was not

20   expecting the high volume of contact that we've

21   gotten in the last 24 hours.

22       SIERRA GILLESPIE: I mean, the sheer number of

1  lawsuits that you're talking about as of yesterday,

2  120. To me, I'm like, wow, that is a giant number.

3  But now you're talking about over 1000 people that

4  came forward just overwhelming as you're discussing

5  that, but let's move onto another aspect of this.

6      A lot of people are talking about names that

7  could come up in these lawsuits. You referenced that

8  some of these names are pretty high profile and could

9  shock us. What can you tell me about those names? Are

10 there a lot of people that could be implicated in

11 future crimes? Is it possible that the things that

12 will be listed in these future lawsuits could be

13 prosecuted? What can you tell me?

14     TONY BUZBEE: Well, I'm very careful to talk

15 about whether someone did or did not commit a crime.

16 You know, the civil system is very different than the

17 criminal system. The criminal authorities are very

18 particular about which claims that they pursue

19 because they're-- the standard of proof is beyond a

20 reasonable doubt. In the civil system, the standard

21 of proof is more likely than not or preponderance of

22 the evidence. So, it's a lot lower standard in the

1    civil system.

2         So-- but to answer your question as far as

3    crimes, I won't comment on that. But as far as

4    whether there will be additional individuals, people

5    that we all know, joined in some of these suits,

6    there's no doubt that will be the case. There's no

7    doubt that some of these events and these assaults

8    occurred at particular people's homes, some venues,

9    some hotels, some clubs. We know that there were

10   people in the room when some of these things

11   occurred.

12        It's my view that if you participated in it, if

13   you benefited from it, if you encouraged it, if you

14   watched it go on and were somehow involved, whether

15   it be even peripherally involved and did not try to

16   stop it, especially with regard to minors, then it's

17   my view that you have liability on the civil side.

18        So, that's what we're looking at and obviously

19   we want to be very careful about who we name because,

20   you know, I don t want, you know, an error in that

21   respect. It's not good for anyone. And I'm not going

22   to be the person that starts naming names of

1  potential people and smearing people for no reason

2  because the case is about credibility.

3      So, I have made sure that each of these people

4  that we represent currently are people that I'm proud

5  to represent and that I believe in and I believe in

6  their case, but I want to make sure that we make sure

7  we include every potential liable party when we file

8  the case.

9      SIERRA GILLESPIE: These names that will be

10 included, the ones that you are willing to include in

11 these suits, why will they surprise us so much? Is it

12 because they're beloved people in the Hollywood

13 universe?

14     TONY BUZBEE: I've gotten this question so many

15 times and I know-- and you're doing your job,

16 obviously. You want to know who they are, some kind

17 of facts so you can kind of figure out who they are.

18     I think I'll just leave it at this, I mean, you

19 know, it was a secret that everyone knew about what

20 was going on with regard to these parties and some of

21 the things that happened at these so-called after

22 parties. There's a pattern and practice, custom of

1   behavior that went on for many, many years. The M-O

2   of how it went down was pretty much the same for

3   many, many years.

4       It typically included, you know, people

5   identified and specifically invited to certain venues

6   and parties. When they showed up, they were given a

7   specific drink. They were made to drink it. If they

8   didn't drink it, they would many times be kicked out

9   of the party. And a lot of these folks would drink

10  this drink that was provided to them and literally

11  could not remember hardly anything that happened

12  thereafter. And then next morning, woke up

13  disheveled, injured, confused, scared, ashamed, full

14  of guilt and wondering what in the heck happened to

15  them. Some of them of course have clear memory about

16  what happened, but could-- just literally could not

17  stop it from happening.

18      It's really-- it's incredibly egregious,

19  especially with regard to those that were minors at

20  the time this happened. And it's my view that if you

21  were around and you were there and you were watching

22  this and in some way participated in this, you know,

1  you're complicit. You know, it's one thing to--

2  obviously anybody that was directly participating in

3  this, in my view, should be under the jail, but I'm--

4  that's not my decision to make. That's the

5  authorities. My job is to find and ferret out all the

6  people involved, facilitated, benefited from,

7  profited from, and make sure that they are parties in

8  these cases as we file them.

9      And there is a long list of people. You know,

10 I've said and I'll say it again, I have no doubt that

11 there are people right now who know that they were

12 somehow involved in this who are now scrubbing their

13 social media, who are searching their memories, who

14 are deleting their texts, probably deleting pictures

15 and trying to distance themselves from this. And we

16 know who they are or we will find out who they are.

17 So, you know, this is-- this is not something that's

18 going to happen overnight, but I think we're at the

19 tip of the iceberg here.

20      SIERRA GILLESPIE: You brought up the disturbing

21 pattern that we're hearing over and over again in the

22 civil suits that have already been filed and the

1    indictment that Diddy would allegedly drug these

2    people, oftentimes against their will, and then

3    sexually assault them. And then the word that we're

4    hearing a lot is "Freak Offs", when these incidents

5    would oftentimes be recorded. Is this something that

6    you've seen from your clients that potentially they

7    have recordings?

8        TONY BUZBEE: The client-- some of the clients

9    have recordings. What-- the reason the press

10   conference was held yesterday is obviously we can

11   collect evidence from our own clients and we can

12   check their phones and we can-- you know, some of

13   this stuff happened years back, so some of that is

14   hard to do.

15       But what we really are interested in, not only

16   victims coming forward, but people that witnessed

17   these events coming forward. I have had so many

18   people send me unsolicited information that they

19   think might help. I was here. I saw this. Here's-- I

20   can corroborate this, that kind of thing, and that's

21   so important with a case like this.

22       You know, I don't know what the federal

1  government has in its possession based on the raids

2  of Sean Combs' homes. So, I am doing what I can.

3  Obviously I've cast a very wide net and I put the

4  word out that, look, if you have evidence, please

5  come forward. Please provide us what you have. It may

6  be helpful. It may not.

7       You know, I've gotten a lot of videos and

8  pictures and it's hard to sort through that and

9  figure out, okay, let me try to put this in context,

10  you know, and figure out how this might help a claim

11  and how it might not.

12       But what we've seen is, you know, if you look

13  at the indictment-- of the three-count indictment

14  against Sean Combs, it describes a pattern of

15  activity that is very consistent with what we're

16  hearing from people that are calling us.

17       SIERRA GILLESPIE: You spoke of an eerie part of

18  this pattern, even more disturbing than the rest of

19  it that minors are involved. And this is something

20  you referenced in the press conference, someone as

21  young as 9 years old. You also listed a 14-year-old,

22  a 15-year-old. Obviously all these people are

1    underage. They're minors at the time. So, are you

2    surprised that in the indictment there weren't any

3    charges to that effect?

4        TONY BUZBEE: I think that the government--

5    obviously, typically when you deal with the

6    government, you know, they do not bring an indictment

7    unless they can absolutely prove it beyond a

8    reasonable doubt. I mean, that's-- anytime you deal

9    with the feds, they're very thorough, but they will

10    not put something in an indictment that they do not

11    think they can slam dunk prove.

12        So, it's my suspicion-- I haven't talked to

13    them, but it's my suspicion that they certainly had

14    information that suggested the very kind of thing I

15    talked about yesterday, but maybe they don't have the

16    evidence to put it in an indictment and to prove it.

17        What I'm hoping is, and I'm encouraging my

18    clients, to those that-- to the extent that they are

19    willing to do so, to, you know, make themselves

20    available to the federal authorities, to get-- tell

21    their story and I expect the indictment will grow. I

22    expect there will be more counts.

1    So, but again, that's not-- that's not my

2    bailiwick. My bailiwick is to pursue justice in a

3    civil system on behalf of the clients that I vetted

4    and I think their cases can win in court.

5    SIERRA GILLESPIE: That's interesting that you

6    said you think the indictment will grow, maybe more

7    charges could be filed against Diddy based on what

8    we're going to hear in these more than 100 lawsuits.

9    So, let's talk about those allegations for

10   second. Again, we're just seeing this pattern over

11   and over about sexual assault, false imprisonment,

12   drugging. Can you tell me a bit more about the

13   allegations that your clients are bringing?

14   TONY BUZBEE: I'll just talk generally about

15   them. It's-- I kind of put them in two different

16   buckets, if you will. The first bucket is

17   individuals, young people, trying to break into the

18   entertainment industry, whether it be acting,

19   singing, dancing, that sort of thing. People who are

20   recruited by affiliates of Sean Combs or others in

21   his group who-- one individual I'm thinking about in

22   particular who went to a studio to audition and ended

1    up being allegedly sexually assaulted. That's one

2    bucket.

3         The larger bucket is just people who are

4    identified perhaps in a crowd, on the street, at a

5    club, recruited to come to parties and get to the

6    party and are drugged and then are assaulted. That's

7    the second bucket. That's the larger bucket.

8         And so, that's kind of-- the M-O's the same,

9    but, you know, the group of people is a little bit

10   different. You have some aspiring singers and

11   aspiring dancers and actors, that group, and then you

12   have people that just were flattered to be invited to

13   a party by somebody of Sean Combs' stature and

14   celebrity. So, you know, it's-- all of it's sad. All

15   of it's egregious, but each case is different.

16        SIERRA GILLESPIE: This next part is really--

17   just sad to even talk about. You mentioned that over

18   50%, half of these people who are filing suit

19   actually had already reported this, whether it be to

20   the police or to hospitals, maybe in the way of a

21   rape kit or something like that following a sexual

22   assault. So, this had already been on record. How do

1   you feel about that? Do you think that charges

2   should've been filed when those things were reported?

3      TONY BUZBEE: You know, I'm still delving into

4   that, you know. The-- many of these folks who woke up

5   the next morning scared, ashamed, in some cases can't

6   find their shoes. The only thing they remember is

7   being forced to take a drink. You know, end up at the

8   hospital, drug tested and find drugs in their system

9   when they're not people that typically do drugs.

10     In several cases where they found what was

11  described as a horse tranquilizer in their system,

12  you know, obviously those people who went to the

13  hospital and reported that, you know, what happened

14  after that? Why wasn't it pursued?

15     You know, there's as many different reasons for

16  that as there are different clients. So, you know,

17  I'm not casting dispersions at the authorities or

18  casting dispersions at the hospital. It just is what

19  it is. And you should know, and I think you probably

20  do know is that any time someone is victimized in

21  this way, it takes a heck of a lot of courage to come

22  forward. The authorities know that these are

1    incredibly hard cases to prove.

2        I think we released yesterday some statistics

3    about sexual abuse and assault and exploitation in

4    the United States. About the small percentage of

5    people that actually report it and the much, much,

6    much smaller percentage of cases that are ever

7    actually taken. And then the much, much smaller

8    percentage of prosecutions that ever actually occur.

9    It's just a nationwide pervasive issue.

10       And if you don't report it immediately, it

11   becomes that much harder to report because, you know,

12   the first thing we're going to hear, and I think

13   we've already heard from Mr. Combs' team is that if

14   something had happened, why didn't they report it

15   immediately? That's kind of the knee jerk reaction of

16   most people.

17       People who don't understand the scenario here

18   and how things actually work in the real world

19   because it's hard to prove these cases. Even if you

20   reported it on the spot, it's hard to prove these

21   cases. It makes it much harder, especially when

22   you're worried about ramifications from your family

1  even, from your job, from your community. And also,

2  you're dealing with a celebrity who's, you know,

3  celebrated.

4       You know, and, you know, the word fanatic is--

5  the short for that is fan and fans can be quite

6  nasty. You know, I've already gotten a lot of threats

7  on social media just because I'm the lawyer

8  representing these folks. You know, there's a real

9  fear there.

10       And, you know, I think the fact that the

11  federal government took action, the fact that there

12  was an arrest and an indictment, the fact that bail

13  was denied I think now three times, gives people some

14  courage to step forward. And then when they see that

15  other people are stepping forward, I think it's a

16  good thing.

17       And to have a dialogue and a discussion about

18  the difficulty of these cases and how pervasive this

19  kind of conduct is, is good for everybody. And, you

20  know, so I'm glad that-- and proud these people are

21  stepping forward, of their courage and I'm going to

22  do my best to pursue their claims in aggressive

1  fashion and make sure that, you know, the-- you know,

2  obviously one of the defendants will be Sean Combs,

3  but I think they'll be many more.

4      SIERRA GILLESPIE: You used the word courage and

5  I really want to highlight that because you're right,

6  this is such strength for these people to come

7  forward at maybe the darkest moment of their life and

8  reveal it to the world. But the strength there is

9  really important to highlight. And I'm wondering as

10  things move forward, if federal prosecutors do reach

11  out to any of your plaintiffs, do you think that

12  they'd be willing to testify and tell their story in

13  that way?

14      TONY BUZBEE: I'm certainly going to encourage

15  them to do so. Absolutely going to encourage them to

16  do so. You know, that's, of course, another level of

17  courage to do that. You know, one of the things that

18  each plaintiff has been told is that at some point

19  your name will be revealed. When we file the case,

20  obviously we're going to reveal your name to the

21  people that we sue and the entities that we sue.

22  We're going to file your case as John Doe or Jane

1  Doe, but it's up to the court, ultimately, whether we

2  will have to reveal your name publicly. And I've

3  tried to make it clear that ultimately the court may

4  say, you must reveal your name. And so, I've tried to

5  make that clear on the front end.

6      Now that's even a step further when you talk

7  about, are you going to be a witness in a federal

8  prosecution? That's a big deal. You can't hide-- you

9  can't hide your name and your identity when you serve

10 as a witness in a case, especially a case against

11 somebody like Sean Combs. It's going to be very high

12 profile and, you know, every-- and you-- in these

13 cases, I think you probably, you know, common sense

14 tells you that the first defense is always going to

15 be to attack the victim. That's the first defense.

16 It's been that way since I've been handling these

17 cases for 20-some odd years.

18     And you got to make it clear on the front end

19 that, look, you're going to be put under a

20 microscope. Everything you've done and said in your

21 entire life is going to be examined. Anything you've

22 ever posted on the internet or social media is going

 1    to be examined. Every job you ever had, every

 2    employer you've ever had, they're going to talk to

 3    them. You know, they're going to do a deep, deep dive

 4    into your background. And be prepared for that.

 5         But ultimately, none of that has anything to do

 6    with what happened in the room at the time that

 7    individual was assaulted. So, you know, you have to

 8    prepare people for that and that's one of the reasons

 9    that people are very reluctant to come forward.

10    Laying aside the guilt and the shame and the self-

11    blame that people have, like, how did I put myself in

12    this position? That sort of thing.

13         You know, when I was representing the women who

14    were assaulted or allegedly assaulted by DeShaun

15    Watson, the football player, you know, we-- I-- at

16    the beginning I encouraged them to speak to the NFL.

17    And, you know, and the NFL investigators, former

18    federal prosecutors, these were very professional,

19    very sophisticated people who were leading the

20    investigation on behalf of the NFL. One of the first

21    questions they asked these women was, "What were you

22    wearing?" Which is indicative of what these folks

1    face, which is, you know, even the people who are

2    supposedly trying to help you, who are trying to

3    gather information, their first thought is, somehow

4    you re to blame for the conduct of someone else.

5        And so, it's very hard to-- for the general

6    public to understand that because the general public

7    typically is going to look, well, if something

8    happened, you would've reported it. Well, if

9    something happened, what was your role in this? You

10   know, why did you take that drink?

11       You know, instead of looking at it from the

12   perspective of, I was sought out. I was flattered. I

13   thought, wow, this is something I can tell my

14   friends. I was invited to an after party with this

15   celebrity and other celebrities. And the next thing I

16   know I wake up confused and injured, you know,

17   through no fault of my own, but it's the natural

18   human tendency to want to blame yourself and

19   certainly the tendency of the general public to blame

20   the victim.

21       SIERRA GILLESPIE: This is a major update in the

22   widespread allegations against P. Diddy, so obviously

1   we're going to continue to follow this one, but Tony,

2   thank you so much for coming on today and giving us

3   some insight into these future lawsuits.

4         TONY BUZBEE: Thank you very much.

5         SIERRA GILLESPIE: Following the news of these

6   impending civil lawsuits, Diddy's team released a new

7   statement saying quote, "As Mr. Combs' legal team has

8   emphasized, he cannot address every meritless

9   allegation in what has become a reckless media

10  circus. That said, Mr. Combs emphatically and

11  categorically denies as false and defamatory any

12  claim that he sexually abused anyone, including

13  minors."

14        Diddy has pleaded not guilty to the federal

15  charges, saying he plans to tell his side of the

16  story when it comes time for trial. Reporting for Law

17  & Crime, I'm Sierra Gillespie.

18

19

20  (The recording was concluded.)

21

22

Transcript of Interview Of Tony Buzbee

24

1              CERTIFICATE OF TRANSCRIBER

2          I, Steph Mistele, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding; that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; and that I am neither counsel for, related

8    to, nor employed by any of the parties to the case

9    and have no interest, financial or otherwise, in its

10   outcome.

11

12   *Steph Mistele*

13

14   STEPH MISTELE

15   November 15, 2024

16

17

18

19

20

21

22

# EXHIBIT G

TRANSCRIPT OF VIDEO-RECORDED

INTERVIEW


"INSIDE DIDDY'S FREAK OFFS WITH LAWYER TONY BUZBEE .

THE CHRIS HANSEN SHOW . EP 1"


https://www.youtube.com/watch?v=0gM0S-SgNnw


Job No.: 561200

Pages: 1 - 26

Transcribed by: Christian Naaden

1               P R O C E E D I N G S

2

3          CHRIS HANSEN:  Coming up, an interview with

4    the lawyer representing more than 100 victims of Sean

5    "Diddy" Combs, some of whom were underage. It seems not

6    a moment goes by without another very disturbing

7    allegation against the music impresario Sean "Diddy"

8    Combs, now being accused by Homeland Security and

9    federal prosecutors of operating a major human

10   trafficking and sex exploitation ring.

11          And Tony Buzbee, who is a lawyer based in

12   Houston, Texas, represents now more than 100 survivors,

13   victims, allegedly of Diddy. And Mr. Buzbee joins me

14   now from Houston, sir. Thank you for being with us

15   today.

16          TONY BUZBEE:  Glad to be here. Chris, how are

17   you?

18          CHRIS HANSEN:  I'm great. Thank you. Disturbed

19   by all this, though? We've been investigating predators

20   for for decades now.

21          And I'm at a loss to describe an alleged case

22   this big, this violent and this disturbing. How do you

1  get your arms around representing more than 100 alleged

2  victims, survivors of one man?

3      TONY BUZBEE:  It's difficult. It's obviously

4  very administrative intensive. You know, you have to

5  treat each one of these cases on its own merit. Um,

6  we've received at this point 3500 calls of people who

7  either claim to be victimized by Sean Combs or have

8  information they want to share about him, some sort of

9  interaction they had with him and things that they saw.

10 Um, so it's very tough.

11      You know, we have about 90 people who are

12 attempting to vet these claims on the on the front end.

13 And then we have retired Houston police officers,

14 including people that were in the Major Crimes Unit

15 here who are assisting us in running down witnesses,

16 collecting texts, pictures, video, that sort of thing.

17      We want to make sure, you know, because it's

18 such a high profile case, because there's a lot of

19 media attention. We want to make sure that that it's

20 done by the numbers and done correctly. So, you know,

21 we've been working on this probably for six months.

22      Uh, obviously after the indictment and

1 specifically after Sean Combs bail was denied for the

2 second time, I think, you know, that kind of opened the

3 floodgates. I think people are very, very fearful of of

4 Sean Combs and his his entourage.

5   You know, he's perceived to be you know,

6 connected with some sort of criminal element on the one

7 hand, but also very friendly with people in power and

8 also with other celebrities. So he's -- he's very

9 quick.

10   These victims will tell you that that when

11 they would cry out or complain about certain things, he

12 would be very quick to to make these either explicit

13 threats or, or implicit threats about, you know, them

14 speaking to anyone about the conduct that they had seen

15 or been involved in. So, you know, the floodgates.

16   CHRIS HANSEN:  You raise a critical point

17 here, Mr. Busby, in that one of the reasons his bail

18 was denied was because of this allegation of violent

19 witness tampering.

20   And now that he's clearly going to be held

21 without bail, based upon what we've seen in the courts

22 in New York, it would seem that a lot of these victims

1  would feel safe coming forward. But it speaks to the

2  violence alleged in these allegations.

3       TONY BUZBEE:  Yeah. I mean, there's there's

4  some of these victims that were on the receiving end of

5  some very, you know, not not implicit, but very direct

6  violence against them.

7       But, you know, there's an M.O here when you,

8  when you, when you look at the range of these cases and

9  what what has been alleged. You kind of see an

10  overwhelming theme, which is, you know, he identifies

11  somebody that that he wants to either have sexual

12  contact with or he wants his cohorts to have sexual

13  contact with.

14       They are ultimately drugged in some way,

15  typically through a drink, and then they end up, you

16  know, being murky, not understanding what's going on

17  and wake up the next morning, in some cases without

18  their clothes or shoes, confused, injured, and not

19  knowing what to do.

20       That is a reoccurring theme. And so how this

21  was able to go on for so long. It's -- it's -- it's

22  hard to fathom because we know that, that a lot of this

1  conduct occurred at -- at, you know, venues, whether it

2  be hotels, clubs after parties, famous people's homes,

3  you know, publicized parties that that are all over the

4  internet, we can see that the clips from them.

5          And if you look at interviews that people that

6  attended the party, when they get to the point of

7  asking about certain things that would kind of get

8  close to some of the conduct we're talking about, you

9  know, they go quiet.

10          TONY BUZBEE:  So this was a secret in the

11  industry that everyone knew about. And I'm just very

12  proud that that, you know, that the chips have started

13  to fall.

14          You know, the Cassie case, I think was was

15  kind of the beginning of this and then the the

16  investigation and then the the indictment and then the

17  arrest and then the bail being denied. And now people

18  are coming forward.

19          In fact, we published a phone number for abuse

20  Hotline yesterday and it literally crashed. We had so

21  many calls. So we have a great task in front of us of

22  trying to sift through whether these folks who are

1  calling are victims or have information or just, you

2  know, you obviously, you know that in these types of

3  situations, there's people that just call for, you

4  know, and crank and that sort of thing.

5         We have to sift through that and we're going

6  to do that. But I expect we'll start filing cases in

7  New York federal court in the next two weeks to 30

8  days.

9         And I expect we're going to be joining

10  defendants in these cases that are going to raise some

11  eyebrows. And I look forward to, you know, following

12  this evidence wherever it goes and whoever.

13         CHRIS HANSEN:  Begs the question, Mr. Buzbee,

14  and you bring up one of the points that intrigues me

15  and a lot of other people so much is that other people

16  in the music industry had to know, perhaps even cover

17  up and, as you may allege in the future, have taken a

18  role in allowing Combs to do this.

19         AD:  Hey everyone, Chris Hansen here. We have

20  almost 100 new episodes on my streaming crime network.

21  Watch true blue.com. Use the code YouTube 24 for half

22  off your first month or YouTube year for $20 off a full

1    year. We'll see you soon on True Blue.

2         TONY BUZBEE:  It's my view that if you were in

3    the room, a miner is in the room being abused, and you

4    allow it to happen, you have liability. It's my view

5    that if you that if you facilitated or egged that on in

6    some way, you have liability.

7         It's my view that you -- if you provided the

8    venue knowing how he was and the things that he was

9    doing along with the people that he was, that he was

10   with, you have liability.

11        It's my view that if that -- if that -- if you

12   knew as a hotel owner that he was renting out an entire

13   floor and there were people appearing, multiple people,

14   young women and young men who were appearing at the

15   front desk, and you were not taking down their name and

16   you were sending them directly to his floor, you have

17   liability.

18        It's my view that if you're a bank and you

19   knew that he was withdrawing hundreds of thousands of

20   dollars in cash that was being used to pay for people

21   to be shipped from all across the country, as in

22   trafficked, you have liability.

1        I mean, I think the the facets of this and,

2  you know, everybody's really tuned into, you know, who

3  are the celebrities that might be named. But in my

4  view, the more sinister, the more sinister element of

5  this is all the corporations that benefited from this

6  and the venues that benefited from this, and the people

7  that profited from this culture that he created.

8        And I look forward to peeling back every layer

9  of that onion so we can all see what was going on here.

10       CHRIS HANSEN:  And there is precedent for

11  this. Jp Morgan Chase was held liable in the Epstein

12  case, as I'm sure you know, and in human trafficking

13  cases around the country, hotel chains, major companies

14  have been held responsible for allowing this sort of

15  human trafficking activity to occur on their

16  properties.

17       TONY BUZBEE:  Yeah, we know we know from the

18  victims that that, you know, that it was routine for

19  for the so-called atmosphere.

20       They had what they called atmosphere. Girls

21  who would be shipped in paid $10,000 per person to be

22  there and then coerced and bullied, and in some cases

1 forced to do certain things that they didn't anticipate

2 that they were supposed to be doing and then held.

3 They're not allowed to leave.

4       I mean, this is the kind of thing that was

5 going on and was going on at the same time that a lot

6 of people, they were taking pictures. It's going on

7 like literally, right, you know, right next to them.

8       And some of the same pictures that you see on

9 Instagram and other social media platforms. I think

10 this is going to be, you know, even bigger than people

11 can imagine. Um, give me.

12       CHRIS HANSEN:  A sense of the volume of

13 videotape and photographic evidence and recordings you

14 have.

15       TONY BUZBEE:  We are still sifting through

16 hundreds of pictures and video. You know, some of it,

17 it's without context. It's hard to even know what this

18 even means or what's, you know, how does this fit into

19 the picture?

20       We've been -- I've been sent just unsolicited

21 via email and direct message on social media, videos

22 and pictures and stuff. So we're trying to sift through

1    all that. So I couldn't even give you an estimate.

2            You know, yesterday there was there was an

3    individual who, of course, did not want to reveal who

4    she was, but was texting me just video after video

5    after video from some of these so-called freak offs.

6    And I'm just looking at this stuff like, man, I wish

7    this weren't on my phone. Number one. And number two,

8    she was.

9            CHRIS HANSEN:  Texting you on your personal

10   phone. Yeah. Videos of these freak-offs.

11           TONY BUZBEE:  Yeah, yeah.

12           CHRIS HANSEN:  And what does that say to you?

13   That somebody unsolicited feels so strongly about

14   what's happened to her and others that she would send

15   this material to you?

16           TONY BUZBEE:  Yeah, and I'm trying to. And

17   here I am trying to figure out, first off, you know, I,

18   I don't want this stuff on my phone, but.

19           CHRIS HANSEN:  No, of course.

20           TONY BUZBEE:  Not. I'm trying to figure out

21   the context. Like who, who is who are these people

22   doing these things that you would, you know, you would

1    typically wouldn't -- wouldn't see. And obviously you

2    couldn't -- couldn't show it to anybody in public. It's

3    pretty -- pretty graphic.

4          But -- but you know, I've had -- you know, we

5    have this large team of people trying to field all

6    these calls and all these media or this internet

7    contact and you know, trying to sift through that and

8    screen that and get people to the next level to start

9    talking to lawyers.

10          And the difficulty, as you might expect, is

11    what you want to do is you want to you want to make

12    sure that people believe you are believed. Okay. We

13    believe victims. We're not going to we're not going to

14    we're not here to cross-examine you at this point.

15    We're not here to -- to -- to, you know, to to be

16    skeptical.

17          But at some point we have to be because, as

18    you know, these are very difficult cases. These are

19    these these are difficult cases going against a

20    powerful group of people. So at some point, you know,

21    when they get to the third level, hard questions have

22    to be asked.

1        And so we're -- we're -- there's a balance we

2   have to cut here. We have to on the one hand, make sure

3   that people understand that we believe you. We want to

4   hear what you have to say. We want to hear your story.

5   We want to represent you and help you if we can. On the

6   other hand, you need to understand that this is this is

7   not going to be a cakewalk.

8        TONY BUZBEE:  You know, this is this is going

9   to be there's going to be a lot of attention on this.

10  And they're going to fight -- fight us tooth and nail.

11       And the first defense is going to be we never

12  don't know who you are. And you're just here to try to

13  get money. And the second defense is, well, if you've

14  proven that we were in the same room together, but we

15  didn't do anything to you and the entire defense is

16  going to be we're going to attack your character and

17  your lawyer's character, and we're going to attack, you

18  know, from the very beginning.

19       So this is -- I've been down this road before.

20  It's a -- it's a difficult road, but the fact that we

21  have 120 people who are willing to step forward, who

22  have been vetted now and are and are ready and willing

1   and able to file their case, we're going to file them

2   under the Jane Doe or the John Doe pseudonym.

3          But we understand that eventually their names

4   will be made public. I'm encouraging them to talk to

5   the Homeland Security and the FBI. Um, I'm encouraging

6   them to allow me to share their names and their

7   information with the authorities.

8          I'm encouraging them that at some point, let's

9   let's step in front of a camera and let's tell your

10  story, because there's probably many, many other people

11  out there who, if they see you on the camera and they

12  hear what you have to say and it happened to them,

13  they'll step forward too. So that's kind of where we

14  are in this. And, you know, we're at the tip of the

15  iceberg.

16          CHRIS HANSEN:  How many of your victims? Mr.

17  Busby were underage, were minors at the time of the

18  offenses?

19          TONY BUZBEE:  Twenty-five of the 120.

20          CHRIS HANSEN:  Twenty-five.

21          TONY BUZBEE:  Twenty-five we're talking about.

22  And you would think that we're talking about females,

1  but we're you would be. I was surprised because I just

2  expected this was all these were all females.

3        But -- but of the 120 people, half are males.

4  And of the minors, about half are males as well. We

5  have a young man who was nine years old at the time

6  this occurred.

7        CHRIS HANSEN:  Nine years old, Mr. Busby. Nine

8  years.

9        TONY BUZBEE:  Old. 13 years old. 14 years old.

10 A 15 year old. All of these are, with one exception,

11 young men who were trying to break into the industry.

12       The nine year old young man was was was

13 essentially his parents responded to some sort of

14 advertisements. Somebody was recruiting young people to

15 break into the industry, and he he made the various

16 screening mechanisms they had.

17       And him, along with four other boys, went and

18 were able to meet Sean Combs and his his parents

19 essentially handed him off to Sean Combs. And they they

20 alleged that they handed him off.

21       And Sean Combs had had his way with this child

22 by coercing him and pressuring him and promising him

1    things. And, you know, to the point now that that, you

2    know, just devastated this, this young man's life, who,

3    you know, he doesn't want to have anything to do with

4    music.

5         I mean, it was his dream to be a musician. He

6    doesn't want to have anything to do with music. Of

7    course, his parents are have shame and guilt because

8    they helped facilitate that.

9         And that's kind of a typical story of what

10   we're talking about here. And I think I think it goes

11   without saying that, and it shouldn't be this way, but

12   it is this way that that it's even more difficult for a

13   for a young man to come forward when this happens to

14   him, you know, because there is a stigma involved in

15   that. So this is what we're dealing with.

16        And at the same time trying to be sensitive

17   you know, you've got to be aggressive and pursue the

18   case and make sure we leave no stone unturned, and we

19   gather all the evidence and we ask the hard questions

20   of the clients.

21        But at the other hand, on the other hand, we

22   have to be sensitive because this is tough stuff. And

1  this -- this young man's been living with this for a

2  long time.

3        CHRIS HANSEN:  I can't imagine the shame, the

4  degradation, the absolute destruction of a child's life

5  being exposed to this at the age of nine.

6        TONY BUZBEE:  You think about, you know, this

7  at the time this happened, this allegedly happened.

8  Sean Combs was the top of the top of the music

9  industry.

10        It was well known that if he if he liked you,

11  he could make you a star. And that's what the parents

12  were excited about. Obviously, the young man was

13  excited about. And then this -- this happens.

14        And, you know, it's like he's just on the

15  scrap heap of history, if you will. You know, just

16  devastates. I don't want to be too pessimistic because

17  my my hope is that the young man has a long, productive

18  life. But -- but boy, it's hard when something like

19  this happens to you.

20        CHRIS HANSEN:  In terms of predatory behavior.

21  You've investigated victims whom you've represented.

22  Where does this case rank? Mr. Busby?

1      TONY BUZBEE:  A lot of the cases that I've

2 had, the conduct has been secret, private. There were

3 some suspicions, but it was private, and it was usually

4 one person on one person.

5      And of course, you know, when you have this

6 predilection like this, it happens over and over. You

7 know, it doesn't just happen once. Typically when

8 something like this happens, you can you can bet that

9 it's probably happened more than once.

10      What's -- what's different about this case, in

11 my view, is that is that this was not a secret. I mean,

12 some of this behavior was happening in the presence.

13      And I'm not just talking about in the presence

14 because Sean Combs never went anywhere without

15 bodyguards, never went anywhere, never traveled

16 anywhere without some sort of entourage or posse, if

17 you will. And certainly those people knew what he was

18 up to and knew what his, his inclinations were.

19      But what's what's more disturbing about this

20 is, is that at some of these, these after parties

21 weren't just four or five people, these after-parties

22 were people that knew that about 1:00, you know, there

1    was going to be a shift in this party and things were

2    going to be different.

3            You know, this was not going to be, you know,

4    the party that you see on the -- on Instagram and so

5    forth.

6            TONY BUZBEE:  I mean, some of the conduct

7    occurred during the main party, but the most sinister

8    conduct occurred in the so-called after parties, and

9    those were not small affairs.

10           And so you wonder, you have people of note,

11   people who are known, who attended some of these and

12   knew about some of some of this behavior going on. I

13   mean, there was no secret that people were being flown

14   in.

15           I mean, there's no way you could you could not

16   know that unless you were just there's just no way you

17   could not know that.

18           And the things that were going on in the

19   presence of people, that of names that we've all heard

20   and venues that we all know and people's homes that we

21   all know, and how it went on for, for 25 or more years

22   without anybody saying anything.

1    You know, you've heard some celebrities say,

2  hey, I would never go to a Diddy party. There's --

3  there's a -- there's a group of celebrities out there

4  who are making that more and more well known because

5  obviously, what's going on.

6    But how did this go on for so long without

7  anyone saying, you know, enough is enough of this? I'm

8  going to speak out about this.

9    TONY BUZBEE:  You know, I know he's a powerful

10  person. I know he's connected with with some powerful

11  people. I know that, you know, politically, he's even

12  connected.

13    And maybe there's an element of some sort of

14  criminal element here that could be a danger. But I'm

15  going to say something because what I'm seeing is not

16  correct. It's not right. And I don't want to be a part

17  of it, and I don't want to be associated with it.

18    But you never heard that, you know, you heard

19  people like Katt Williams who have said some things

20  years back, you know, 50 Cent has said some things

21  about, about that, you know, you've heard interviews

22  here and there about when people ask about Sean Combs

1  parties, you know, they grow silent and they kind of

2  it's kind of hush-hush.

3          I can't talk about that. But why didn't they

4  ever say something, you know, why did they allow this

5  to happen and continue to happen?

6          It's my view that if you continue to attend

7  those parties knowing what was going on and not saying

8  anything. How are you not. How are you not complicit in

9  some way?

10          CHRIS HANSEN:  Do you have witnesses, insiders

11  who are willing to cooperate in this case?

12          TONY BUZBEE:  I think so. I also think that

13  certainly have witnesses who saw this, who weren't

14  involved but are willing, who have nothing to gain, who

15  are willing to talk.

16          I expect that some of the, the, the people

17  that were the closest to Sean Combs, who were with him

18  at all times, will probably talk. I think, you know,

19  the federal government is really good, as you know, at

20  getting people who are not the targets to talk. I

21  expect that will happen.

22          I expect the indictment and the charges in the

1    indictment will grow. I expect that other people will

2    be implicated. So I think that, like I say, I think

3    we're only seeing the tip of the iceberg here.

4              And, you know, I -- I'm what I'm most

5    interested in is, is every single person who is

6    victimized come forward and come forward now. You know,

7    there's a reason that that that New York State and

8    California have very long statutes of limitation for

9    these types of crimes because people are very, very --

10   you know, they don't cry out immediately.

11             Then it gets harder and harder as time passes

12   for them to come forward, because they're going to be

13   the first thing people say is, why didn't you come out

14   immediately? Because a lot of people don't understand

15   how hard it is to say, hey, this person did this to me

16   because it's a they don't.

17             TONY BUZBEE:  There may be financial

18   repercussions, safety concerns, family repercussions,

19   backlash from their community. You know, people can be

20   you know, there's a reason for this. You know, this

21   word "fan" is short for fanatics. And people are can be

22   really mean and nasty.

1          And when you're dealing with a, you know,

2    alleged criminal element, you know, people should feel

3    that. Yeah, there's blowback. And, you know, even for

4    me, you know, I've been -- you know, you can only

5    imagine, I'm sure, for you two, the kind of the kind of

6    messages you get on social media are people that are

7    going to do this to you, and they're going to do that

8    or to your wife.

9          And, you know, I've had my wife told me last

10   night, you know, we're going to have to get because I

11   have security at my house, but we're going to have to

12   you're going to have to have 24-hour security. I'm

13   thinking, come on, you know, you know, that's just a

14   bunch of foolishness. But but who knows? I mean.

15         CHRIS HANSEN:  It's real. I, I've seen it

16   personally, you know, and you're out there trying to do

17   the right thing and expose evil actors. And, you know,

18   there can be blowback from those people and their

19   associates.

20         There's no question. What? Before I let you

21   go, Mr. Buzbee, and I know you're a busy fellow. One

22   last question. What does this say about this particular

1  segment of the music industry that, as you have said

2  and has been proved, look the other way on this.

3      TONY BUZBEE:  I call it the, you know, the the

4  facilitators. You know, obviously the people that

5  participated in this are terrible, terrible actions and

6  terrible conduct and, and should be prosecuted and put

7  underneath the jail.

8      But you know, what really irks me are the

9  people that that saw this happening, that enjoyed,

10 enjoyed themselves while it was happening, that fancy

11 themselves as upstanding people and knew this was

12 happening and continue to go to these parties knowing

13 this was going to happen. And there were, in my view,

14 are just as complicit.

15     And -- and whether they, you know, they can be

16 criminally charged or even civilly sued, people should

17 know, know that they knew and they didn't do anything

18 about it.

19     CHRIS HANSEN:  Tony Buzbee from Houston, thank

20 you very much for spending all this time and taking us

21 inside this investigation.

22     I promise you we will stay in touch and we

1    will continue our work on our end as well. Thank you,

2    sir.

3            TONY BUZBEE:   Thank you Chris.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Interview - The Chris Hansen Show

26

```
 1              CERTIFICATE OF TRANSCRIBER

 2      I, Chris Naaden, a transcriber, hereby declare

 3  under penalty of perjury that to the best of my ability

 4  from the audio recordings and supporting information;

 5  and that I am neither counsel for, related to, nor

 6  employed by any of the parties to this case and have no

 7  interest, financial or otherwise, in its outcome, the

 8  above 25 pages contain a full, true and correct

 9  transcription of the tape-recording that I received

10  regarding the event listed on the caption on page 1.

11

12          I further declare that I have no interest in

13  the event of the action.

14

15

16          November 11, 2024

17          Chris Naaden

18

19  (561200, Inside Diddy's FREAK OFFS with Lawyer Tony

20  Buzbee, The Chris Hansen Show, EP 1)

21

22
```

# EXHIBIT H

1

2

3

4

5               TRANSCRIPT OF VIDEO-RECORDED

6                        INTERVIEW

7

8   "LAWYER TONY BUZBEE SAYS MORE CELEBRITIES WILL BE SUED

9           WITH DIDDY, DEMAND LETTERS SENT"

10

11  https://www.tiktok.com/@unbotheredbabez/video/742309945

12          7639697707?_r=1&_t=8rHk8WIXxbq

13

14

15

16

17

18

19

20  Job No.: 561200

21  Pages: 1 - 7

22  Transcribed by: Christian Naaden

1              P R O C E E D I N G S

2

3          HARVEY LEVIN:  Tony, you said last week at the

4     news conference that you would begin filing lawsuits as

5     early as this week. Um, do you have plans to do so? Um,

6     and do they involve celebrities? Do they involve just

7     Diddy people beyond Diddy?

8          TONY BUZBEE:  I think I let the lawsuits speak

9     for themselves. I don't expect there to be anything.

10    You know, everyone's focused on what what other

11    celebrities were involved.

12         HARVEY LEVIN:  Um, you know who's going to be

13    named? Who's going to be outed?

14         TONY BUZBEE:  I don't expect that to happen

15    this week. I'm hoping to file some lawsuits this week.

16    Will they, of course, will include Mr. Combs and some

17    corporate entities. Uh, but we want to make sure that

18    that, you know, if we name individuals beyond Mr.

19    Combs, that that we make sure that we've done our

20    homework because it's going to create a firestorm. We

21    understand that. So we're going to make sure that we

22    dot our I's and cross our T's.

1     CHARLES LATIBEAUDIERE:  Tony, you said

2  something interesting there. You said I don't expect

3  that to happen this week. So that sounds like there

4  could be other people named other famous people named

5  down the road. I know you said this is going to be a

6  process over the next 30 days of filing these lawsuits.

7  So are you saying not this week, but maybe in the weeks

8  coming after this one?

9     TONY BUZBEE:  I would expect so. I really

10  don't want to get in into a situation where people are,

11  you know, if I don't file a lawsuit next week, then,

12  you know, there's a that creates a media frenzy that

13  the truth is, I want to be clear about something.

14     Um, if you were attending one of these

15  parties, if you will, and you attended, attended before

16  or you knew what was going to happen, that is, um, you

17  knew that a particular drug was being used in drinks

18  that was causing people, uh, to be coerced and taken

19  advantage of, and you were there in the room or you

20  participated, or you watched it happen and didn't say

21  anything, or you helped cover it up, in my view, you

22  have a problem.

1        And as we file each one of these cases, we're

2   going to make an effort to resolve them on the front

3   end. But failing that, we're going to file public

4   lawsuits and pursue these cases aggressively.

5        HARVEY LEVIN:  So who will be named when they

6   will be named?

7        TONY BUZBEE:  All that will come out in due

8   course. But the bottom line is, you know, I want to be

9   clear about the scope of this. A lot of people attended

10  these parties. A lot of people saw this activity going

11  on.

12       A lot of people allowed it to go on, said

13  nothing, didn't intervene, maybe benefited from it,

14  profited from it. All of these individuals and

15  entities, in my view, have exposure here.

16       HARVEY LEVIN:  Are we talking about

17  celebrities on the level of Diddy?

18       TONY BUZBEE:  I would expect so. Yes.

19       HARVEY LEVIN:  Have you sent any demand

20  letters out to anybody other than Diddy saying, um,

21  here's what you've done, we want to settle with you or

22  we're going to file a lawsuit. Have you sent any to say

1  other celebrities beyond Diddy?

2         TONY BUZBEE:  We have. And I want to I want to

3  explain that process because it's important, you know,

4  in every single case, especially cases like this, we

5  collect our data, collect our evidence, do our due

6  diligence, spend time with the victim.

7         And then because it's in the best interest of

8  the victim, we attempt to resolve these matters without

9  the filing of a public lawsuit. And we have done that

10  already. We've done that.

11         I would say, you know, with a handful of

12  individuals, many of which you've heard of before and

13  will continue to do that. That's just the standard

14  process that every lawyer in the United States who

15  handles these types of cases uses, because it's it's

16  it's the right way to do it.

17         HARVEY LEVIN:  But there are also people who

18  want to jump on the gravy train and want to make money,

19  and that's got to be a big slice of what you're

20  getting. I mean, it's not just automatically believing

21  somebody because they say it.

22         TONY BUZBEE:  No, I think, Harvey, I think

1  you're right. You know, I was born at night, but I

2  wasn't born last night.

3      Um, you know, you get 3200 calls and that

4  turns into 100-some-odd clients. I think you see the

5  process that we're involved in.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of Interview - Demand Letters Sent

```
 1            CERTIFICATE OF TRANSCRIBER

 2      I, Chris Naaden, a transcriber, hereby declare

 3  under penalty of perjury that to the best of my ability

 4  from the audio recordings and supporting information;

 5  and that I am neither counsel for, related to, nor

 6  employed by any of the parties to this case and have no

 7  interest, financial or otherwise, in its outcome, the

 8  above 6 pages contain a full, true and correct

 9  transcription of the tape-recording that I received

10  regarding the event listed on the caption on page 1.

11

12          I further declare that I have no interest in

13  the event of the action.

14

15

16          November 11, 2024

17          Chris Naaden

18

19  (561200, Lawyer Tony Buzbee says more celebrities will

20  be sue wuth Diddy, Demand letters sent)

21

22
```

# EXHIBIT I

1

2

3

4

5

6

7

8

9

10                        Atwood Unleashed

11                         BUZBEE LIVE

12       Interview with Shaun Attwood and Tony Buzbee

13                       October 7, 2024

14

15

16

17

18

19

20   Job No.:  561873

21   Pages 1 - 72

22   Transcribed by:  Jackie Scheer

1              P R O C E E D I N G S

2         MR. ATTWOOD:  Hello.  Shaun Attwood, true

3    crime YouTube here in the UK.  I'm here with

4    Tony Buzbee.  I was just saying to him he must

5    be one of the busiest guys in the world right

6    now after the press conference.  And I am

7    honored that he's come here and we are live and

8    he's able to answer your questions.

9         So first off, huge thank you for coming

10   on.

11        Huge thanks for coming on, Tony.

12        MR. BUZBEE:  Oh, you're welcome.  Thank

13   you.  I didn't hear you.  Go ahead.

14        MR. ATTWOOD:  Yeah, no worries.  I think

15   one of the most -- when you speak to Chris

16   Hansen, one of the parts that stood out to us

17   the most was the fact that your wife was asking

18   you to beef up security, get it 24 hours.

19   We've been investigating the Franklin scandal

20   on this channel.  We've had Nick Bryant on.

21   The chief investigator in that case ended up

22   mysteriously going down in a plane crash.

1          What are you thinking right now about your

2      safety considerations?  Because called out the

3      banks, you've called out big pharma, you're

4      calling out hotel XX.  I mean, whoo, you've

5      called out a lot of people.  You've got huge

6      cojones as far as I'm concerned.

7          MR. BUZBEE:  Well, you know, I typically

8      have security at my house.  She -- she -- you

9      know, I've had so many unsolicited advice being

10     provided to me and the -- the overwhelming

11     theme is, Tony, you better get more security in

12     light of some of the allegations that are being

13     made against some of the individuals being

14     made.  I, you know, I try not to, you know, be

15     lax about it.  I don't want to, you know, make

16     a joke of it, but, you know, I was in the

17     Marines.  You know, I was a recon officer in

18     the Marines and served in Somalia and Desert

19     Storm and so, you know, I don't typically walk

20     around being scared.

21          That being said, you know, there's a

22     reason for the, you know, fan is short for

1   fanatic and, you know, there are going to be

2   some people named in these cases that are going

3   to raise some eyebrows and I've already made it

4   clear that -- that, you know, if you were a

5   bank and you were somehow facilitating this by

6   allowing, you know, hundreds and hundreds of

7   thousands of dollars of cash to be withdrawn to

8   be used for various things, or you were some

9   sort of pharmacy that ordered large volumes of

10  particular drugs were being purchased or maybe

11  you were a hotel or a club or this type of

12  activity was taking place, you're going to be

13  named.  And, you know, I guess, you know, a lot

14  of people have told me get more security, you

15  know, you need to be, you know, keep your head

16  on a swivel, which is kind of what my old

17  football coach used to tell me.  You know, and

18  we're going to do that.  But I'm not going to

19  go around being scared.  But I'm going to be

20  responsible.

21      MR. ATTWOOD:  You're not going to buy

22  yourself a thank.  All right.  So we got a

1   question from Michael and I'll just add a bit

2   to this because, you know, you had I think it

3   was 3,280 calls initially and then you

4   distilled that down to 120, but you were still

5   processing people.  You put the hotline number

6   out, it crashed.  I can only imagine the amount

7   of allegations and cases coming in, potential

8   cases coming in now has gone up exponentially

9   since you did the press conference.  What is

10  the present status of the amount of alleged

11  victims coming forward to your office?

12      MR. BUZBEE:  Well, let me -- let me kind

13  of go back in time a little bit.  So there's a

14  lawyer friend of mine who I did some work with

15  on the Boy Scout sexual assault cases.  He took

16  a very active role in those.  He knew of course

17  I handled the Deshaun Watson allegations.

18  Those went on for several years, they were very

19  high profile, and then there's been a few other

20  high profile individuals who we've had cases

21  against.  So he's been kind of following this

22  and as it was very clear there was an

1   investigation going forward, and so he began to

2   field calls from people who -- who claim that

3   they were victimized by Sean Combs or at a Sean

4   Combs party or by Sean Combs cohorts or friends

5   or attendees.  And so he had -- he had vetted

6   about 55 cases and called me and said, Tony,

7   you know, I have these cases and I'm looking

8   for somebody who has the -- the fire power to

9   handle them and the -- and the manpower to

10  handle them.  And so I said, you know, I'm

11  never one to shy away from -- from a case if

12  it's a good case.

13       So I did -- did my due diligence.  I had

14  the people here look at them and once I decided

15  to sign on and see if I could help these

16  people, I made one social media posting that we

17  were, you know, I would -- I had signed on to

18  these and I was going to pursue these.  Well,

19  you know, then his -- his number that he had

20  been using just started ringing off the hook.

21  I think 3,285 calls, and of those calls, and I

22  think that includes probably the previous calls

1   as well, but it was certainly nowhere in that

2   range.  You know, we were able to sift through

3   and vet and -- and come up with 120 cases that

4   we were willing to pursue.  And that's not to

5   say that there weren't other cases of people

6   that we did not believe.  That's not to say

7   that there were not legitimate cases that we

8   turned away because we obviously turned away a

9   lot of people.  And -- and you can only imagine

10  that -- that in situations like this, sometimes

11  people just call the number to see who will

12  answer.  Sometimes people call and do a prank

13  call.  There's people that, you know, call

14  and -- and, you know, feed you a line of

15  baloney and then, you know, laugh and hang up.

16  And then there's -- there's also people who

17  call and want to just tell you, hey, we support

18  you, we're on your team, you know, God's with

19  you, you know, we're -- we're behind you,

20  things like that which are kind and very nice

21  to hear.  And then, you know, there are people

22  that call that -- that have what they think is

1   evidence or they -- they -- they want to send

2   you a YouTube link, you know, that's of course

3   publicly available and I probably already have.

4   They want to send you a social media post and

5   that, you know, of course I've already seen.

6   But -- but, you know, I'm not going to

7   criticize them for that, they're trying to

8   help.

9       Then there's people who -- who send you

10  information that you've never seen before.

11  Videos that were taken at a particular party.

12  Pictures that were taken at a white party in

13  the Hamptons.  Things like that that you -- you

14  kind of put in a folder and say, okay, this

15  is -- this is information that we could use, we

16  just have to put it in context.  There's people

17  that call and say, hey, I witnessed this or I

18  saw this or I was at this party and here's how

19  it went or you should talk to this person.

20  Hey, this person has information, you should

21  find them and contact them.  There's that --

22  that group of people.  And then of course

1    there -- there are people that say I was a

2    victim of conduct that should have never

3    happened and I'm coming forward.

4         And so, you know, we have about a hundred

5    people who are -- who, you know, all hours of

6    the day who are sifting through this, returning

7    calls, talking to people, asking for

8    information to try to -- to try to figure out,

9    you know, how -- how large is the scope of

10   this.  And then of course we did the press

11   conference.  We received about 12,000 calls, so

12   much so that -- that the system, it's a

13   computerized call system, crashed.  But the

14   good news is is that the way it's set up is

15   that even if the call wasn't answered, the call

16   number was logged so they could be -- the call

17   could be returned.  And so we're sifting

18   through those.  And of course the goal is -- is

19   to only pursue the cases that are legitimate.

20   The -- only -- only pursue the cases that, you

21   know, that we can -- that we can corroborate,

22   with the understanding that, you know, I look

1   through this from the prism of if you're a

2   victim and you have the courage to come forward

3   and after I've read -- read you The Riot Act,

4   which I always do, which is, hey, you need to

5   understand these are difficult, you need to

6   understand this is not a cake walk, it's not a

7   walk in the park.  You need to understand

8   that -- that when we -- ultimately, you know,

9   first thing we're going to do is we're going to

10  send a letter with your identity involved in it

11  that lays out the allegations.  I'm going to

12  send that to the other side and we're going

13  to -- we're going to try to resolve your case

14  on the front end.  If that doesn't happen,

15  that's public.  Every court in the United

16  States is a public system.  So people can log

17  on and they can see who's filing what.  We're

18  going to file the case under a pseudonym but --

19  but the -- what the -- it's my full belief that

20  at some point, the other side, the alleged

21  perpetrators are going to try to force us to

22  disclose your name publicly, so you need to be

1    prepared for that.

2        At some point as this process goes

3    forward, you're going to have to sit in a room

4    with an army of lawyers who have went into, you

5    know, done a deep dive into your past.  They're

6    going to go all the way back to your high

7    school.  They're going to look at everything

8    you did or failed to do.  They're going to look

9    at every social media post that -- that you've

10   done.  They're going to want to have a download

11   of your cell phone.  They're -- they're going

12   to look -- they're going to talk to everybody

13   that -- that knows you or has known you and

14   they're going to attack you and attack you and

15   attack you, because defense number one in cases

16   like this is attack the credibility of the

17   victim.  And they're going to deny, deny, deny.

18       They're going to deny that they ever were

19   in a room with you, they never heard of you,

20   they don't know you, they didn't do anything to

21   you.  And when we show that, you know what, we

22   can prove that you guys were in the same room

1    at this point in time and we can prove that

2    there were illicit drugs there that were being

3    given to people without their knowledge, then

4    they're going to say all that might be true but

5    we still didn't do anything to you and you

6    can't prove it.  And, you know, then it's going

7    to come down to the word of the victim versus

8    the word of the alleged perpetrator, and we're

9    going to have to test the credibility of each

10   and ultimately the -- a jury will make that

11   decision.  And that's an arduous process.  It's

12   very difficult.  The court system doesn't make

13   it easy and, frankly, it shouldn't be easy,

14   because these types of allegations are very,

15   very serious and very egregious.  And so that's

16   the process that we're going through and it's

17   a -- for us it's a herculean task.  It's --

18   it's a lot of labor, a lot of administrative

19   work.

20        And so at this point we have 120 cases

21   that are, you know, I hope to start filing

22   cases in the coming weeks.  A lot of people are

1   focused, you know, laser focused on, okay,

2   Tony, who are you going to name and, you know,

3   who are the celebs that you're -- that you're

4   going to out and all that and I'm not so

5   focused on that. I'm more focused on making

6   sure that on each case that we -- that we

7   capture every entity and every individual who

8   was complicit.

9       And -- and let me be clear, and I've said

10  this a few times, because I think there's some

11  confusion. The, you know, our allegation is

12  that -- that the situation that allowed these

13  types of things to occur was orchestrated by

14  Sean Combs. We -- I believe that -- that any

15  individual who was present who knew what was

16  happening, that is, you know, we've heard

17  that -- the talk about the thousand bottles of

18  baby oil. There's been some suggestion that

19  that baby oil was laced with -- with what's

20  called Liquid G. You know, Liquid G is --

21  is -- is commonly referred to as the date rape

22  drug. Typically it's put clandestinely into

1    someone's drink.  It's odorless, it's

2    tasteless.  It -- it essentially removes your

3    inhibitions.  It essentially -- it's a libido

4    enhancer as well and it also for the most part

5    wipes your memory.  It makes you very, very

6    subjective -- or subject to coercion and to

7    persuasion and that's why it's called the date

8    rape drug.  And my view is if there were people

9    present, had been at these parties in the past

10   who knew that this was being used and put in

11   people's drinks or perhaps being put in oil

12   that was being rubbed, you know, people rubbing

13   it up on each other, and they allowed that to

14   occur, participated in that, sat there and

15   watched it, didn't intervene or kept it quiet,

16   as far as I'm concerned, you're just as

17   complicit as the individual who coerced and

18   engaged in some sort of sexual exploitation.

19        And, frankly, if you are some sort of

20   pharmacy or some sort of vendor that was

21   selling this particular drug or selling some --

22   some mixture of this particular drug or if

1   you're a club owner who knew this was happening

2   and it was common practice, because the

3   allegation is it was a common practice, and you

4   were profiting from this or benefiting from

5   this so called, you know, party culture.  Or

6   you're a hotel where the entire floor was being

7   rented out and you had -- there was basically a

8   revolving door at the front desk of people who

9   are not registered that were just showing up

10  and coming up to say -- let's say the ninth

11  floor and then you would see people leaving the

12  hotel just completely discombobulated and

13  disoriented and you did nothing about it and it

14  happened over and over.  Or maybe you're a bank

15  that -- that knew that hundreds of thousands of

16  dollars was being withdrawn with no -- with no

17  explanation as to, okay, why do you need all of

18  this cash.  And -- and we believe and we think

19  we'll be able to prove that cash was being used

20  to fly in individuals from all over the

21  country, specifically from Los Angeles and

22  various entities that we've identified in Los

1   Angeles of people flown in that were drugged

2   that were kept longer than they should have

3   been kept, that -- that were coerced to do

4   things that they never expected would happen,

5   and then basically left disoriented and -- and,

6   you know, some -- in some cases without --

7   without a way to go home.

8       So I think the scope of this is much

9   larger than not -- any of us can fathom.  And

10  I'm not so laser focused on, you know, who's

11  going to be outed like everyone else is.  You

12  know, obviously there's a line of -- a long

13  line of people who -- whose names keep coming

14  up in some of these -- these incidents.  But,

15  you know, I'm more interested in the -- the

16  entities, corporations, banks, hotels, that

17  profited from this that should not be able to

18  escape liability.

19      MR. ATTWOOD:  Wow, okay.  So just going

20  back to what you said earlier about the vetting

21  of the people who are calling your office.

22  What do you do to back up their claims?  Is it,

1  like, cell phone records, text messages,

2  hospital records, police reports?

3      MR. BUZBEE:  All of the above.  Obviously

4  I want -- if that exists, if anything, any

5  documentation exists, I want it.  You know,

6  sometimes it's a, you know, somebody went to a

7  party with their friend and their friend

8  supports what happened.  Sometimes it's a --

9  there's a plane ticket.  Sometimes there's --

10 there's a bank record that shows that a certain

11 amount of money went into someone's account.

12 Sometimes it's, you know, some cases, you know,

13 a lot of these individuals that attended these

14 parties, you know, they're super excited

15 about -- about being -- they're flattered to be

16 invited.

17     I'm thinking about one case where -- where

18 a 16-year-old young man who was at a concert

19 and was -- was -- was singled out and was

20 invited back and then -- then was told, hey,

21 why don't you come to the Hamptons.  We're

22 having a party in the Hamptons and so when he

1   got to the Hamptons he, you know, he took a --

2   took a, you know, a selfie with he and Sean

3   Combs.  And so he provided that to me and then,

4   you know, described to me what happened to him

5   thereafter.  You know, you're -- there's not

6   going to be a smoking gun.  I mean, we all wish

7   there was going to be, you know, like on TV,

8   there's some video that shows somebody, you

9   know, putting a -- a tab in a drink and then

10  somebody drinking it and then something very

11  terrible happening.  That's -- that's rarely,

12  rarely ever happens, especially in situations

13  like these.

14       What you have to do instead is the -- I've

15  always said that no matter what type of case it

16  is, whether it's a -- a case where you're

17  alleging fraud or a case where you're alleging

18  a personal injury or even a car wreck or -- or

19  a case like a sexual abuse case, the first --

20  the first and most important piece of evidence

21  is the plaintiff herself or the plaintiff

22  himself.  I have to believe them.  I have to

1   look them dead in the eye.  You know, I'm -- I
2   didn't just -- I didn't, you know, I was born
3   at night but I wasn't born last night.  And so
4   I, you know, I'm pretty good about looking
5   someone in the eye and asking them very hard
6   questions and making sure that they pass the
7   common sense test with me.  Which sometimes
8   it's unpleasant for them.  You know, I have to
9   ask hard questions because if they think the
10  questions I'm going to ask them are hard, it's
11  going to get a lot harder.
12        And, you know, so first is, you know, I
13  want to see, okay, tell me about your
14  background, tell me about what you've done
15  since and what you did before.  What do you do
16  with yourself now.  You know, tell me what kind
17  of -- what kind of family you come from, tell
18  me what kind of job you have.  All those kinds
19  of things.  Because most people, unless they're
20  just complete nuts, would not willingly put
21  themselves through this.  Unless something
22  happened.  And now, I'm not suggesting that

1    there aren't people like that, that would do

2    that.  But for the most part, somebody who's --

3    who has a comfortable life and they're doing,

4    you know, their everyday life, you know,

5    life -- for instance, I'm thinking about this

6    particular individual just because I just

7    recently had contact with him who, you know,

8    has a wife and four kids and a nice home and a

9    nice job.  You know, they're -- he has no

10   reason whatever to come forward and make up

11   some baloney.

12        So I start with that and then, you know, I

13   want to -- I want evidence that -- I want

14   evidence.  You know, what are the dates, what

15   are the locations, who was there, who will

16   support that, who will corroborate.  Where's

17   your -- if you flew there, if you drove there,

18   if you, you know, I'm -- I'm -- I want to

19   get -- if there's texts back and forth about

20   your going there, all of that.

21        Now, you need to understand -- your

22   viewers need to understand that a lot of this

1   conduct occurred many years ago.  And a lot of

2   these people, you know, until just recently

3   were -- were -- didn't want to think about

4   this.  This was a bad chapter in their life

5   they were very happy to get past.  But, you

6   know, one of the reasons for having that press

7   conference was to get -- let people know that,

8   you know, you should come forward.  If this

9   happened to you, come forward.  Other people

10  have come forward.  It won't just be you.  It

11  just won't, you know, there's other witnesses

12  that have come forward.  There's a lot of

13  people that have called in support that have

14  come forward and we want to hear from you.  And

15  a lot of times, you know, when -- when the dam

16  finally breaks, the wall of silence, if you

17  will, breaks, you'll -- you -- you get people

18  that will come forward.

19      I'm thinking about as an example -- I

20  don't want to get off track too much but, you

21  know, in the Deshaun Watson case that some of

22  your viewers have -- may remember.  You know,

1    this was a -- a star quarterback who was the --

2    I think he was the first round draft pick for

3    the Houston Texans, was given -- he was traded

4    to the Cleveland Browns, was given a contract

5    of $230 million guaranteed.  There was one

6    individual who was involved.  He came into her

7    salon for a massage and some activity occurred

8    that was just way out of bounds.  And she was a

9    licensed massage therapist, nothing like this

10   had ever happened with her.  She didn't say

11   anything, but it just continued every time she

12   would go in to give a massage to anyone,

13   especially another male or a male, she would --

14   she would just have panic attacks, and finally

15   she called my office.  And, you know, she

16   talked to some of the -- the young associates

17   here and, you know, I -- typically the way it's

18   screened, you know, it goes through a several

19   person process and it finally makes its way to

20   me.  And, you know, I said I don't want to -- I

21   don't want to, you know, I -- I feel bad for

22   the -- for her but I don't want to pursue that.

1   I don't want to -- I don't want to do that, you

2   know, she's -- it's a -- he's a star

3   quarterback, you know.  She -- there's no --

4   there's no, quote, evidence.  Obviously it's

5   not on video.  It's going to be a -- when it

6   comes down to it, her word against his, but she

7   was persistent.  She might have -- I think she

8   called back three times and finally one of my

9   young lawyers said, Tony, you at least should

10  speak to her and hear what she has to say from

11  her own mouth.

12      So, you know, I -- I brought her in and

13  she told me and I was, like, I, you know, this

14  is the reason I got a law license, you know.

15  It wasn't just to ride around in a Rolls-Royce

16  and fly private jets, you know.  This is the

17  reason that -- that I signed on to do this, you

18  know.  I -- I -- I, you know, I have that kind

19  of fighting spirit.  You know, I could have

20  been a pilot and, you know, flown in the Marine

21  Corps.  I chose to be an infantry officer and

22  then chose to be a -- a reconnaissance officer,

1  you know.  I could have avoided service in

2  Somalia.  I chose to go to Somalia.  You know,

3  it's just kind of in my DNA.  And so, you know,

4  I was thinking I don't know what a jury would

5  give this young woman.  You know, the

6  allegation was -- is that, you know, she asked

7  him to get under the draping and she left the

8  room and she came back and he was completely

9  nude standing there and wanted her to do things

10 that -- that, you know, you shouldn't ask a

11 masseuse to do.  And then, you know, touched

12 her with his -- with his genitals was the

13 allegation.  And, you know, I listened to her

14 and, you know, of course I asked the question,

15 you know, what -- what evidence do you have.

16 Well, she had a -- she had an appointment book

17 that showed that he made an appointment.  That

18 was her evidence other than what she told me.

19     Now, you know, some people would say,

20 well, that's not enough evidence to pursue a

21 case, Tony.  You know, that's a -- how can you

22 win that case?  Well, ultimately it comes down

1   to what she says and what he says.  And -- and
2   a lot of these cases may be the same way.  But
3   that woman, you know, I -- just like I'm doing
4   on these cases, I said, you know what, I will
5   commit to a letter on your behalf.  I will
6   write a letter and usually when I write people
7   a letter, you know, I've been doing this for
8   almost 30 years, usually I get people's
9   attention when I write them a letter.  And then
10  I usually get a pretty prompt response and I
11  got a prompt response from some agent slash
12  lawyer from Los Angeles who was probably in
13  his, you know, fancy office and -- and thought,
14  oh, this is a lot of foolishness.  And I ended
15  up talking to him on the phone and I told him.
16  I said, look, man, I, you know, this woman
17  wants to resolve this confidentially.  You
18  know, ultimately she wants him just to
19  apologize and not do this anymore, ultimately.
20  And, you know, I got the typical response which
21  I'm expecting the same response from the Sean
22  Combs team.  And which I'm prepared for.

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    26

```
1        And so I filed the first case and that
2   first case, when it was filed, it got picked up
3   by the local press and then ultimately by the
4   national press.  And it just so happens that
5   Watson was in negotiations with the Cleveland
6   Browns on his -- on his large contract.  It
7   became a national thing and -- and it -- and it
8   encouraged a lot of other people to come
9   forward.  20, 25, 20, 30 different women.  And
10  you -- and there were others that I turned away
11  because I just -- like, no, I -- I -- I don't
12  want to put you through this because I don't
13  think your case is strong enough, but I
14  believed them.  And that was just, you know,
15  conduct that occurred over an 18 month period,
16  and it was very specific in the
17  massage/masseuse context.
18       This is a lot different.  This is conduct
19  alleged against Sean Combs himself but also
20  against the people that surrounded him.  But
21  also his group of friends that would attend
22  these parties that watched what's going on.
```

1    And it happened the allegation is over 25 to 30

2    years.  And, you know, and I had the same

3    reaction as a lot of people, which is, well,

4    why did they wait.  Why didn't they come

5    forward.  But I've seen this time and time

6    again where victims, if they don't go -- if

7    they don't immediately go to the authorities,

8    which in many cases they're treated like the --

9    the -- the perpetrator when in fact they're the

10   victim, there's a lot of -- a lot of your

11   police departments -- I would say Houston

12   Police Department is set up and does a very

13   good job with people that are -- who allege

14   sexual abuse or assault or exploitation, but a

15   lot of places, they're very quick to dismiss it

16   and say what is your evidence.  And, you know,

17   it's, like, well, my evidence is what I'm

18   telling you is my evidence.  And, you know,

19   they -- a lot of them don't understand that,

20   you know, a person saying this happened to me,

21   that's your best piece of evidence right there.

22   But, you know, when you -- when you don't do

```
 1   that immediately, every day that goes by it's
 2   harder and harder to step forward.  And I think
 3   most of the states in the United States
 4   recognize that.  I mean, the common -- the
 5   common sense is, you know, we should make the
 6   time period for that allows people to come
 7   forward as long as possible as we can do.  Like
 8   the State of New York, they have statutes in
 9   place that make it to where you can bring these
10   types of allegations even if they occurred 20,
11   25 to 30 years ago, because -- because they --
12   they recognize how difficult it is to step
13   forward.  But when one person steps forward and
14   two people step forward and five people step
15   forward, a lot of other people take note and
16   say, you know what, okay, that happened to me,
17   too.  I would never step forward alone but
18   there's other people that are stepping forward.
19   I'm going to -- I'm going to step forward and
20   be heard.  I'm going to -- I'm going to, you
21   know, I'm going to be brave and be heard.
22       And then you have other people who saw
```

1    things occur or know things perhaps were --

2    were somewhat involved but knew it was wrong

3    when it was happening, they began to step

4    forward and I think that's what you're seeing

5    here.

6        MR. ATTWOOD:  Yeah, we saw it with the

7    Epstein case and we've interviewed some of the

8    survivors of that case and many other survivors

9    and you're right.  It's absolutely horrific

10   what they go through, and the results when they

11   do go through the full court process, quite

12   often their reputations get destroyed.  And --

13   and in the Franklin case, again, the only

14   people who ended up going to prison were some

15   of the survivors.

16        But anyway, going back to what you said

17   about -- on Chris Hansen's channel.  You said

18   that a woman had sent you videos of freak off

19   party activity that you -- you said you would

20   rather -- you hadn't seen, you said it wasn't

21   on your file.  What is the protocol for that?

22   Do you have to inform the feds that you've got

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                          30

1  this evidence?

2      MR. BUZBEE:  No.  You know, obviously I --

3  I encourage every client to talk to the feds.

4  I encourage that and obviously if the feds

5  contact me and ask for information, I will

6  willingly provide it to them.  You -- we have

7  to remember that we're dealing with two

8  separate systems with two different standards

9  of proof.  In the criminal system, the standard

10  of proof in the United States in every court is

11  beyond a reasonable doubt, which is very

12  difficult standard to prove.  That's why the

13  feds and most of your prosecutors across the

14  U.S. rarely will bring a case unless it is slam

15  dunk.  They have all their proof long before

16  they ever seek an indictment.  Specifically the

17  Federal Government.  I mean, they're very

18  particular in my experience of making sure they

19  have all of their ducks in line and all of

20  their evidence before they ever go in front of

21  a federal grand jury and ask for an indictment.

22  Typically they have -- they have their case in

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                    31

1    the bag before they ever even bring the case.

2         That's a lot different than a civil case.

3    In a civil case in the United States, the

4    standard of proof is preponderance of the

5    evidence, which I describe it when I'm trying

6    cases -- and I've tried many cases -- I

7    describe it to the jury as kind of a scale,

8    more likely than not.  Which means basically,

9    you know, you stack all the evidence on the --

10   each side of the scale for and against, and if

11   the scale tips ever so slightly in favor of the

12   victim, you must find in favor of the victim.

13        So it's a completely different standard.

14   And so, you know, when I'm reviewing evidence,

15   that's the way I look at it, where as perhaps

16   when the U.S. attorney is reviewing evidence,

17   he or she is looking at it from -- from their

18   prism.  And I don't want to be -- and I'm --

19   and I'm fairly certain, because having done

20   this type of case before when there was

21   other -- other activities going forward, for

22   instance, local authorities or the federal

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                              32

```
 1    authorities were pursuing things -- as an
 2    example, in the Deshaun Watson case I
 3    referenced, there were two different grand
 4    juries that were impaneled to -- to review the
 5    evidence there.  The -- typically the
 6    authorities do not want to be seen as working
 7    with a civil lawyer or -- or a, you know,
 8    coordinating.  So they're very reluctant to --
 9    to seek me out or to -- or to ask me for
10    evidence.  But -- but I have said publicly, you
11    know, to the extent I have evidence that will
12    be helpful to them, I will willingly and gladly
13    provide it.
14         In the Deshaun Watson case, I did in
15    fact -- I did in fact sit with and speak with
16    FBI agents about evidence that I had and did
17    make available to not only the local police
18    departments but also the FBI agents.  Some of
19    my clients, you know, I basically said
20    here's -- here's the clients I have.  Here's
21    what they -- what they say happened, here's
22    what they know, and they could pick and choose
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                    33

1  the ones that they wanted to speak to and I

2  helped facilitate that.  But -- but certainly,

3  you know, the Federal Government is going to do

4  its own thing.  The U.S. attorney has very

5  competent, very, very smart people that work

6  there that -- that -- that understand the --

7  the notoriety involved, the celebrity involved,

8  the -- all the eyes on them.

9      You know, I think it was the same U.S.

10  attorney that recently indicted the Mayor of

11  New York.  I mean, these -- these are -- in the

12  United States, these are very high profile

13  cases.  My -- my belief is they probably don't

14  want to be seen or even suggested that they're

15  working or coordinating with me.  But I'll say

16  it again like I've said when this question has

17  been asked.  I will willingly and gladly

18  provide them whatever I have.

19      And let me -- let me visit with you a

20  little bit -- on video, I may have said this.

21  But, you know, when you get sent video,

22  sometimes on social media, sometimes you get

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                              34

```
1    sent -- it's texted to you, somehow they get

2    your cell phone and text it to you, it's

3    e-mailed to you, pictures, that sort of thing.

4    You know, that type of evidence is, you know,

5    obviously it's helpful but without the witness

6    and without the victim herself or himself, it's

7    really -- it certainly doesn't -- doesn't

8    answer the questions that have to be answered.

9         MR. ATTWOOD:  So in terms of the 120

10   filed, based on the volume of calls that are

11   coming in, what do you think that could rise

12   to?  And since your previous announcements,

13   have more allegations involving minors come in?

14        MR. BUZBEE:  Yeah, it's been -- percentage

15   has been about the same.  You know, the

16   first -- the group that I announced last week

17   on Tuesday I believe it was, so, you know,

18   3,200 calls.  Of that, 120 clients that I

19   believe have cases that -- that are supportable

20   and should be pursued.  And then of that 120,

21   about 25 were minors at the point in time that

22   the -- that the conduct alleged occurred.  I
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    35

1    would expect, you know, considering that we

2    received so many calls after that press

3    conference, 12,000 was the number that -- just

4    in a 24 hour period, but obviously there's been

5    many more since then.  You know, we're sifting

6    through probably another hundred cases that we

7    potentially will pursue.  But, you know, it's

8    just hard to get your head around, you know,

9    how pervasive this type of conduct was.

10        And I want to -- I want to be clear again.

11   I know I've said this once but I want to be

12   clear.  You know, we're talking about a long

13   period of time.  We're talking about a culture

14   that many of us really are -- are not even on

15   the outside looking in.  Many of us are

16   completely un-aware of.  The -- the party

17   culture which is, you know, you have people in

18   the entertainment industry who go from venue to

19   venue, party before and party after, and then

20   there's even an after party after that.  At

21   places all over the United States, but

22   primarily Miami, Los Angeles, New York,

1   Manhattan and the Hamptons, and also Georgia

2   was another place.  Atlanta, Georgia is a

3   pretty hot spot for this type of activity.

4   And, you know, a lot of different people

5   involved.  A lot of -- a lot of drug activity.

6   And I think, you know, when you -- when you

7   consider it from that context, it's not

8   surprising that you have 120 people who -- who

9   stepped forward once the -- once the culture of

10  silence is broken and say, you know what, I was

11  taken advantage of.  I was drugged.  I was -- I

12  woke up not knowing where I was.  I didn't -- I

13  drank one drink.  I drank a -- a lemon drop.

14  You know, I didn't have any idea that that, you

15  know, this was 0this was supposed to be the

16  most -- the coolest thing I'd ever been invited

17  to.  There was no way I was going to get so

18  hammered that I didn't remember what was going

19  to happen.  I drank one drink and everything

20  after that is a blur and, you know, I -- I

21  wake -- they wake up disoriented, bewildered,

22  and injured in many cases.  So, you know,

```
 1   it's -- it's hard to get your head around but
 2   that's -- that's what we're dealing with.
 3       MR. ATTWOOD:  Yeah.  You gave me
 4   flashbacks of the horrific scenes in this movie
 5   that's just come out, Don't Blink Twice.
 6       So you talked about going after the
 7   facilitators of the foul deeds, the enablers.
 8   There was a legal quagmire for the prosecutors
 9   in the Epstein case because he set up a pyramid
10   scheme whereby women who came in, teenagers who
11   come in, if they didn't go all the way with
12   what he wanted them to do, he would try and get
13   some of those girls groomed into recruiting.
14   He had a scheme at a high school in Florida.
15   He was sending flowers in, some were getting
16   finders fees to send the girls over.  So in
17   this case, do you think you will have those
18   difficulties when it comes to classifying
19   people who are survivors who have also
20   facilitated these foul deeds?
21       MR. BUZBEE:  Yeah.  I think -- I think so.
22   I think that sounds -- sounds familiar.  Sounds
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                    38

```
 1   similar to what -- what we're talking about
 2   here.  You had people that were recruiters.
 3   You know, nothing more that -- the way I would
 4   describe them when we get to court proceeding
 5   is pimps who -- who went and collected
 6   individuals and brought them to these places
 7   and -- and, you know, that -- under the --
 8   under the pretense of, hey, you know, we're
 9   going to do a music video or this may be used
10   in a music video.  And then when they get to
11   the venue, you know, in some cases paid, some
12   cases not, they get to the venue, you know, the
13   next thing they know they're drugged.  Next
14   thing they know in some cases they're not
15   allowed to leave.  In some cases they're not
16   even -- their way, you know, their way back was
17   not paid for.
18        You know, there were -- with regard to
19   some of these younger individuals, there were
20   ads that were placed or -- or, you know, things
21   that were placed on the internet about, you
22   know, we're recruiting for -- for this -- this
```

1    video, recruiting for, you know, you have a

2    chance to -- to audition for Bad Boy, you know,

3    you may even meet Sean Combs.  And, you know,

4    these kids come forward with stars in their

5    eyes thinking that they're going to be the next

6    Justin Bieber.  And, you know, things happen

7    and go very south and such that they don't want

8    to have anything to do with the music industry

9    ever again, and their parents are feeling guilt

10   and shame for having put them in that position.

11       So, you know, it pretty much ends --

12   every -- every scenario that you can think of

13   is involved here, whether it be a situation

14   where a female is picked out of a crowd at a

15   concert and, you know, you have people that --

16   that go through the crowd and either are

17   pointed out by the performers or they -- they

18   know what the criteria is and they -- they hand

19   backstage passes to people.  And then they come

20   backstage and -- and either stuff happens

21   backstage or the party, you know, reconvenes at

22   a hotel and then the next thing they know,

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                        40

1    they're drugged and taken advantage of, not by

2    just one person but multiple people.  Some

3    cases it's videoed or, you know, they're

4    invited.  Maybe they're -- they're spotted at a

5    hotel lobby or they're spotted even on the

6    street and they're saying, hey, you should --

7    you should come to this party we're having and

8    you might be able to meet this person or that

9    person, and so they go to this party and, you

10   know, everything seems normal and they're

11   taking selfies and they're excited and happy.

12   And then the after party begins and the next

13   thing you know, they're -- they can't control

14   themselves because they've been drugged and

15   then bad things happen to them.  And they leave

16   there in shame and -- and not knowing what

17   happened.

18       You know, so you can imagine, I could go

19   on and on about the very scenarios because

20   there's -- every story's a little bit

21   different.  But -- but at the -- at the end of

22   the day, it all typically involves some sort of

1    drug and it all involves taking advantage of

2    somebody, and with people around who benefited,

3    participated in or profited from it.

4        MR. ATTWOOD:  It seems the priority of the

5    feds is always the big fish.  I mean, there's

6    cartel hitmen walking around free because they

7    cooperated against their superiors.  In this

8    case, do you think the facilitators of the foul

9    deeds will get passes if they cooperate against

10   Diddy?

11       MR. BUZBEE:  I don't know.  You know, I

12   know that there's been allegations against

13   bodyguards.  There's been allegations against

14   certain executives or people that were -- kind

15   of surrounded Sean Combs.  Obviously those

16   people are -- are -- I'm assuming the feds are

17   looking very carefully at -- at those folks,

18   and I would expect some of those folks to

19   cooperate with the government.  I'm -- I'm --

20   I'm looking at it in a broader scope.  You

21   know, obviously I'm looking at those folks and

22   looking at Mr. Combs, but I'm also looking

```
 1   at -- at the corporate entities who -- who knew

 2   this culture was being created, who had -- who

 3   had executives there at these parties that knew

 4   what was going on.  You'd have to be blind not

 5   to know that -- that, you know, they had a

 6   thousand bottles of -- of oil, you know, what

 7   was the purpose, what is a legitimate purpose

 8   of that.  And when people are -- are just

 9   openly, you know, having sex in front of

10   everyone and you can tell that they're

11   disoriented and they're conducting or engaging

12   in behavior like that and then people are being

13   passed around.  I mean, it's not illegal to

14   have sex at a party.  It's not illegal to

15   have -- to have sex in public.  It's not --

16   none of that's illegal.  But it becomes more

17   sinister when people are being drugged and

18   people being kept there against their will and

19   being -- are being coerced and people are being

20   given -- given a drink that's laced with

21   something and not being told that.  That

22   becomes -- that becomes, you know, you've
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    43

```
1    crossed a line there, whether you've crossed a

2    line -- the legal line of criminal conduct or

3    you crossed a line, certainly you've crossed

4    the civil liability line as far as I'm

5    concerned.

6         MR. ATTWOOD:  So Diageo PLC here in the

7    UK, the drink company, have stated that they've

8    transferred Diddy a billion dollars since their

9    relationship began in 2007.  You think that is

10   one of the companies that will end up in a

11   legal mess over this?

12        MR. BUZBEE:  I'm certainly looking in that

13   direction.  You know, you know, it's easy, you

14   know, Sean Combs is -- is obviously -- he's

15   indicted on three counts.  He's been arrested.

16   He's sought bail three times and been denied

17   each time.  And he's, you know, I know a lot of

18   people are looking at him and he's purportedly

19   the only target of the feds.  I don't think

20   that's the case.  Certainly not the case for me

21   and not the case with my clients.  You know,

22   I'm looking at -- at -- any time something like
```

1  this is allowed to happen and to go on for so

2  long, there have to be entities and individuals

3  who are facilitating this that are looking the

4  other way.  And usually when people are looking

5  the other way and ignoring this and not

6  intervening, it's usually because they're

7  profiting from this.  It's usually because

8  they're -- they're getting some sort of benefit

9  from this type of conduct.  Or whether it be

10  from just the culture itself that's been

11  created or whether it be, you know, maybe

12  you're a -- an alcohol company or maybe you're

13  a bank or maybe you're a hotel or a venue and,

14  you know, when -- when Sean Diddy Combs shows

15  up, you know, it raises your stature in some

16  way or -- or increases people to that -- attend

17  your concert or your venue.  You know, I'm

18  looking at all -- all of those individuals and

19  entities because, you know, it's -- it's Sean

20  Combs.  Of course there's many allegations

21  against him now and there will be more I

22  expect, but I expect there will be others

1    involved.

2        MR. ATTWOOD:  You mentioned holding execs

3    of big pharma responsible.  Who role could they

4    have played?

5        MR. BUZBEE:  Well, I just wonder how do

6    you get this -- this much Liquid G.  How do you

7    get that much.  How do you get the -- the

8    various drugs that have been alleged by these

9    victims to be involved.  It makes you really

10   wonder how do you -- how do you get that volume

11   of drugs.  And so we're looking into that

12   and -- and, you know, I don't know the answer

13   to that but I -- I certainly -- it's worth, you

14   know, a very hard look.

15       MR. ATTWOOD:  People are asking if you

16   could hypothesize why he got away with it for

17   so long and it's all just coming out presently.

18       MR. BUZBEE:  Yeah, I think -- I think --

19   just like we described, you mentioned it in the

20   Epstein -- the Epstein situation.  We talked

21   about the allegations against Deshaun Watson.

22   There's allegations against, you know, this is

1   not the first time this has happened in the

2   United States and otherwise where, you know,

3   Harvey Weinstein, you know, let's not forget

4   that situation where it was kind of a -- a

5   secret that everyone knew, you know.  Everybody

6   knew about the Weinstein casting couch.  You

7   know, this was something but nobody wanted to

8   talk about it.  And especially when, you know,

9   the individual that -- that was allegedly

10  involved in this conduct is -- has enough power

11  to keep you in or out of a movie that might win

12  an Oscar or keep you in and out of an industry

13  where you could become famous and perhaps

14  wealthy.  So part of it -- part of it is that.

15      The other part of it is -- is, you know,

16  the perception, at least from these victims'

17  points of view is Sean Combs was the -- at one

18  point in time, was the number one producer,

19  music producer in the U.S.  I mean, he could

20  make you a star.  He could also make sure that

21  you were never a star.  And then, you know,

22  you -- you're invited to these -- these parties

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                              47

```
1   and you're picked out of a crowd and you're

2   incredibly flattered and you -- you think this

3   is going to be the time of your life and then

4   something, you know, the most terrible thing

5   that you can imagine happens to you.  And

6   you're shame -- you're ashamed and you feel

7   guilty and the natural reaction of most people

8   that -- that are victimized like this is to

9   first blame themselves.  How did I put myself

10  in this position.  Oh, I shouldn't have done

11  this, I shouldn't have done that, instead of

12  focusing on, you know, you were drugged.  You

13  know, you were coerced.  You came -- there's

14  nothing wrong with a famous celebrity picking

15  you out of a crowd and saying, hey, come to our

16  party.  And you go to the party and have a nice

17  time just like any other party and you go home

18  and that's the end of it.  That's not what

19  happened in many cases.  And so, you know, the

20  first inclination of these folks is to blame

21  themselves, and that's why a lot of, you know,

22  I think with our press conference we -- we had
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                48

```
 1   some professionals who -- who, you know, have
 2   made -- devoted their entire lives to helping
 3   victims of sexual assault and exploitation who
 4   went through some statistics about this, and
 5   how few of these types of -- this activities
 6   ever reported.  And then how few are ever
 7   investigated and then ultimately how -- how few
 8   of that, you know, it's a fraction of a
 9   fraction of a fraction are ever -- ever
10   prosecuted or a guilty verdict is obtained.  So
11   there's a reason for that and we have to --
12   part of it is people don't talk about these
13   things.  And -- and it -- it seems to me that
14   this culture that was created, this party
15   culture, you know, it kept getting more and
16   more extreme and it became -- it was
17   normalized.
18        And, you know, at some point obviously
19   enough people cried out about it to get the
20   attention, and I'm assuming that the -- the
21   Cassie video probably, you know, was very
22   important in some of this.  But, you know,
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                    49

1    enough -- enough people came forward and said
2    enough things and said, you know, this just
3    isn't -- you know, the emperor has no clothes
4    here.  This ain't right.  They got the
5    attention of the U.S. attorney and, you know,
6    now here we are.  And people continue to come
7    forward and -- and, you know, anybody watching
8    this, I encourage you, be brave.  We, you know,
9    we believe you.  If you have a legitimate and
10   credible claim, we will pursue it.  It's a
11   tough -- it's a tough nut to crack but -- but,
12   you know, we're -- we're good at that.  And
13   we'll try to help you as much as we can.
14       MR. ATTWOOD:  One of the most harrowing
15   stories you told was that of the nine-year-old.
16   Is that person okay now?
17       MR. BUZBEE:  Well, I mean, as okay as you
18   as you can be when something like that happens
19   to you at that age.  You know, this person now
20   is -- is obviously not a minor anymore and
21   going about his life, you know.  Still when
22   talking about this, you know, cries these many

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    50

1    years later.  You know, you think about

2    children at that age are innocent and they're,

3    you know, you want to be -- you, you know,

4    you've been identified as somebody with talent.

5    Your parents are super charged up because, you

6    know, my son is super talented, he's going to

7    be a star.  You get a chance to go to an

8    audition at Bad Boy and you go there and, you

9    know, the parents essentially hand you off

10   because it's going to be a several day thing

11   where they're screening -- screening young men.

12    Two different groups, in fact.  It was an

13   older group and a younger group and, you know,

14   there was a track record there, you know, Sean

15   Combs and Bad Boy records made people stars.

16   People are still stars from -- from, you know,

17   he made them stars.  And, you know, and I'm

18   sure the parents are home thinking, oh,

19   goodness, you know, this is, you know, God

20   smiled at us and I don't know why but, you

21   know, he touched us and this is my son's big

22   break, his dream is going to come true.  And

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    51

1    then something a lot, you know, unimaginable

2    happens, and -- and not only did his dream not

3    come true but his worst nightmare came true.

4    And young man has no interest whatsoever in the

5    entertainment industry, none at all.  You know,

6    his dream ended, was just extinguished.  And

7    then, you know, as the years past, just dealing

8    with -- with the guilt and shame of that.

9         And like I say, every day that passes when

10   you don't, you know, the catharticism of

11   getting -- just saying this happened to me, I

12   think most therapists will tell you is -- is

13   good for you.  Whether anything happens after

14   that or not, that's -- that, you know, that

15   remains to be seen.  But -- but him doing that

16   and coming forward I think is, you know, it's a

17   right -- the right step forward for him.

18        MR. ATTWOOD:  Yeah, he's a brave person.

19        Question from Michelle.  Because Diddy is

20   so powerful, will the claimants, any of the

21   claimants, have to go into witness protection?

22        MR. BUZBEE:  I wouldn't expect so.  I

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                    52

```
 1    would not expect that.  That would be

 2    unprecedented, I would think.

 3        MR. ATTWOOD:  So question from Taleetha.

 4    Are your clients getting help emotionally, are

 5    they protected?

 6        MR. BUZBEE:  Yeah.  That's, as you might

 7    imagine, super important to me.  And the good

 8    news in that respect is a lot of the calls

 9    we've received are people volunteering their

10    services.  Not because they're trying to make

11    money but because they're, like, look, I know

12    you have a large group of people.  This is a --

13    a real step that they've taken, you know, that

14    they -- they want their voice to be heard.  You

15    know, we're here to help, you know, this is

16    a -- I've been locally and nationally offered

17    help for any -- any victim who is -- who would

18    take advance of that sort of thing.  And the

19    good news is in most cases, you know, these

20    people are, like, look, this is

21    (incomprehensible).  You know, any -- would you

22    please make -- make, you know, us as one of the
```

1   potential entities that would be willing to

2   offer counseling and that sort of thing to

3   anybody that's willing to take advantage of

4   that, and I absolutely am going to make that

5   and have made that available.

6       MR. ATTWOOD:  Okay.  The speculation that

7   the death of Kim Porter could be

8   reinvestigated, the shooting involving J Lo in

9   1999 in a nightclub could be relooked at.  Do

10  you have any thoughts on those types of

11  scenarios?

12      MR. BUZBEE:  No, I'm not going to wade

13  into that.  I mean, obviously that's -- that's

14  something that, you know, the -- the first

15  question I always get is, you know, who --

16  who -- who's involved, what big name

17  celebrity's involved.  And, you know, I rebuff

18  that.  And then I'm asked about the J Lo and,

19  you know, the shooting that you're referencing

20  or even the shooting of Tupac, and I have no

21  comments on any of that.  I don't know anything

22  about that other than what everyone else knows.

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    54

1      MR. ATTWOOD:  All right.  Question from

2   Marie about the banks.  So in the Epstein case

3   we saw huge settlements, I think it was JP

4   Morgan, hundreds of millions.  Do you see

5   parallels in this case with the banks?  Is

6   that -- is that the way it's going to play out?

7      MR. BUZBEE:  The -- I do.  I really do,

8   because whether, you know, there's a lot of

9   cash exchanging hands.  And, you know, the

10   nature of the banking business is not that

11   you -- you go down and take out a half a

12   million dollars in cash without some

13   understanding as why.  You know, and I'm not

14   suggesting that -- that the person taking the

15   cash out is required to tell you that.  But if

16   it, you know, over and over or if there's wire

17   transfers being made, $10,000 a pop to various

18   people, you know, there's -- there's -- there's

19   all kinds of way to transfer money.  Primarily

20   what I've seen is mostly cash, which means

21   somebody had to go and take the cash out of the

22   bank.

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    55

1       But I do believe and that's obviously one

2   of the avenues that I'm very interested in is

3   that where did all this money come from,

4   because clearly this entire house of cards was

5   supported by a lot of cash.

6       MR. ATTWOOD:  Do you see any other

7   parallels with the Epstein case?

8       MR. BUZBEE:  I do.  I do.  I do see a lot

9   of parallels here.  I think the -- the play

10  book on how those cases were being pursued

11  and -- and, you know, everybody wanted to know

12  the -- the -- who flew on Epstein's plane and

13  who went to his island, right.  I get the --

14  it's very similar to the question I get all the

15  time, is who are the celebrities that you're

16  going to sue, you know.  You'll find that out

17  in due course but I don't -- it's not like I

18  have a list that I'm going to waive around and

19  publish, you know, like, Joe McCarthy or

20  something.

21      But -- but in -- in that Epstein case just

22  like in this case, and perhaps even more so in

1   this case, there are a lot of entities and

2   individuals that had to be looking the other

3   way or benefiting from this or facilitating

4   this for this to go on for so long.

5       MR. ATTWOOD:  Question from a viewer here.

6   When can we expect court proceedings re the

7   class act to start?

8       MR. BUZBEE:  Let me -- let me visit with

9   you on that a minute.  So this won't be a class

10  action.  This will be -- these will be

11  individual cases.  A class action in the United

12  States is an action where two or three people

13  who are considered to be class representatives

14  that are similarly situated with everybody else

15  in this class that you're trying to -- that

16  you're trying to represent, so two or three

17  people file a case on behalf of hundreds if not

18  thousands of people.  That's not this.  This

19  will be hundreds of people who file individual

20  cases, one case, one person.  As I say, I like

21  to say one horse, one rider.  And so that case

22  will live and die on its own merits.

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                57

```
 1        In -- in that case, I think in every one
 2   of the cases Mr. Combs will be one of the
 3   defendants.  But every case may have different
 4   defendants.  If it occurred at a particular
 5   residence, I would expect that the individual
 6   or entity that owned that residence would be a
 7   defendant.  If there were other people involved
 8   and engaged in the behavior, I would expect
 9   that they would be defendants in that
10   individual case.  If there were a bank that was
11   involved and, you know, cash that was used for
12   that -- to hand out money to certain
13   individuals at that particular party, I expect
14   the bank might be in that case.  And so it's
15   going to be -- every case is going to be
16   different.  That's the challenge here is
17   that -- that, you know, it's not like we're
18   talking about one event that occurred that
19   injured a hundred people.  We're talking about
20   a hundred different individual events that have
21   different defendants, different evidence,
22   different proof, different witnesses, on and
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    58

```
 1   on.
 2        MR. ATTWOOD:  In terms of the compensation
 3   fund then, where would the money come from?
 4   Would it be Diddy's assets, would it be future
 5   royalties getting seized?  How does it work?
 6        MR. BUZBEE:  That -- that, you know,
 7   typically you -- you -- typically you don't
 8   even go into, you know, what assets do -- does
 9   a defendant have until after you have a
10   judgment, until after you've actually won the
11   case.  Now, you know, you're suing Sean Combs,
12   Bad Boy Records, perhaps you're suing the --
13   the companies that he was -- that were
14   sponsors, perhaps the venue where this
15   occurred.  Perhaps somebody sponsored the
16   particular party, somebody, you know, typically
17   at a -- parties like this you got multiple
18   sponsors.  Somebody, you know, is sponsoring
19   the liquor, somebody is sponsoring the party
20   itself, somebody, you know, that's -- that's
21   how it typically occurs at these types of
22   parties.  So, you know, you can see that there
```

1    would be a lot of potential parties that would

2    have liability, and then, you know, on top of

3    that, then you have the individuals involved,

4    and then as I've -- I think I've said as

5    clearly as I can, anybody that knew this was

6    going to occur, that had seen it occur or was

7    watching it occur that didn't intervene and

8    kept it quiet either -- either explicitly, you

9    know, said it didn't happen or tacitly, you

10   know, let it happen without saying anything, as

11   far as I'm concerned, they have liability, too.

12       MR. ATTWOOD:  Could Diddy try and weasel

13   out through creative accounting?

14       MR. BUZBEE:  It's always a concern but --

15   but given -- given the fact that the -- the

16   Federal Government's involved, that's probably

17   less likely here.

18       MR. ATTWOOD:  Question from Kimberly.  Do

19   you have a limit on how many clients you can

20   represent?

21       MR. BUZBEE:  No, other than -- other than,

22   you know, every lawyer -- I'm licensed in the

1  State of New York and the State of Texas and,

2  you know, you have to -- you can't take on more

3  clients than you can -- than you can represent.

4  In other words, I have to be able to give my

5  full attention to every client and pursue their

6  case with -- with vigor, every case.  The good

7  news is here we have 25 lawyers here on -- on

8  this floor where I'm sitting right now on the

9  75th floor of Chase Tower in Houston, Texas,

10  but I also have a cocounsel who has many

11  lawyers, and as need, you know, you can

12  associate as many lawyers as you want from

13  other firms.  And I would expect there will be

14  other firms that, given the notoriety of this

15  case, will probably come forward with their own

16  clients, and eventually the courts will have to

17  coordinate these cases.  Because, you know,

18  there's a -- there's a problem with

19  overwhelming the courts.

20      I remember when we -- when -- with BP

21  Horizon explosion, this was a -- a large

22  drilling vessel that exploded and burned and

```
 1   sank off the coast of Louisiana.  The -- our
 2   firm handled 14,000 clients.  Those were people
 3   that were entities impacted by the oil spill.
 4   And then I think we had -- there were 119 rig
 5   workers on board that rig and I think we
 6   represented about 30 of them.  But there were
 7   other lawyers that had their own cases from all
 8   over the country.  And so what -- when this
 9   happens, what the court system does is it -- it
10   forces the lawyers to form a committee, develop
11   a leadership structure, develop, you know, how
12   to collect evidence, how to take depositions,
13   how to -- how to file motions so it doesn't
14   overwhelm the court system.  And typically all
15   the cases are consolidated into one case and
16   assigned one judge to oversee the litigation.
17   So I would expect that even though, you know,
18   we're the first firm with the great majority of
19   the cases right now, I think there have been
20   seven cases filed before we stepped forward
21   with over a hundred, I would expect there are
22   other law firms that -- I know I've been called
```

```
 1   by several lawyers that have, you know, a
 2   couple of cases here and there trying to send
 3   me the cases or -- or, you know, want me to
 4   help them on their cases.
 5        But so it's not just the lawyers, whether
 6   the lawyers have the -- the bandwidth to handle
 7   this many cases, but it's also the court
 8   service and making sure that -- that these are
 9   coordinated in such a way that -- that the
10   plaintiffs get their day in court, the
11   defendant and defendants, you know, are not
12   sitting for, you know, a hundred different
13   depositions over a hundred days.  You know,
14   typically the coordination allows where you,
15   you know, we're going to -- we're going to
16   handle these 10 cases at once.  We're going to
17   do all the discovery and figure out what
18   happened with these 10 and then we're going to
19   do the next 10 and then we're going to do, you
20   know, it's -- so this could be a very long long
21   process.  It's very expensive.
22        Just -- if you think about just collecting
```

1   data and collecting evidence and the one on one

2   interviews and sending out subpoenas or -- or

3   document requests to third parties when you're

4   trying to corroborate somebody's presence at a

5   particular point in time.  So, you know, the

6   lawyers that do step up and have cases, you

7   know, are making not only a substantial time

8   commitment to this but also a substantial

9   financial commitment.

10       MR. ATTWOOD:  Tony, we're almost at the

11  hour, mate.  This is the final question.  Do

12  you think the criminal case will go to plea

13  bargain or trial?

14       MR. BUZBEE:  Well, you know, I've -- I've

15  handled -- I've handled criminal cases in my

16  life and I know -- I never, you know, you

17  have -- you have to give certain statements to

18  the press because ultimately your case will be

19  decided by somebody who might read an article

20  or see an interview.  But, you know, so far

21  Mr. Combs' criminal lawyers have been very

22  defiant and, you know, claim that they're --

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                   64

```
 1   they're -- demand their trial and claim that,
 2   you know, that my case are for -- as an
 3   example, are, you know, defamatory and, you
 4   know, and -- and Combs is going to testify and
 5   he's going to spill the beans and, you know,
 6   you've heard all this stuff.  And at one point
 7   Mr. Combs' lawyer was literally on the street
 8   corner being interviewed, you know, it seemed
 9   like every hour.  But that's -- that's the
10   public.  That's the public persona, if you
11   will.  That's -- that's what they're telling
12   the public.  If I'm sitting there and I'm being
13   accused of at this point only three counts,
14   and, you know, at this point, knowing that
15   there is an army of victims out there who have
16   had the bravery to step forward and tell their
17   story and that the likelihood is -- is that
18   there are going to be more people like me, Tony
19   Buzbee, step forward who, you know, with a
20   track record of aggressively pursuing these
21   things and leaving no stone unturned and
22   pulling every layer of the onion off, you know,
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    65

1    the point of view might be a little different.

2         You know, does he -- does he want to

3    testify, how is he -- explain the thousand

4    bottles of baby oil that allegedly is laced

5    with Liquid G.  You know, at some point, you

6    know, the -- the bravado goes away and you have

7    to look very carefully about, you know, how the

8    rest of your life looks.  So I don't think that

9    there's going to be a criminal trial because I

10   think any time the Federal Government gets

11   involved and the U.S. attorney's office gets

12   involved and lawyers -- credible lawyers who

13   are handling that matter in Brooklyn, I think

14   they have the goods on Sean Combs and there

15   ain't a whole lot you can do when the Federal

16   Government has the goods other than try and cut

17   a deal.

18        MR. ATTWOOD:  So Tony's link is in the

19   description box below this video.  Do you want

20   to remind the survivors what they can do, they

21   can contact you and what the number is, please?

22        MR. BUZBEE:  Yeah.  I need to find that

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    66

1    number, I'm sorry, I don't have it.  But -- but

2    I'm easy to find on the web.  Tony Buzbee.

3    It's justwin.com.  That's -- that's kind of

4    the -- the e-mail and the website that I use.

5    We also have a -- the 1-800 number.  Let me see

6    if I can find it.

7         MR. ATTWOOD:  1-800-200-7474.

8         MR. BUZBEE:  There you go.  That -- that

9    number's being handled by my cocounsel in -- in

10   Los Angeles and San Diego.  There are 90 people

11   standing by to take those calls and talk to

12   you, whether you were -- were victimized,

13   whether you saw something that you want to

14   share, whether you have a piece of evidence

15   that you would like to share.  You know, of

16   course, you know, the -- the -- the support

17   that you provide, the kind words, that's

18   appreciated as well, but -- but we're primarily

19   interested in if you've been victimized or have

20   evidence.

21        MR. ATTWOOD:  We salute your work and

22   thank you for being so generous with your time,

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    67

1   Tony.  I'm going to close the show and let you

2   go, so thanks.

3        MR. BUZBEE:  Thanks, Shaun.  See you

4   later.

5        MR. ATTWOOD:  Take care, cheers.

6        Wow, what an amazing guest.  Thank you for

7   all the questions, guys.  Look, I know there

8   was a lot of questions in there about celebs

9   and stuff, but when I asked him about, you

10  know, the reopening of the J Lo, the shooting

11  at the club and the death of Kim Porter, he --

12  he indicated that he didn't want to go down

13  that road with any big names.  So I was not

14  going to put anything like that on him.  He's a

15  very serious guy, he's on a mission.  I can't

16  imagine the stress and pressure he is under

17  right now from the dark forces that are out

18  there going -- going after big pharma execs

19  like you just heard today.  He's going over the

20  bank centers as well as the facilitators of the

21  foul deeds.

22       So, you know, these people are worth huge

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                              68

1    amounts of money, and, like I said about the --

2    if you've investigated the Franklin scandal and

3    we got Nick Bryant on, who did publish the

4    Epstein client list, he was the first guy to do

5    it, we've got him coming on on Wednesday at

6    9:30 to talk about the Diddy case.  He's doing

7    a lot.  The guy who was investigating it went

8    down in a plane, mysteriously crashed with his

9    son, both died, and the only people who went to

10   prison in that case were some of the survivors.

11   All the higher ups were protected.  So there's

12   a wall of money and power, political power,

13   bank power.  It goes right to the top of the

14   pyramid and, you know, I can't imagine the

15   forces that are mounted against him right now.

16   You'd think when you're going after these

17   preds, these people who prey on the kids of the

18   world, the whole world would rally around you,

19   but as we know from the Jeffrey case, the

20   things that happened to me personally, the

21   channel -- I lost the channel twice, the hell I

22   went through, I ended up getting criminalized,

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                    69

1    called into a cop shop, and they've restricted

2    my reporting on survivors now.  If I don't ask

3    survivors certain things when they come on, I

4    can go to prison.

5         When you start to expose people who are in

6    this class, and you know the class that I'm

7    talking about, in the Epstein class in

8    particular, once you go after people who are in

9    that class, they come for you.  And we don't

10   know the names that he's naming.  I know a lot

11   of people are putting the questions who are the

12   names, bla, bla, bla.  We -- we -- we can't

13   press this professional lawyer for that kind of

14   information.  There was no way he was going to

15   volunteer any of that.  But thank you for all

16   of the professional questions that did come in.

17   That kept it going and if you watch Lionel

18   Nation, he's been outspoken on the Diddy story

19   and he's becoming out with one of us this

20   evening.  I believe Ron is doing an after chat

21   very soon on the channel, so join us for that.

22   He's going to be analyzing in close detail what

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                              70

```
 1   Buzbee just told us, and then I will be back
 2   tomorrow with the news update and Lionel.  And
 3   these podcasts are we're helped by --
 4        -- I've been hearing that a lot lately.
 5   That's what I hear when we make another sale on
 6   Shopify.  The all in one commerce platform to
 7   start, run, and grow your business.  Shopify is
 8   the commerce platform revolutionizing millions
 9   of businesses worldwide.  Whether you're
10   selling Pokemon cards or hoodies, Shopify
11   simplifies selling online and in person so you
12   can successfully grow your business.  Covering
13   all your sales channels from a shop front ready
14   POS system so its all in one e-commerce
15   platform, Shopify even gets you selling across
16   social media marketplaces like Facebook,
17   Instagram, and Tiktok.  Full of the industry
18   leading tools ready to ignite your growth,
19   Shopify gives you complete control of your
20   business and your brand without learning new
21   skills and design or coding, and thanks to
22   award winning help and with an extensive
```

```
1    business cost library, Shopify is ready to

2    support your success every step of the way.

3        What's lovely about Shopify is that no

4    matter how big you want to grow, Shopify will

5    be there to empower you with the confidence and

6    control to take your business to the next

7    level.  It's time to get serious about selling

8    and get Shopify today.  This is possibility

9    powered by Shopify.  Sign up for a one pound

10   per month trial period at Shopify.co.UK/shaun,

11   s-h-a-u-n, all lower case.  Go to

12   Shopify.co.UK/shaun to take your business to

13   the next level today.  Shopify.co.UK/shaun.

14   Link in description box if you're watching this

15   on YouTube.  Thanks for supporting our sponsor.

16   Back to the podcast.  Cheers.

17        (The recording was concluded.)

18

19

20

21

22
```

Transcript of Interview with Shaun Attwood and Tony Buzbee
Conducted on October 7, 2024                                72

```
1                CERTIFICATE OF TRANSCRIBER

2          I, Jackie A. Scheer, do hereby certify

3    that this transcript was prepared from the digital

4    audio recording of the foregoing proceeding; that

5    said transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; and that I am neither counsel for, related

8    to, nor employed by any of the parties to the case

9    and have no interest, financial or otherwise, in its

10   outcome.

11

12

13

14

15

16   JACKIE A. SCHEER

17   NOVEMBER 15, 2024

18

19

20

21

22
```

# EXHIBIT J

1

2

3

4

5

6

7

8                             November 14, 2024

9                                TMZ VIDEO

10

11

12

13

14

15

16

17

18

19

20    Job No.:   561803

21    Pages:   1 - 5

22    Transcribed by: Lauren Bishop

1          TANEA WALLACE: I was at one of P. Diddy's

2     freak offs.

3          HARVEY LEVIN: You saw celebrities there

4     that you recognized.

5          TANEA WALLACE: It was a rapper that we all

6     know.

7          MALE SPEAKER 1: Straight up porn directed

8     by Diddy.

9          TANEA WALLACE: I'm just grateful to have

10    made it out.

11         HARVEY LEVIN: You said that there were

12    other powerful people that you were looking at who

13    you allege were involved in some of these assaults.

14    Are we talking about cases involving other

15    celebrities? Politicians? Business people?

16         MR. BUZBEE: I think all the above. These

17    were very popular parties. This was the venue

18    everybody wanted to be invited to. So a lot of people

19    participated that would raise people's eyebrows.

20         HARVEY LEVIN: Have you been in touch with

21    any of them to say, we're looking at you. You did

22    something wrong. Have you had any contact beyond the

1  Diddy people?

2       MR. BUZBEE: I'm gonna -- I'm gonna just

3  not speak on that. I will say that -- that, you know,

4  the typical practice is to send a demand to layout

5  here's what we believe the situation was. Here's how

6  we think you were involved and try to start a

7  dialogue. Failing that, we just file a lawsuit.

8       HARVEY LEVIN: Safe to say, you've sent

9  some demand letters already?

10      MR. BUZBEE: That's true.

11      HARVEY LEVIN: Beyond Diddy?

12      MR. BUZBEE: True. In my view, if you were

13  there and you knew somebody was being drugged because

14  you had seen it happen in a previous party or

15  previous situation and you didn't do anything, and

16  you allowed it to happen, and you continued to -- to

17  enjoy yourself and party and whoop and holler and

18  have a good time, as far as I'm concerned, you are

19  just as liable as the individual who shipped the

20  person in, who paid the persons that were there, who

21  kept them longer than they thought they were going to

22  be there, who -- who bought the drugs, who took the

1  money out of the bank, who -- who put the drugs in a

2  little shot of either a lemon shot or some sort of

3  champagne and participated in this egregious kind of

4  -- you're just as guilty as far as I'm concerned.

5           (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Transcript of TMZ Video

5

```
1              CERTIFICATE OF TRANSCRIBER

2              I, Lauren Bishop, do hereby certify that

3     the foregoing transcript is a true and correct record

4     of the recorded proceedings; that said proceedings

5     were transcribed to the best of my ability from the

6     audio recording and supporting information; and that

7     I am neither counsel for, related to, nor employed by

8     and of the parties to this case and have no interest,

9     financial or otherwise, in its outcome.

10

11        Lauren Bishop

12

13     _____

14     LAUREN BISHOP

15     PLANET DEPOS, LLC.

16     NOVEMBER 14, 2024

17

18

19

20

21

22
```