# EXHIBIT 5

5:24

**Tony Buzbee**
87 posts

Follow



Followed by JoScot

| Posts | Replies | Media |
|---|---|---|

**Tony Buzbee** ✓  @TonyBuzbee2 · 8m

Regarding the Jay Z case and his efforts to silence my clients: Mr. Carter previously denied being the one who sued me and my firm. He filed his frivolous case under a pseudonym. What he fails to say in his recent statement is my firm sent his lawyer a demand letter on behalf of an alleged victim and that victim never demanded a penny from him. Instead, she only sought a confidential mediation. Since I sent the letter on her behalf, Mr. Carter has not only sued me, but he has tried to bully and harass me and this plaintiff. His conduct has had the opposite impact. She is emboldened. I'm very proud of her resolve.

As far as the allegations in the complaint filed, we will let the filing speak for itself and will litigate the facts in court, not in the media.

💬 28    🔁 110    ♥ 254    📊 13K

⇅ Tony Buzbee reposted

**DC_Draino** ✓  @DC_Draino · 11/29/24
If TX AG @KenPaxtonTX runs against RINO John Cornyn in the 2026 primary, I will spend every free day I have in Texas to help him