UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jane Doe,<br>            Plaintiff,<br>     v.<br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER<br>            Defendants. | X<br><br><br><br><br>24-cv-07975-AT<br><br><br><br><br><br>X |

**AMENDED NOTICE OF DEFENDANT SHAWN CARTER'S MOTION TO DENY PLAINTIFF'S REQUEST TO PROCEED ANONYMOUSLY PURSUANT TO FED. R. CIV. P. 10(a) OR TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the exhibits attached thereto, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendant Shawn Carter will move this Court before the Hon. Analisa Torres, 500 Pearl St., New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 10(a) of the Federal Rules of Civil Procedure requiring Plaintiff to refile her complaint with her true name, or in the alternative, dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

1

Respectfully submitted,

DATED:   December 9, 2024

          QUINN EMANUEL URQUHART &
             SULLIVAN, LLP

By: /s/ *Alex Spiro*

Alex Spiro
295 5th Avenue
New York, New York 10016-7103
(212) 849-7000

Attorneys for Shawn Carter