AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff(s)*<br><br>v.<br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, and SHAWN CARTER,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Anthony G. Buzbee<br>The Buzbee Law Firm<br>J.P. Morgan Chase Tower<br>600 Travis, Suite 7500<br>Houston, Texas 77002 | Andrew Van Arsdale<br>AVA Law Group<br>3667 Voltaire Street, Ste. 101<br>San Diego, CA 02106 | Antigone Curis<br>Curis Law, PLLC<br>52 Duane Street, 7th Floor<br>New York, NY 10007 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                        _____
                                                                           *Signature of Clerk or Deputy Clerk*

**ADDENDUM TO REQUEST FOR ISSUANCE OF SUMMONS**

1) Sean Combs
   Metropolitan Detention Center
   80 29th Street
   Brooklyn, New York 11232

2) Daddy's House Recordings Inc.
   c/o Corporation Service Company
   80 State Street
   Albany, NY 11207

3) CE OPCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC
   c/o ERESIDENTAGENT, INC.
   1013 Centre Road, Suite 403S
   Wilmington, DE 19805

4) Bad Boy Entertainment Holdings, Inc.
   c/o Corporation Service Company
   80 State Street
   Albany, NY 12207

5) Bad Boy Productions Holdings, Inc.
   c/o Corporation Service Company
   80 State Street
   Albany, NY 12207

6) Bad Boy Books Holdings, Inc.
   c/o CE Trademark LLC
   1001 Wilshire Blvd., 1073
   Los Angeles, CA 90017

7) Bad Boy Records LLC
   c/o Corporation Service Company
   251 Little Falls Drive
   Wilmington, DE 19808

8) Bad Boy Entertainment LLC
   c/o Corporation Service Company
   80 State Street
   Albany, New York 12207

9) Bad Boy Productions LLC
   c/o Corporation Service Company
   80 State Street
   Albany, New York 12207

10) Shawn Carter
    27712 Pacific Coast Highway
    Malibu, CA 90265