UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                  Plaintiff,<br><br>   v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,<br><br>                  Defendants. | Civil Action No.  1:24-cv-07975-AT |

## [PROPOSED] ORDER TO SHOW CAUSE FOR PRESERVATION ORDER

Based upon the Memorandum of Law in Support of Defendant Shawn Carter's Emergency Motion for an Order to Show Cause and an Order for the Preservation of Evidence dated December 18, 2024 ("Motion"); the accompanying Declaration of Alex Spiro, and the exhibits attached thereto; and all other pleadings and proceeding had herein, it is hereby:

**ORDERED**, that Plaintiff shall show cause, if any she has, as to why a preservation order directing Plaintiff and her counsel Anthony Buzbee and the Buzbee Law Firm to preserve and refrain from destroying all evidence relevant to the above-captioned lawsuit and to strike the First Amended Complaint and dismiss Mr. Carter from this action pursuant to Fed. R. Civ. P. 12(f) should not be entered. Plaintiff shall show cause before this Court, in Room 15B at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York,

on the __ day of December, 2024, at__:__ a.m./p.m., or at such other and further date and time counsel may be heard; and it is further

**ORDERED** that service of a copy of this Order to Show Cause, together with all of the supporting papers upon which it is based, shall be served on Plaintiff through the Court's electronic case filing system ("ECF") on or before the __ day of December, 2024; and it is further

**ORDERED** that answering papers, if any, shall be served upon Defendant through ECF on or before the __ day of December, 2024; and it is further

**ORDERED** that Defendant's reply in further support of its motion, if any, shall be served upon Plaintiff through ECF on or before the __ day of December, 2024.

SO ORDERED.

Dated: New York, New York
        _____, 2024

                                    _____
                                    ANALISA TORRES
                                    United States District Court Judge