UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JANE DOE
Plaintiff(s),

vs.

Sean Combs, et al
Defendant(s).

ATTORNEY: CURIS LAW, PLLC

CASE NUMBER: 1:24-CV-07975-AT

DATE OF FILING:

## AFFIDAVIT OF SERVICE

STATE OF California: COUNTY OF LOS ANGELES    ss:

I, Paul Katz, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of California.

That on **12/23/2024** at **3:44 PM** at **27712 Pacific Coast Highway, Malibu, CA 90265**,
Deponent served the **Summons in a Civil Action, First Amended Civil Complaint and Demand for Jury Trial, Civil Cover Sheet, Notice of Motion, Declaration of Anthony G. Buzbee in Support of Plaintiff's Motion to Proceed Anonymously, Memorandum of Law in Support of Plaintiff's Motion to Proceed Anonymously** upon **SHAWN CARTER (JAY-Z)**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **"John Doe" - refused to provide name, Head of Security**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of residence and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **White**  Hair: **Dark Brown with Bald Spot**  Age (Approx): **50**  Height(Approx): **5'10"-5'11"**  Weight(Approx): **165-170 lbs**  Glasses: **No**  Other: **Beard & Mustache**

On **12/24/2024**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within California State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_Paul Katz_

Sworn to before me this

December __24__ 2024

See attached certificate

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797  5162261073  Lic# 1422060
Case No: 1716000

**CALIFORNIA JURAT**                                    **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on
this __24__ day of __December__, 20__24__, by
      Date          Month         Year

(1) __Paul Steven Kutz__

(and (2) _____),
            Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
            Signature of Notary Public

**ANA M. DELGADO**
COMM. #2394435
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 18, 2026

*Place Notary Seal and/or Stamp Above*

---------- OPTIONAL ----------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Affidavit of Service__
Document Date: __Dec. 24, 2024__     Number of Pages: __1__
Signer(s) Other Than Named Above: _____

©2019 National Notary Association