**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

December 30, 2024

**VIA ECF**
**TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV**

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Jane Doe v. Sean Combs et al.*, 24-cv-07975-AT

Dear Judge Torres:

We write on behalf of Defendant Shawn Carter concerning his Motion for an Order for the Preservation of Evidence (Dkt. No. 48) (the "Motion"). In an effort to resolve the Motion, on December 30, 2024, Mr. Carter served a document preservation notice concerning evidence related to this action and others. Given that Mr. Buzbee's counsel has indicated that they are permitted to accept service on his behalf, Mr. Carter effectuated service of this notice today. As such, the Court need not intervene to issue a preservation order at this time. Accordingly, Mr. Carter respectfully requests to withdraw the Motion as moot.

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Alex Spiro

CC: Antigone Curis

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH