```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/2/2025  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe,

                Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,

                Defendants.

24 Civ. 7975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Shawn Carter's letter seeking leave to file a motion to dismiss Plaintiff's amended complaint and Plaintiff's letter in opposition. ECF Nos. 55, 57. Accordingly:

1. Carter's request to file a motion to dismiss Plaintiff's amended complaint is GRANTED;
2. By **February 6, 2025**, Carter shall file his motion;
3. By **February 28, 2025**, Plaintiff shall file her opposition papers; and
4. By **March 14, 2025**, Carter shall file his reply, if any.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 55.

SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                                ANALISA TORRES
                                           United States District Judge