UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

v.

SEAN COMBS, DADDY'S HOUSE
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS
ENTERPRISES, LLC, BAD BOY
ENTERTAINMENT HOLDINGS, INC., BAD
BOY PRODUCTIONS HOLDINGS, INC., BAD
BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT
LLC, BAD BOY PRODUCTIONS LLC,
ORGANIZATIONAL DOES 1-10, INDIVIDUAL
DOES 1-10, AND SHAWN CARTER,

Defendants.

Civil Action No.    1:24-cv-07975-AT

**NOTICE OF DEFENDANT SHAWN CARTER'S MOTION FOR SANCTIONS AND TO STRIKE THE COMPLAINT PURSUANT TO FED. R. CIV. P. 11**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declaration of Alex Spiro and accompanying exhibits, and any other arguments or materials that the Court may consider before this motion is taken under submission by the Court, Defendant Shawn Carter will move this Court before the Hon. Analisa Torres, 500 Pearl St., New York, NY 10007, at a date and time to be determined by this Court, for an order, (i) dismissing Plaintiff's Amended Complaint pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, (ii) imposing monetary sanctions on Anthony Buzbee and the Buzbee Law Firm; (iii) directing the parties to confer regarding a briefing schedule for the determination of Mr. Carter's reasonable attorney's fees and cost, and (iv) such other and further relief the Court deems just and equitable.

1

Respectfully submitted,


DATED:     January 8, 2025

                                QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


By: /s/ *Alex Spiro* _____


Alex Spiro
295 5th Avenue
New York, New York 10016-7103
(212) 849-7000

Attorneys for Shawn Carter