# EXHIBIT 3





2000 MTV VMAs Red Carpet pt.1

Justin Betken
333 subscribers