# **EXHIBIT 4**





2000 MTV VMAs Red Carpet pt.1