# EXHIBIT 5





Eminem - The Real Slim Shady Live At MTV Awards 2000 Remastered



Eminem - The Real Slim Shady Live At MTV Awards 2000 Remastered