# EXHIBIT 9

# Search Results By Party Name

Date & Time: 1/7/2025 2:09:25 PM
Page: 1 of 1    Records: 1-2

**Current Search Criteria:**
Name: **SEAN COMBS**
Date Range: **To Current Date**
Party Type: **All Parties**
Borough: **All Boroughs**
Document Class: **DEEDS AND OTHER CONVEYANCES**

| Party Type/ Other | Party Name | Borough | Block | Lot | Reel/Pg/File | CRFN | Partial Lot | Doc Date | Recorded / Filed | Document Type | Pages | Corr. Rem. | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMBS, SEAN | MANHATTAN | 1409 | 72 | | 2004000430262 | E | 6/3/2004 | 7/9/2004 5:57:41 PM | DEED | 4 | | 14,300,000 |
| 2 | COMBS, SEAN | MANHATTAN | 1409 | 72 | 2802/411 | | E | 11/20/1998 | 1/19/1999 12:00:00 AM | DEED | 6 | | 0 |

# Detailed Document Information

**Prepared:** 1/7/2025 3:27:29 PM
**Page:** 1 Of 1

**Current Search Criteria:**
**Document ID:** 2004061100458002

| | | | |
|---|---|---|---|
| DOCUMENT ID: 2004061100458002 | CRFN : 2004000430262 | COLLATERAL: N/A |
| # of PAGES: 4 | REEL-PAGE: N/A-N/A | EXPIRATION DATE: N/A |
| DOC. TYPE: DEED | FILE NUMBER: N/A | ASSESSMENT DATE: N/A |
| DOC. DATE: 6/3/2004 | RECORDED/FILED: 7/9/2004 5:57:41 PM | SLID #: N/A |
| DOC. AMOUNT: $14,300,000.00 | BOROUGH: MANHATTAN | MAP SEQUENCE #: N/A |
| % TRANSFERRED: N/A | RPTT #: N/A | MESSAGE: N/A |

## PARTY1

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| COMBS, SEAN | 1440 BROADWAY | | NEW YORK | NY | 10018 | US |

## PARTY2

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 813 PARK AVENUE HOLDINGS, LLC | 57 WEST 38TH STREET | | NEW YORK | NY | 00000 | US |

## PARTY3/Others

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

## PARCELS

| BOROUGH | BLOCK | LOT | PARTIAL LOT | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 1409 | 72 | E | DWELLING ONLY - 3 FAMILY | N | N | N | 813 PARK AVENUE | | |

## REFERENCES

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

## REMARKS

# Detailed Document Information

Current Search Criteria:

Prepared: 1/7/2025 3:27:37 PM

Document ID: FT_1350006419835

Page: 1 Of 1

| DOCUMENT ID: | FT_1350006419835 | CRFN: | N/A | COLLATERAL: | N/A |
|---|---|---|---|---|---|
| # of PAGES: | 6 | REEL-PAGE: | 2802-411 | EXPIRATION DATE: | N/A |
| DOC. TYPE: | DEED | FILE NUMBER: | N/A | ASSESSMENT DATE: | N/A |
| DOC. DATE: | 11/20/1998 | RECORDED/FILED: | 1/19/1999 12:00:00 AM | SLID #: | N/A |
| DOC. AMOUNT: | $0.00 | BOROUGH: | MANHATTAN | MAP SEQUENCE #: | 0 |
| % TRANSFERRED: | N/A | RPTT #: | 00596 | MESSAGE: | N/A |

## PARTY1

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| 813 PARK CORP. | KRAMER LEVIN NAFTALIS & ETC. | 919 THIRD AVENUE | NEW YORK | NY | 10022 | US |

## PARTY2

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| COMBS, SEAN | V. BROWN & COMPANY | 10 BANK STREET | WHITE PLAINS | NY | | US |

## PARTY3/Others

| NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | | | | |

## PARCELS

| BOROUGH: | BLOCK | LOT | PARTIAL LOT | PROPERTY TYPE | EASEMENT | AIR RIGHTS | SUBTERRANEAN RIGHTS | PROPERTY ADDRESS | UNIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| MANHATTAN / NEW YORK | 1409 | 72 | E | PRE-ACRIS | N | N | N | | | |

## REFERENCES

| CRFN | DOCUMENT ID | BOROUGH | YEAR | REEL | PAGE | FILE NBR |
|---|---|---|---|---|---|---|
| | | | | | | |

## REMARKS