# EXHIBIT 13



**1 OF 1 RECORD(S)**

**Deed Record For SUFFOLK County**

**Buyer Information**

| | |
|---|---|
| **Original Name:** | 40 HEDGES REALTY INC(COMPANY/CORPORATION) |
| **Standardized Name:** | 40 HEDGES REALTY INCORPORATED |
| **Original Address:** | 1540 BROADWAY 30TH FLR |
| | NEW YORK, NY 10036 |
| **Standardized Address:** | 1540 BROADWAY FL 30 |
| | NEW YORK, NY 10036-4039 |
| | NEW YORK COUNTY |

**Care Of Information**

| | |
|---|---|
| **Original Name:** | DEREK FERGUSON BAD BOY ENTERTAINMENT |
| **Standardized Name:** | DEREK FERGUSON BAD BOY ENTERTAINMENT |
| | DEREK FERGUSON BAD BOY ENTERTAINMENT |
| **Original Address:** | 1540 BROADWAY 30TH FLR |
| | NEW YORK, NY 10036 |
| **Standardized Address:** | 813 PARK AVE |
| | NEW YORK, NY 10021-3207 |
| | NEW YORK COUNTY |

**Seller Information**

| | |
|---|---|
| **Original Name:** | COMBS, SEAN |
| **Standardized Name:** | COMBS, SEAN |
| **Original Address::** | 813 PARK AVE |
| | NEW YORK, NY 10022 |
| **Standardized Address:** | 813 PARK AVE |
| | NEW YORK, NY 10021-3207 |

**Deed Record For SUFFOLK County**

NEW YORK COUNTY

**Property Information**

| | |
|---|---|
| **Original Property Address:** | 40 HEDGES BANK DR |
| | EAST HAMPTON, NY 11937 |
| **Standardized Property Address:** | 40 HEDGES BANKS DR |
| | EAST HAMPTON, NY 11937-3505 |
| | SUFFOLK COUNTY |
| **Data Source:** | B |

**Legal Information**

| | |
|---|---|
| **Assessor's Parcel Number:** | 0300-035.00-02.00-006.000 |
| **Recording Date:** | 08/23/2001 |
| **Contract Date:** | 08/03/2001 |
| **Deed Type:** | BARGAIN AND SALE DEED |
| **Book/Page:** | 12137/476 |
| **Legal Description:** | LOT NUMBER: 54; SUBDIVISION: MAP LAND FALL SECTION 2 RECORDER'S MAP; CITY/MUNI/TWNSP: EAST HAMPTON; |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None

Your GLBA Permissible Use: I have no permissible use

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

---

**End of Document**