UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>     *Plaintiff*,<br><br>   -against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,<br><br>     *Defendants*. | Case No.: 1:24-cv-07975 (AT)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bad Boy Records LLC ("BBRLLC") hereby certify that BBRLLC is 50% owned by BB Investments, LLC ("BBI") and 50% owned by Bad Boy Records. BBI's parent is Atlantic Recording Corporation ("Atlantic"), which is an indirectly wholly owned subsidiary of Warner Music Group Corp. ("WMG"). Atlantic is a Delaware corporation with its principal place of business in New York. WMG is a publicly owned Delaware corporation with its principal place of business in New York.

  Bad Boy Records is a New York General Partnership which is believed to be owned, directly or indirectly, by Sean Combs.

  No publicly held company owns 10% or more of the stock of BBRLLC.

  More than ten percent (10%) of WMG's stock is owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies. No other company owns 10% or more of WMG's stock.

Dated: New York, New York
       January 10, 2025

PRYOR CASHMAN LLP

_____
Donald S. Zakarin
William L. Charron
Nicholas G. Saady
7 Times Square
New York, NY 10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for Defendant BBRLLC*