## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,<br><br>             Defendants. | Case No. 1:24-cv-07975-AT<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Marc E. Kasowitz of Kasowitz Benson Torres LLP, an attorney admitted to practice in this Court, hereby enters an appearance as counsel for plaintiff Jane Doe and for plaintiff's attorney Anthony G. Buzbee in the above-captioned action, and respectfully requests that all further papers and correspondence be served upon him.

Dated: New York, New York
       January 22, 2025

                                            KASOWITZ BENSON TORRES LLP

                                            By: */s/ Marc E. Kasowitz*
                                                 Marc E. Kasowitz
                                                 mkasowitz@kasowitz.com
                                                 Kasowitz Benson Torres LLP
                                                 1633 Broadway
                                                 New York, New York 10019
                                                 Telephone: (212) 506-1710
                                                 Facsimile: (212) 835-5010
                                                 *Counsel for Plaintiff and Plaintiff's*
                                                 *Attorney Anthony G. Buzbee*