UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a/COMBS GLOBAL f/k/a COMBS ENTERPRISES, LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, AND SHAWN CARTER,<br><br>　　　　　Defendants. | Case No. 1:24-CV-07975-AT |

**DECLARATION OF MARC E. KASOWITZ IN OPPOSITION TO
DEFENDANT SHAWN CARTER'S MOTION FOR SANCTIONS**

I, **MARC E. KASOWITZ**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed and in good standing in the State of New York and in the United States District Court for the Southern District of New York. I am a member of the law firm Kasowitz Benson Torres LLP, attorneys for plaintiff Jane Doe and for plaintiff's attorney Anthony G. Buzbee.

2. I submit this declaration in opposition to defendant Shawn Carter's ("Carter") motion for sanctions under Federal Rule of Civil Procedure 11 (the "Motion").

3. I have been practicing law for 48 years. During my career, I have been lead counsel in dozens of complex commercial litigations and been recognized as one of the country's

leading trial lawyers.  Based on my experience, I believe defendant's Motion for sanctions has no merit and may not be resolved on this pre-discovery record.

4. Attached hereto as **Exhibit A** is a true and correct copy of plaintiff's First Amended Complaint ("FAC") in this action, filed on December 8, 2024 (ECF 29).

5. Attached hereto as **Exhibit B** is a true and correct copy of an Order, dated December 26, 2024, denying Carter's attorney's request to shorten the safe harbor provision contained within Rule 11(c)(2) from 21 days to 1 day.  (ECF 53).

6. Attached hereto as **Exhibit C** is a true and correct copy of search results of Suffolk County Clerk property records showing a deed for the property at 40 Hedges Bank Drive in East Hampton, New York, 11937 ("40 Hedges Bank Drive"), dated March 13, 1998, which names Sean Combs as the transferee of the property, and a deed, dated August 23, 2001, showing that Combs transferred the property at 40 Hedges Bank Drive to his company, 40 Hedges Realty, Inc.

7. Attached hereto as **Exhibit D** is a true and correct copy of a screenshot taken from a publicly available video showing Combs arriving at the 2000 VMAs in a limousine.  The video is available online at https://www.youtube.com/watch?v=Xd0fMwltykA.

8. Attached hereto as **Exhibit E** is a true and correct copy of "Fine Time for Puffy Party," published by the *New York Post* on April 26, 2000.

9. Attached hereto as **Exhibit F** is a true and correct copy of a photograph of Carter and Combs at Combs' Fourth of July party on July 2, 2000, at 40 Hedges Bank Drive, available at https://www.gettyimages.com/detail/news-photo/jay-z-and-sean-combs-attend-puffys-fourth-of-july-party-at-news-photo/2182495029?adppopup=true.

10. Attached hereto as **Exhibit G** is a true and correct copy of a photograph of Carter and Combs at the "Absolut White Party 2003" held at Combs's 40 Hedges Bank Drive property, available at https://www.gettyimages.com/detail/news-photo/russell-simmons-steve-stoute-jay-z-sean-diddy-combs-and-news-photo/117657605.

11. Based on the foregoing, and for the reasons set forth in the accompanying memorandum of law, the Rule 11 Motion should be denied.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2025  
New York, NY

*/s/ Marc E. Kasowitz*  
Marc E. Kasowitz