# Exhibit C



# Suffolk County Clerk
Vincent Puleo

(Click " ? " for help)

## Search Records

40 Hedges Banks Dr, East Ham|

Property Tax Map ID
0300-035.00-02.00-006.000

Date From
mm/dd/yyyy

Date To
mm/dd/yyyy

Search Clear **Searches:** Deeds, Mortgages, Liens, LisPendens, Judgments

Last Name/Corporation

First Name
optional

Date From
mm/dd/yyyy

Date To
mm/dd/yyyy

Select Search Preference
Starts With | Contains | Exact

Search Clear **Searches:** Liens, Judgments, UCC

Liber
D00000000 or M00000000

Page
Page Number

Search Clear **Searches:** Deeds, Mortgages

Index Number
Include any blank spaces

Search Clear **Searches:** Liens, Judgments, LisPendens

UCC Number
Input UCC number

Search Clear **Searches:** UCC

Business Name

Last Name
optional

City
optional

Date From
mm/dd/yyyy

Date To
mm/dd/yyyy

Search Clear **Searches:** Business Certificates

**Court Minutes Index No**

Plaintiff

[ ] Two digit Year space followed by 5 or 6 digits

**Defendant**

Search | Clear  **Searches:** Court Minutes

**NYS Corporation Name or Religious Corporation Name**

**File No**

**File Date Start**

**File Date End**

mm/dd/yyyy

mm/dd/yyyy

Search | Clear  **Searches:** NYS Corporations or Suffolk County Religious Corporations

**Certificate of Abandonment Number**

**Filed Map Abstract Number**

**Map Number**

**Liber**

**Page**

**Tax Map ID**

**Map Name**

**Date Filed From**

**Date Filed To**

mm/dd/yyyy

mm/dd/yyyy

Search | Clear  **Searches:** Abandonments and Abstracts

**Family Name**

**Given Name**

**Sounds Like Family Name**

Search | Clear  **Searches:** Naturalization

[ Search ]    [ Clear ]

Not logged in

---

? Purchase Certified Copy Link    Subscription Link

## Deeds

Show [10] entries                                                                                      Filter:

| Liber | Page | Doc Type | Grantee Name | Grantor Name | Date Recd | Notations | Certified Copy | View Doc | Notebook |
|---|---|---|---|---|---|---|---|---|---|
| D00013189 | 353 | DEED | LEAT, CHAD … | GUY, RACHEL … | 2/14/2023 | | Purchase Certified Copy | Subscription | Subscription |
| D00013148 | 650 | DECLARATION | | | 3/24/2022 | | Purchase Certified Copy | Subscription | Subscription |
| D00013064 | 836 | DEED | | GUY, RACHEL … | 7/23/2020 | | Purchase Certified Copy | Subscription | Subscription |

| Liber | Page | Doc Type | Grantee Name | Grantor Name | Date Rec't | Notations | Certified Copy | View Doc | Notebook |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00013064 |
|---|---|
| Page Num: | 836 |
| Doc Type: | DEED |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | GUY, RACHEL TRUSTEE |
| Grantee Corp: | S&C PROPERTY TRUST BY TRUSTEE |
| Grantor Name: | |
| Grantor Corp: | 40 HEDGES REALTY INC |
| Amount: | $4,700,000.00 |
| Tax: | $65,800.00 |
| Date Recorded: | 7/23/2020 |
| Notations: | |

| D00012442 | 051 | POWER OF ATTOR… | FERGUSON, D… | COMBS, SEAN… | 3/24/2006 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00012442 |
|---|---|
| Page Num: | 051 |
| Doc Type: | POWER OF ATTORNEY |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | FERGUSON, DEREK |
| Grantee Corp: | |
| Grantor Name: | COMBS, SEAN |
| Grantor Corp: | |
| Amount: | |
| Tax: | |
| Date Recorded: | 3/24/2006 |
| Notations: | |

| D00012137 | 476 | DEED | | COMBS, SEAN… | 8/23/2001 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00012137 |
|---|---|
| Page Num: | 476 |
| Doc Type: | DEED |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | |
| Grantee Corp: | 40 HEDGES REALTY INC / FORTY HEDGES REALTY INC |
| Grantor Name: | COMBS, SEAN |
| Grantor Corp: | |
| Amount: | |
| Tax: | |
| Date Recorded: | 8/23/2001 |
| Notations: | |

| D00012057 | 897 | POWER/ATTORNEY… | FERUSON, DE… | COMBS, SEAN… | 7/24/2000 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| ▲ Liber ◆ | Page ◆ | Doc Type | Grantee Name | Grantor Name | Date Rec ◆ | Notations ◆ | Certified Copy | View Doc | Agentbook |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00012057 |
|---|---|
| Page Num: | 897 |
| Doc Type: | POWER/ATTORNEY-MF |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | FERUSON, DEREK |
| Grantee Corp: | |
| Grantor Name: | COMBS, SEAN |
| Grantor Corp: | |
| Amount: | |
| Tax: | |
| Date Recorded: | 7/24/2000 |
| Notations: | |

| D00011883 | 227 | POWER/ATTORNEY... | BROWN, VERN... | COMBS, SEAN... | 3/13/1998 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00011883 |
|---|---|
| Page Num: | 227 |
| Doc Type: | POWER/ATTORNEY-MF |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | BROWN, VERNON |
| Grantee Corp: | |
| Grantor Name: | COMBS, SEAN |
| Grantor Corp: | |
| Amount: | |
| Tax: | |
| Date Recorded: | 3/13/1998 |
| Notations: | |

| D00011883 | 226 | **DEED** | COMBS, SEAN... | MORI, MINOR... | 3/13/1998 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | D00011883 |
|---|---|
| Page Num: | 226 |
| Doc Type: | DEED |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Grantee Name: | COMBS, SEAN |
| Grantee Corp: | |
| Grantor Name: | MORI, MINORU |
| Grantor Corp: | |
| Amount: | |
| Tax: | |
| Date Recorded: | 3/13/1998 |
| Notations: | |

| D00011723 | 147 | **DEED** | MORI, MINOR... | SHYER, HENR... | 4/26/1995 | | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|
| D00011350 | 340 | **EASEMENT-MF** | | SHYER, CARO... | 10/9/1991 | | Purchase Certified Copy | Subscription | Subscription |

Showing 1 to 10 of 14 entries                                              Previous | 1 | 2 | Next

## Mortgages

Show 10 entries                                                                                                 Filter:

| Liber | Page | Doc Type | Mortgagee Name | Mortgagor Name | Date Recd | Notations | Certified Copy | View Doc | Notebook |
|---|---|---|---|---|---|---|---|---|---|
| M00022799 | 980 | **SATISFACTION O...** | COMBS, SEAN... | | 3/20/2017 | Day Seq# 0 ... | Purchase Certified Copy | Subscription | Subscription |

| | |
|---|---|
| Liber Num: | M00022799 |
| Page Num: | 980 |
| Doc Type: | SATISFACTION OF MORTGAGE |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Mortgagee Name: | COMBS, SEAN |
| Mortgagee Corp: | |
| Mortgagor Name: | |
| Mortgagor Corp: | CITIBANK N A |
| Date Received: | 3/20/2017 |
| Amount: | |
| Tax: | |
| Notations: | Day Seq# 0 Liber M00020012 Page 124 MECA/MOP: MODIFICATION<br>Day Seq# 0 Liber M00020705 Page 804 MORTGAGE<br>Day Seq# 0 Liber M00021262 Page 433 MECA (EXT/CON/MOD)<br>Day Seq# 0 Liber M00019311 Page 181 MORTGAGE-MF<br>Day Seq# 0 Liber M00019738 Page 611 MORTGAGE-MF<br>Day Seq# 0 Liber M00019738 Page 612 ASSIGNMENT OF MORTGAGE-MF<br>Day Seq# 0 Liber M00019738 Page 613 AGREEMENT/MORTGAGE-MF |

| Liber | Page | Doc Type | Mortgagee Name | Mortgagor Name | Date Recd | Notations | Certified Copy | View Doc | Notebook |
|---|---|---|---|---|---|---|---|---|---|
| M00021262 | 433 | **MECA (EXT/CON/...** | | | 3/24/2006 | Liber M0002070... | Purchase Certified Copy | Subscription | Subscription |

| | |
|---|---|
| Liber Num: | M00021262 |
| Page Num: | 433 |
| Doc Type: | MECA (EXT/CON/MOD) |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Mortgagee Name: | |
| Mortgagee Corp: | CITIBANK N A |
| Mortgagor Name: | |
| Mortgagor Corp: | 40 HEDGES REALTY INC |
| Date Received: | 3/24/2006 |
| Amount: | $1,485,000.00 |
| Tax: | |
| Notations: | Liber M00020705 Page 804 MORTGAGE<br>Liber M00019311 Page 181 MORTGAGE-MF<br>Liber M00019738 Page 611 MORTGAGE-MF<br>Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE |

| Liber | Page | Doc Type | Mortgagee Name | Mortgagor Name | Date Recd | Notations | Certified Copy | View Doc | Notebook |
|---|---|---|---|---|---|---|---|---|---|
| M00020705 | 804 | **MORTGAGE** | | | 4/6/2004 | Day Seq# 0 ... | Purchase Certified Copy | Subscription | Subscription |

| ▲ Liber | ◆ Page | Doc Type | Mortgagee Name | Mortgagor Name | Date Reco... | Notations | Certified Copy | Payment | Notebook |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Liber Num:** | | M00020705 | | | | | | | |
| **Page Num:** | | 804 | | | | | | | |
| **Doc Type:** | | MORTGAGE | | | | | | | |
| **Tax Map Num:** | | 0300-035.00-02.00-006.000 | | | | | | | |
| **Mortgagee Name:** | | | | | | | | | |
| **Mortgagee Corp:** | | CITIBANK N A | | | | | | | |
| **Mortgagor Name:** | | | | | | | | | |
| **Mortgagor Corp:** | | 40 HEDGES REALTY INC | | | | | | | |
| **Date Received:** | | 4/6/2004 | | | | | | | |
| **Amount:** | | $13,052.00 | | | | | | | |
| **Tax:** | | $106.00 | | | | | | | |
| **Notations:** | | Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00021262 Page 433 MECA (EXT/CON/MOD) | | | | | | | |

| M00020012 | 124 | **MECA/MOP: MODI...** | | COMBS, SEAN... | 1/24/2002 | Day Seq# 0 ... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|
| **Liber Num:** | | M00020012 | | | | | | | |
| **Page Num:** | | 124 | | | | | | | |
| **Doc Type:** | | MECA/MOP: MODIFICATION | | | | | | | |
| **Tax Map Num:** | | 0300-035.00-02.00-006.000 | | | | | | | |
| **Mortgagee Name:** | | | | | | | | | |
| **Mortgagee Corp:** | | CITIBANK N A | | | | | | | |
| **Mortgagor Name:** | | COMBS, SEAN | | | | | | | |
| **Mortgagor Corp:** | | 40 HEDGES REALTY INC / FORTY HEDGES REALTY INC | | | | | | | |
| **Date Received:** | | 1/24/2002 | | | | | | | |
| **Amount:** | | $1,484,157.00 | | | | | | | |
| **Tax:** | | | | | | | | | |
| **Notations:** | | Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00019311 Page 181 MORTGAGE-MF Doc Type MAG<br>Liber M00019738 Page 611 MORTGAGE-MF Doc Type MAG | | | | | | | |

| M00019738 | 611 | **MORTGAGE-MF** | | COMBS, SEAN... | 7/24/2000 | Liber M0002001... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|
| **Liber Num:** | | M00019738 | | | | | | | |
| **Page Num:** | | 611 | | | | | | | |
| **Doc Type:** | | MORTGAGE-MF | | | | | | | |
| **Tax Map Num:** | | 0300-035.00-02.00-006.000 | | | | | | | |
| **Mortgagee Name:** | | | | | | | | | |
| **Mortgagee Corp:** | | CITIBANK N A | | | | | | | |
| **Mortgagor Name:** | | COMBS, SEAN | | | | | | | |
| **Mortgagor Corp:** | | | | | | | | | |
| **Date Received:** | | 7/24/2000 | | | | | | | |
| **Amount:** | | | | | | | | | |
| **Tax:** | | | | | | | | | |
| **Notations:** | | Liber M00020012 Page 124 MECA/MOP: MODIFICATION Doc Type MAG<br>Liber M00019738 Page 613 AGREEMENT/MORTGAGE-MF Doc Type MAG<br>Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00021262 Page 433 MECA (EXT/CON/MOD) | | | | | | | |

| M00019738 | 613 | **AGREEMENT/MORT...** | | COMBS, SEAN... | 7/24/2000 | Day Seq# 0 ... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| ▲ Liber | ◇ Page | Doc Type | Mortgagee Name | Mortgagor Name | Date Reco | Notations | Certified Copy | Image | Notebook |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | M00019738 |
|---|---|
| Page Num: | 613 |
| Doc Type: | AGREEMENT/MORTGAGE-MF |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Mortgagee Name: | |
| Mortgagee Corp: | CITIBANK N A |
| Mortgagor Name: | COMBS, SEAN |
| Mortgagor Corp: | |
| Date Received: | 7/24/2000 |
| Amount: | |
| Tax: | |
| Notations: | Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00019311 Page 181 MORTGAGE-MF Doc Type MAG<br>Liber M00019738 Page 611 MORTGAGE-MF Doc Type MAG |

| M00019738 | 612 | ASSIGNMENT OF ... | | | 7/24/2000 | Day Seq# 0 ... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

| Liber Num: | M00019738 |
|---|---|
| Page Num: | 612 |
| Doc Type: | ASSIGNMENT OF MORTGAGE-MF |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Mortgagee Name: | |
| Mortgagee Corp: | CITIBANK N A |
| Mortgagor Name: | |
| Mortgagor Corp: | MERRILL LUNCH CREDIT CORPORATION |
| Date Received: | 7/24/2000 |
| Amount: | |
| Tax: | |
| Notations: | Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00019311 Page 181 CITIBANK MORTGAGE-MF Doc Type MAS |

| M00019353 | 491 | SATISFACTION O... | MORI, MINOR... | | 6/18/1998 | Liber M0001893... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|
| M00019311 | 181 | MORTGAGE-MF | | COMBS, SEAN... | 3/13/1998 | Liber M0002001... | Purchase Certified Copy | Subscription | Subscription |

| Liber Num: | M00019311 |
|---|---|
| Page Num: | 181 |
| Doc Type: | MORTGAGE-MF |
| Tax Map Num: | 0300-035.00-02.00-006.000 |
| Mortgagee Name: | |
| Mortgagee Corp: | MERRILL LYNCH CREDIT CORPORATION |
| Mortgagor Name: | COMBS, SEAN |
| Mortgagor Corp: | |
| Date Received: | 3/13/1998 |
| Amount: | |
| Tax: | |
| Notations: | Liber M00020012 Page 124 MECA/MOP: MODIFICATION Doc Type MAG<br>Liber M00019738 Page 613 AGREEMENT/MORTGAGE-MF Doc Type MAG<br>Liber M00019738 Page 612 CITIBANK ASSIGNMENT OF MORTGAGE-MF Doc Type MAS<br>Day Seq# 0 Liber M00022799 Page 980 SATISFACTION OF MORTGAGE<br>Liber M00021262 Page 433 MECA (EXT/CON/MOD) |

| M00019195 | 828 | AGREEMENT/MORT... | MORI, MINOR... | | 5/7/1997 | Liber M0001893... | Purchase Certified Copy | Subscription | Subscription |
|---|---|---|---|---|---|---|---|---|---|

Showing 1 to 10 of 22 entries    Previous  1  2  3  Next

---

ⓘ Subscription Link

## Lis Pendens

No Records Found

---

ⓘ Subscription Link

## Judgments

No Records Found

---

ⓘ Subscription Link

## Liens

No Records Found