# Exhibit E

US NEWS

# 'FINE' TIME FOR PUFFY PARTY

By Bill Hoffmann
Published April 26, 2000, 4:00 a.m. ET

Puff Daddy coughed up $2,000 yesterday – as he took the rap for throwing a wild party in the Hamptons last summer.

Puffy – a k a Sean Combs – pleaded guilty to violating his party permit for a Fourth of July bash at his East Hampton estate.

The beleaguered rap czar admitted his shindig had too many guests, was too loud and went on for too long, in violation of town law.

AD

In a plea deal, Combs, 30, also agreed to pay a maximum fine of $2,000.

In return, a charge of violating the town's noise ordinance was dropped.

AD

Cops raided Puffy's party at his $2.5 million vacation home at 11 p.m., a full hour past the time limit on his permit.

They found more than 700 revelers inside, while the permit allowed for only 200 guests.

There were more than 500 cars parked within a quarter-mile of Combs' property in the Northwest Woods neighborhood, although the permit limited the number of vehicles to 90.

And cops said Combs was playing music at an ear-splitting 79 decibels, while the noise law allows only 50 decibels.

Combs replied, "Yes, sir" when Town Justice Robert Walker asked him if he understood the plea bargain.

After the four-minute hearing, Combs walked out without speaking to reporters and drove off in his white Land Rover.

Combs still faces weapons and bribery charges in connection with a Times Square nightclub shooting last December. He and his girlfriend, actress-singer, Jennifer Lopez fled in a limo after his protégé Jamal "Shyne" Barrow allegedly shot three people.

Combs, president of Bad Boy Entertainment, is currently free on $30,000 bail. He faces up to 15 years behind bars if convicted.