# Exhibit F



Jay-Z and Sean Combs attend Puffy's Fourth of July Party at Sean Combs' House, in East Hampton, N.Y., on July 2, 2000