# Exhibit G

