```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Doe,

                Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, INDIVIDUAL DOES 1-10, AND SHAWN CARTER,

                Defendants.

24 Civ. 7975 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated December 20, 2024, Plaintiff's counsel, Anthony Buzbee, represented that he is admitted to practice in the Eastern District of New York and "intend[s] to apply for reciprocal admission to the Southern District." ECF No. 50 at 3. In his declaration dated January 22, 2025, Buzbee stated that his application for reciprocal admission "is forthcoming." ECF No. 76 ¶ 1.

    Accordingly, by **February 14, 2025**, Buzbee shall file proof of admission on the docket.

    SO ORDERED.

Dated: January 28, 2025
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge