# EXHIBIT 2



## 2000 MTV Video Music Awards (September 7, 2000) (Original Version)



**Malik Silas Jefferson**
3.14K subscribers

Subscribe    147    Share

6,032 views   Mar 16, 2024