# EXHIBIT 3

Case 1:24-cv-07975-AT    Document 82-3    Filed 01/29/25    Page 2 of 2

