# EXHIBIT 6




🇺🇸 An official website of the United States government  Here's how you know ⌄

## Astronomical Applications Department

Main     Data Services     Information Center     Publications     Software     About Us     Site Map

# Table of Sunrise/Sunset, Moonrise/Moonset, or Twilight Times for an Entire Year

```
              o    ,     o    ,                    NEW YORK, NY                 Astronomical Applications Dept.
       Location: W073 55, N40 44              Rise and Set for the Sun for 2000        U. S. Naval Observatory
                                                                                Washington, DC  20392-5420
                                         Zone:  5h West of Greenwich


           Jan.       Feb.       Mar.       Apr.       May        June       July       Aug.       Sept.      Oct.       Nov.       Dec.
       Day Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set  Rise  Set
            h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m  h m   h m
        01 0720 1639 0706 1713 0629 1747 0539 1821 0454 1852 0427 1921 0428 1931 0453 1911 0523 1827 0553 1737 0626 1652 0701 1629
        02 0720 1639 0705 1714 0628 1749 0537 1822 0453 1853 0426 1922 0429 1931 0454 1910 0524 1826 0554 1735 0628 1650 0702 1629
        03 0720 1640 0704 1715 0626 1750 0535 1823 0451 1854 0426 1922 0429 1930 0455 1908 0525 1824 0555 1734 0629 1649 0703 1628
        04 0720 1641 0703 1716 0624 1751 0534 1824 0450 1855 0425 1923 0430 1930 0456 1907 0526 1822 0556 1732 0630 1648 0704 1628
        05 0720 1642 0702 1718 0623 1752 0532 1825 0449 1856 0425 1924 0431 1930 0456 1906 0527 1821 0557 1731 0631 1647 0705 1628
        06 0720 1643 0701 1719 0621 1753 0531 1826 0448 1857 0425 1924 0431 1930 0457 1905 0528 1819 0558 1729 0632 1646 0706 1628
        07 0720 1644 0700 1720 0620 1754 0529 1827 0447 1858 0425 1925 0432 1929 0458 1904 0529 1817 0559 1727 0634 1645 0707 1628
        08 0720 1645 0659 1721 0618 1755 0527 1828 0445 1859 0424 1925 0432 1929 0459 1902 0530 1816 0600 1726 0635 1644 0707 1628
        09 0720 1646 0658 1722 0616 1756 0526 1829 0444 1900 0424 1926 0433 1928 0500 1901 0531 1814 0601 1724 0636 1643 0708 1628
        10 0719 1647 0657 1724 0615 1757 0524 1830 0443 1901 0424 1927 0434 1928 0501 1900 0532 1812 0602 1723 0637 1642 0709 1628
        11 0719 1648 0655 1725 0613 1759 0523 1831 0442 1902 0424 1927 0435 1928 0502 1859 0533 1811 0603 1721 0638 1641 0710 1628
```

```
12   0719 1649   0654 1726   0612 1800   0521 1832   0441 1903   0424 1928   0435 1927   0503 1857   0534 1809   0604 1719   0639 1640   0711 1628
13   0719 1650   0653 1727   0610 1801   0519 1833   0440 1904   0424 1928   0436 1927   0504 1856   0535 1807   0605 1718   0641 1639   0711 1629
14   0718 1651   0652 1729   0608 1802   0518 1834   0439 1905   0424 1928   0437 1926   0505 1854   0536 1806   0606 1716   0642 1638   0712 1629
15   0718 1652   0650 1730   0607 1803   0516 1835   0438 1906   0424 1929   0438 1925   0506 1853   0537 1804   0607 1715   0643 1637   0713 1629
16   0717 1653   0649 1731   0605 1804   0515 1837   0437 1907   0424 1929   0438 1925   0507 1852   0538 1802   0608 1713   0644 1637   0714 1630
17   0717 1655   0648 1732   0603 1805   0513 1838   0436 1908   0424 1929   0439 1924   0508 1850   0539 1801   0609 1712   0645 1636   0714 1630
18   0717 1656   0646 1733   0602 1806   0512 1839   0436 1909   0424 1930   0440 1923   0509 1849   0540 1759   0611 1710   0646 1635   0715 1630
19   0716 1657   0645 1735   0600 1807   0510 1840   0435 1910   0424 1930   0441 1923   0510 1847   0541 1757   0612 1709   0648 1634   0715 1631
20   0715 1658   0644 1736   0558 1808   0509 1841   0434 1911   0424 1930   0442 1922   0511 1846   0542 1756   0613 1707   0649 1634   0716 1631
21   0715 1659   0642 1737   0557 1809   0507 1842   0433 1912   0425 1930   0443 1921   0512 1844   0543 1754   0614 1706   0650 1633   0716 1632
22   0714 1700   0641 1738   0555 1810   0506 1843   0432 1913   0425 1931   0443 1920   0513 1843   0544 1752   0615 1705   0651 1633   0717 1632
23   0714 1702   0639 1739   0554 1811   0505 1844   0432 1914   0425 1931   0444 1919   0514 1841   0545 1750   0616 1703   0652 1632   0717 1633
24   0713 1703   0638 1740   0552 1812   0503 1845   0431 1915   0425 1931   0445 1919   0515 1840   0546 1749   0617 1702   0653 1631   0718 1633
25   0712 1704   0637 1742   0550 1813   0502 1846   0430 1915   0426 1931   0446 1918   0516 1838   0547 1747   0618 1700   0654 1631   0718 1634
26   0711 1705   0635 1743   0549 1815   0500 1847   0430 1916   0426 1931   0447 1917   0517 1837   0548 1745   0620 1659   0656 1631   0719 1635
27   0711 1706   0634 1744   0547 1816   0459 1848   0429 1917   0427 1931   0448 1916   0518 1835   0549 1744   0621 1658   0657 1630   0719 1635
28   0710 1708   0632 1745   0545 1817   0458 1849   0428 1918   0427 1931   0449 1915   0519 1834   0550 1742   0622 1656   0658 1630   0719 1636
29   0709 1709   0631 1746   0544 1818   0456 1850   0428 1919   0427 1931   0450 1914   0520 1832   0551 1740   0623 1655   0659 1629   0719 1637
30   0708 1710               0542 1819   0455 1851   0427 1919   0428 1931   0451 1913   0521 1830   0552 1739   0624 1654   0700 1629   0720 1638
31   0707 1711               0540 1820               0427 1920               0452 1912   0522 1829               0625 1653               0720 1638
```

Add one hour for daylight time, if and when in use.

This is an official U.S. Navy Web site

Hyperlinks do not constitute endorsement by the U.S. Navy of non-U.S.Government sites or the information, products, or services contained therein.

Privacy and Security Notice