# EXHIBIT 7

Best
2h 20m
2 days
10 hr
Saved
Recents
40...
2h 20m
40
Hedges...
Radio
City...
Radio City Music Hall, 1260 6th Ave, New
40 Hedges Banks Dr, East Hampton, NY
Depart at
Options
11:11 PM
Thu, Sep 11
Send directions to your phone
Copy link
via I-495 E
typically 2 hr to 2 hr 40 min
Details
Arrive around 1:51AM
106 miles
via I-495 E and NY-27 E
typically 2 hr 10 min to 2 hr 40 min
Arrive around 1:51AM
106 miles
Explore nearby 40 Hedges Banks Dr
Sign in
2 hr to 2 hr 40 min
106 miles
City Music Hall
New York
Long Island Sound
Layers
Map data ©2025 Google
United States
Terms
Privacy
Send Product Feedback
10 mi