# EXHIBIT 2





Search Terms: Public Records : Real Property
first-name(Sean) last-name(Combs) street address(40 Hedges Bank Drive) state(NY) zip code(11937)

| No. | Name Information | Property Address | APN | Jurisdiction |
|---|---|---|---|---|
| 1 | Buyer<br>40 HEDGES REALTY INC<br>1540 BROADWAY FL 30<br>NEW YORK, NY 10036-4039<br><br>Care Of<br>DEREK FERGUSON BAD BOY ENTERTAINMENT<br>813 PARK AVE<br>NEW YORK, NY 10021-3207<br><br>Seller<br>COMBS, SEAN<br>813 PARK AVE<br>NEW YORK, NY 10021-3207 | 40 HEDGES BANKS DR<br>EAST HAMPTON, NY 11937-3505 | 0300-035.00-02.00-006.000 | Deed Record for SUFFOLK, NY<br>Recording Date : 08/23/2001<br>Document Type : BARGAIN AND SALE DEED<br>Contract Date : 08/03/2001<br>Data Source : B |
| 2 | Seller<br>COMBS SEAN<br><br>Owner<br>40 HEDGES REALTY INC | 40 HEDGES BANKS DR<br>EAST HAMPTON, NY 11937-3505 | 890.35 00.00 002.006 | Assessment Record for SUFFOLK, NY<br>Recording Date : 08/23/2001<br>Tax Year : 2001<br>Data Source : A |
| 3 | Buyer<br>SEAN COMBS<br>813 PARK AVE<br>NEW YORK, NY 10021-3207 | 40 HEDGES BANKS DR<br>EAST HAMPTON, NY 11937-3505 | 890.35 00.00 002.034 | Deed Record for SUFFOLK, NY<br>Recording Date : 07/24/2000<br>Document Type : DEED OF TRUST<br>Contract Date : 07/24/2000<br>Data Source : A |

| | |
|---|---|
| Terms: | first-name(Sean) last-name(Combs) street address(40 Hedges Bank Drive) state(NY) zip code(11937) |
| Date/Time: | Wednesday, January 8, 2025 6:17 AM |
| Permissible Use: | Your DPPA Permissible Use: Litigation |
| | Your Secondary DPPA Permissible Use: None |
| | Your GLBA Permissible Use: I have no permissible use |

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

---

**End of Document**