# EXHIBIT 3





| | |
|---|---|
| Search: | Public Records : Real Property |
| Terms: | first-name(Sean) last-name(Combs) street address(27 Burning Hollow Road) city(Saddle River) state(NJ) zip code(07458) |

| No. | Name Information | Property Address | APN | Jurisdiction |
|---|---|---|---|---|
| 1 | **Buyer**<br><br>SHAFRAN, JASON<br>27 BURNING HOLLOW RD<br>SADDLE RIVER, NJ 07458-2940<br><br>SHAFDAN, ADAM<br>27 BURNING HOLLOW RD<br>SADDLE RIVER, NJ 07458-2940<br><br>**Seller**<br><br>COMBS, SEAN<br>27 BURNING HOLLOW RD<br>SADDLE RIVER, NJ 07458-2940 | 27 BURNING HOLLOW RD<br>SADDLE RIVER, NJ 07458-2940 | 01807-0000-00004 | Deed Record for BERGEN, NJ<br><br>Recording Date : 07/24/1998<br>Document Type : DEED<br>Contract Date : 07/02/1998<br>Data Source : B |

| | |
|---|---|
| Terms: | first-name(Sean) last-name(Combs) street address(27 Burning Hollow Road) city(Saddle River) state(NJ) zip code(07458) |
| Date/Time: | Tuesday, February 4, 2025 10:15 PM |
| Permissible Use: | Your DPPA Permissible Use: Litigation<br>Your Secondary DPPA Permissible Use: None<br>Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer |

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**