# EXHIBIT 4





Search Terms: Public Records : Real Property
street address(207 Anderson Avenue) city(Alpine) state(NJ) zip code(07624)

| No. | Name Information | Property Address | APN | Jurisdiction |
|---|---|---|---|---|
| 1 | Owner<br>ALPINE ESTATES LLC<br><br>Seller<br>207 ANDERSON LLC | 207 ANDERSON AVE<br>ALPINE, NJ 07620 | 02-00080-0000-00005 | Assessment Record for BERGEN, NJ<br>Recording Date : 10/07/2016<br>Tax Year : 2023<br>Data Source : A |
| 2 | Buyer<br>KEELE , KATHRYN<br>16915 SHIPSWATCH PL<br>CORNELIUS, NC 28031-5519<br><br>Seller<br>PASTORE , JAMIN<br>207 ANDERSON AVE<br>ALPINE, NJ 07620<br><br>PASQUARELLA , NATALIE<br>207 ANDERSON AVE<br>ALPINE, NJ 07620 | 17019 BELLE ISLE DR<br>CORNELIUS, NC 28031-7716 | 001-312-76 | Deed Record for MECKLENBURG, NC<br>Recording Date : 02/16/2018<br>Document Type : WARRANTY DEED<br>Contract Date : 02/16/2018<br>Data Source : B |
| 3 | Buyer<br>ALPINE ESTATES LLC<br>207 ANDERSON AVE<br>ALPINE, NJ 07620<br><br>Seller<br>ALPINE ESTATES LLC<br>207 ANDERSON AVE<br>ALPINE, NJ 07620 | 207 ANDERSON AVE<br>ALPINE, NJ 07620 | 02 00080-0000-00005 | Deed Record for BERGEN, NJ<br>Recording Date : 09/12/2017<br>Document Type : INTRAFAMILY TRANSFER & DISSOLUTION<br>Contract Date : 08/08/2017<br>Data Source : B |
| 4 | Buyer<br>207 ANDERSON LLC<br>207 ANDERSON AVE<br>ALPINE, NJ 07620 | 207 ANDERSON AVE<br>ALPINE, NJ 07620 | 00080-0000-00005 | Deed Record for BERGEN, NJ<br>Recording Date : 08/24/2004 |

| No. | Name Information | Property Address | APN | Jurisdiction |
|-----|------------------|------------------|-----|--------------|
|     |                  |                  |     | Document Type : DEED OF TRUST<br>Contract Date : 08/12/2004<br>Data Source : A |

| | |
|---|---|
| Terms: | street address(207 Anderson Avenue) city(Alpine) state(NJ) zip code(07624) |
| Date/Time: | Tuesday, February 4, 2025 10:18 PM |
| Permissible Use: | Your DPPA Permissible Use: Litigation |
| | Your Secondary DPPA Permissible Use: None |
| | Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer |

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**