# EXHIBIT 9





## Zoning and Land Use

Tax Lots ☐    ⓘ

Zoning Districts    ⓘ

   Commercial Districts 🟥

   Manufacturing Districts 🟪

   Residence Districts 🟨

   Parks 🟩

   Battery Park City ⬜

Commercial Overlays ☐    ⓘ

   C1-1 through C1-5

   C2-1 through C2-5

### Basemaps

Subways ▬▬▬

Building Footprints ☐    ⓘ

---

## INDIVIDUAL LANDMARK
### 97 EAST END AVENUE, 10028

Manhattan (Borough 1) | Block 1592 | Lot 1

**+ Add Another Tax Lot for Comparison**

TAX LOT | BBL 1015920001

       

**Zoning District:** ↗ PARK

INTERSECTING MAP LAYERS ⓘ :

↗ Historic District *Individual Landmark*
↗ FRESH Zone
↗ Waterfront Block
↗ Coastal Zone
↗ Flood Zone *Effective Flood Insurance Rate Maps 2007*
↗ Flood Zone *Preliminary Flood Insurance Rate Maps 2015*

ZONING DETAILS:

↗ Digital Tax Map
↗ Zoning Map: 9a (PDF)
↗ Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner Type | City |
| Owner | Show Owner |
| Land Use | Open Space & Outdoor Recreation |
| Lot Area | 634,000 sq ft |
| Lot Frontage | 999.67 ft |
| Lot Depth | 387.42 ft |
| Year Built | 1801 |
| Year Altered | 1965 |
| Building Class | Outdoor Recreation Facilities - Parks/Recreation Facilities ( Q1 ) |
| Number of Buildings | 4 |
| Number of Floors | 2 |
| Gross Floor Area | 7,500 sq ft |
| Total # of Units | 1 |
| Building Info ⓘ | ↗ BISWEB |
| Property Records ⓘ | ↗ View ACRIS |
| Housing Info ⓘ | ↗ View HPD's Building, Registration & Violation Records |
| Community District | ↗ Manhattan Community District 8 |
| City Council District | ↗ Council District 5 |
| School District | 02 |
| Police Precinct | 19 |
| Fire Company | E022 |
| Sanitation Borough | 1 |
| Sanitation District | 08 |

Privacy · Terms