# **EXHIBIT 10**





**200 EAST 83RD STREET, 10028**
Manhattan (Borough 1) | Block 1528 | Lot 7501

TAX LOT | BBL 1015287501

**Zoning District:** C1-9

INTERSECTING MAP LAYERS:
None found

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 9a (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Mixed Residential & Commercial Buildings |
| Lot Area | 10,388 sq ft |
| Lot Frontage | 102.17 ft |
| Lot Depth | 101.67 ft |
| Year Built | 2021 |
| Year Altered | 2021 |
| Building Class | Condominiums - Mixed Residential & Commercial Building (Mixed Residential & Commercial) ( RM ) |
| Number of Buildings | 1 |
| Number of Floors | 35 |
| Gross Floor Area | 191,958 sq ft |
| Total # of Units | 87 |
| Residential Units | 86 |
| Condominium Number | 3122 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 8 |
| City Council District | Council District 5 |
| School District | 02 |
| Police Precinct | 19 |
| Fire Company | E022 |
| Sanitation Borough | 1 |
| Sanitation District | 08 |

## Zoning and Land Use

Tax Lots

Zoning Districts
  Commercial Districts
  Manufacturing Districts
  Residence Districts
  Parks
  Battery Park City

Commercial Overlays
  C1-1 through C1-5
  C2-1 through C2-5

## Basemaps

Subways
Building Footprints

Add Another Tax Lot for Comparison