# EXHIBIT 11





### 15 CENTRAL PARK WEST, 10023

Manhattan (Borough 1) | Block 1114 | Lot 7503

**Zoning and Land Use**

- Tax Lots
- Zoning Districts
  - Commercial Districts
  - Manufacturing Districts
  - Residence Districts
  - Parks
  - Battery Park City
- Commercial Overlays
  - C1-1 through C1-5
  - C2-1 through C2-5

**Basemaps**

- Subways
- Building Footprints

Add Another Tax Lot for Comparison

TAX LOT | BBL 1011147503

**Zoning Districts:** C4-7    L

INTERSECTING MAP LAYERS:
None found

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 8c (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Mixed Residential & Commercial Buildings |
| Lot Area | 57,899 sq ft |
| Lot Frontage | 232.31 ft |
| Lot Depth | 346.64 ft |
| Year Built | 2005 |
| Building Class | Condominiums - Mixed Residential & Commercial Building (Mixed Residential & Commercial) ( RM ) |
| Number of Buildings | 2 |
| Number of Floors | 37 |
| Gross Floor Area | 695,701 sq ft |
| Total # of Units | 231 |
| Residential Units | 229 |
| Condominium Number | 1653 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 7 |
| City Council District | Council District 6 |
| School District | 03 |
| Police Precinct | 20 |
| Fire Company | E040 |
| Sanitation Borough | 1 |
| Sanitation District | 07 |
| Sanitation Subsection | 1A |