# EXHIBIT 12





**Zoning and Land Use**

Tax Lots ☐

Zoning Districts
- Commercial Districts 🟥
- Manufacturing Districts 🟪
- Residence Districts 🟨
- Parks 🟩
- Battery Park City ⬜

Commercial Overlays ☐
- C1-1 through C1-5
- C2-1 through C2-5

**Basemaps**

Subways ———
Building Footprints ☐

## INDIVIDUAL LANDMARK
### 2211 BROADWAY, 10024

Manhattan (Borough 1) | Block 1170 | Lot 7502

      

➕ Add Another Tax Lot for Comparison

TAX LOT | BBL 1011707502

**Zoning Districts:**  R10A   C4-6A   EC-3

INTERSECTING MAP LAYERS ⓘ :

Historic District  West End-Collegiate Historic District Extension

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 5d (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Mixed Residential & Commercial Buildings |
| Lot Area | 50,525 sq ft |
| Lot Frontage | 204.33 ft |
| Lot Depth | 248.33 ft |
| Year Built | 1908 |
| Building Class | Condominiums - Mixed Residential & Commercial Building (Mixed Residential & Commercial) ( RM ) |
| Number of Buildings | 1 |
| Number of Floors | 12 |
| Gross Floor Area | 423,311 sq ft |
| Total # of Units | 160 |
| Residential Units | 153 |
| Condominium Number | 2128 |
| Building Info ⓘ | BISWEB |
| Property Records ⓘ | View ACRIS |
| Housing Info ⓘ | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 7 |
| City Council District | Council District 6 |
| School District | 03 |
| Police Precinct | 20 |
| Fire Company | L025 |
| Sanitation Borough | 1 |
| Sanitation District | 07 |