# EXHIBIT 13





### INDIVIDUAL LANDMARK
**2360 BROADWAY, 10024**

Manhattan (Borough 1) | Block 1234 | Lot 7503

+ Add Another Tax Lot for Comparison

TAX LOT | BBL 1012347503

**Zoning and Land Use**

Tax Lots

Zoning Districts
- Commercial Districts
- Manufacturing Districts
- Residence Districts
- Parks
- Battery Park City

Commercial Overlays
- C1-1 through C1-5
- C2-1 through C2-5

**Basemaps**

Subways

Building Footprints

**Zoning Districts:** R10A  C4-6A  R8  C1-9  EC-2  EC-3  C1-5

INTERSECTING MAP LAYERS:
None found

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 5d (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Mixed Residential & Commercial Buildings |
| Lot Area | 67,675 sq ft |
| Lot Frontage | 201.92 ft |
| Lot Depth | 343.25 ft |
| Year Built | 1920 |
| Building Class | Condominiums - Mixed Residential & Commercial Building (Mixed Residential & Commercial) ( RM ) |
| Number of Buildings | 1 |
| Number of Floors | 12 |
| Gross Floor Area | 559,947 sq ft |
| Total # of Units | 213 |
| Residential Units | 209 |
| Condominium Number | 2543 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 7 |
| City Council District | Council District 6 |
| School District | 03 |
| Police Precinct | 24 |
| Fire Company | E074 |
| Sanitation Borough | 1 |
| Sanitation District | 07 |

Powered by ZoLa | zola.planning.nyc.gov | NYC Department of City Planning