# EXHIBIT 14





### 60 EAST 88 STREET, 10128

Manhattan (Borough 1) | Block 1499 | Lot 7501

TAX LOT | BBL 1014997501

**Zoning District:** R8B

| | | |
|---|---|---|
| INTERSECTING MAP LAYERS : | Owner | Show Owner |
| None found | Land Use | Mixed Residential & Commercial Buildings |
| ZONING DETAILS: | Lot Area | 9,009 sq ft |
| Digital Tax Map | Lot Frontage | 87.65 ft |
| Zoning Map: 8c (PDF) | Lot Depth | 100.71 ft |
| Historical Zoning Maps (PDF) | Year Built | 1986 |
| | Building Class | Condominiums - Mixed Residential & Commercial Building (Mixed Residential & Commercial) ( RM ) |
| | Number of Buildings | 1 |
| | Number of Floors | 15 |
| | Gross Floor Area | 56,395 sq ft |
| | Total # of Units | 23 |
| | Residential Units | 18 |
| | Condominium Number | 343 |
| | Building Info | BISWEB |
| | Property Records | View ACRIS |
| | Housing Info | View HPD's Building, Registration & Violation Records |
| | Community District | Manhattan Community District 8 |
| | City Council District | Council District 4 |
| | School District | 02 |
| | Police Precinct | 19 |
| | Fire Company | L013 |
| | Sanitation Borough | 1 |
| | Sanitation District | 08 |
| | Sanitation Subsection | 5A |

**Zoning and Land Use**

Tax Lots
Zoning Districts
  Commercial Districts
  Manufacturing Districts
  Residence Districts
  Parks
  Battery Park City
Commercial Overlays
  C1-1 through C1-5
  C2-1 through C2-5

**Basemaps**

Subways
Building Footprints