# EXHIBIT 15





### Zoning and Land Use

Tax Lots ☐

Zoning Districts
- Commercial Districts 🟥
- Manufacturing Districts 🟪
- Residence Districts 🟨
- Parks 🟩
- Battery Park City ⬜

Commercial Overlays ☐
- C1-1 through C1-5
- C2-1 through C2-5

### Basemaps

Subways ▬▬

Building Footprints ☐

## 435 EAST 52 STREET, 10022

Manhattan (Borough 1) | Block 1364 | Lot 22

**+ Add Another Tax Lot for Comparison**

TAX LOT | BBL 1013640022

**Zoning District:** R10

| | | |
|---|---|---|
| **INTERSECTING MAP LAYERS** : | Owner | Show Owner |
| Coastal Zone | Land Use | Multi-Family Elevator Buildings |
| Flood Zone Effective Flood Insurance Rate Maps 2007 | Lot Area | 54,050 sq ft |
| Flood Zone Preliminary Flood Insurance Rate Maps 2015 | Lot Frontage | 260.92 ft |
| | Lot Depth | 201.5 ft |
| **ZONING DETAILS:** | Year Built | 1931 |
| Digital Tax Map | Building Class | Elevator Apartments - Cooperatives (Other Than Condominiums) ( D4 ) |
| Zoning Map: 8d (PDF) | Number of Buildings | 1 |
| Historical Zoning Maps (PDF) | Number of Floors | 26 |
| | Gross Floor Area | 460,973 sq ft |
| | Total # of Units | 79 |
| | Residential Units | 77 |
| | Building Info | BISWEB |
| | Property Records | View ACRIS |
| | Housing Info | View HPD's Building, Registration & Violation Records |
| | Community District | Manhattan Community District 6 |
| | City Council District | Council District 4 |
| | School District | 02 |
| | Police Precinct | 17 |
| | Fire Company | E008 |
| | Sanitation Borough | 1 |
| | Sanitation District | 06 |
| | Sanitation Subsection | 3A |

Powered by ZoLa  |  zola.planning.nyc.gov  |  NYC Department of City Planning

Privacy · Terms