# EXHIBIT 16





## 1185 PARK AVENUE, 10128

Manhattan (Borough 1)  |  Block 1522  |  Lot 1

**Add Another Tax Lot for Comparison**

TAX LOT | BBL 1015220001

**Zoning Districts:**  R8B   R10   PI

INTERSECTING MAP LAYERS:

Historic District — Expanded Carnegie Hill Historic District

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 6b (PDF)
- Historical Zoning Maps (PDF)

| Field | Value |
|---|---|
| Owner | Show Owner |
| Land Use | Multi-Family Elevator Buildings |
| Lot Area | 50,857 sq ft |
| Lot Frontage | 201.42 ft |
| Lot Depth | 255 ft |
| Year Built | 1929 |
| Year Altered | 2020 |
| Building Class | Elevator Apartments - Cooperatives (Other Than Condominiums) ( D4 ) |
| Number of Buildings | 1 |
| Number of Floors | 15 |
| Gross Floor Area | 550,905 sq ft |
| Total # of Units | 172 |
| Residential Units | 172 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 8 |
| City Council District | Council District 5 |
| School District | 02 |
| Police Precinct | 19 |
| Fire Company | E053 |
| Sanitation Borough | 1 |
| Sanitation District | 08 |
| Sanitation Subsection | 5A |

### Zoning and Land Use

Tax Lots ☐

Zoning Districts
- Commercial Districts ▪
- Manufacturing Districts ▪
- Residence Districts ▪
- Parks ▪
- Battery Park City ▪

Commercial Overlays ☐
- C1-1 through C1-5
- C2-1 through C2-5

### Basemaps

Subways ━━

Building Footprints ☐