# EXHIBIT 17





### INDIVIDUAL LANDMARK
**455 CENTRAL PARK WEST, 10025**

Manhattan (Borough 1) | Block 1841 | Lot 7503

        

+ Add Another Tax Lot for Comparison

TAX LOT | BBL 1018417503

**Zoning District:** R8

INTERSECTING MAP LAYERS:
- Historic District Individual Landmark
- FRESH Zone

ZONING DETAILS:
- Digital Tax Map
- Zoning Map: 5d (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Multi-Family Elevator Buildings |
| Lot Area | 42,586 sq ft |
| Lot Frontage | 201.83 ft |
| Lot Depth | 211 ft |
| Year Built | 2002 |
| Building Class | Condominiums - Residential Unit in Elevator Bldg ( R4 ) |
| Number of Buildings | 1 |
| Number of Floors | 25 |
| Gross Floor Area | 214,360 sq ft |
| Total # of Units | 166 |
| Residential Units | 100 |
| Condominium Number | 1387 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 7 |
| City Council District | Council District 7 |
| School District | 03 |
| Police Precinct | 24 |
| Fire Company | E076 |
| Sanitation Borough | 1 |
| Sanitation District | 07 |

**Zoning and Land Use**

Tax Lots ☐

Zoning Districts
- Commercial Districts ■
- Manufacturing Districts ■
- Residence Districts ■
- Parks ■
- Battery Park City ■

Commercial Overlays ☐
- C1-1 through C1-5
- C2-1 through C2-5

**Basemaps**

Subways ─────

Building Footprints ☐