# EXHIBIT 18





## Zoning and Land Use

Tax Lots ☐                                          ⓘ

Zoning Districts                                     ⓘ

  Commercial Districts 🟥

  Manufacturing Districts 🟪

  Residence Districts 🟨

  Parks 🟩

  Battery Park City ⬜

Commercial Overlays ☐                               ⓘ

  C1-1 through C1-5

  C2-1 through C2-5

## Basemaps

Subways ——

Building Footprints ☐                               ⓘ

---

## 866 UNITED NATIONS PLAZA, 10017

Manhattan (Borough 1) | Block 1360 | Lot 7501

➕ Add Another Tax Lot for Comparison

TAX LOT | BBL 1013607501

      

**Zoning District:** ⧉ C5-2

INTERSECTING MAP LAYERS ⓘ :

⧉ Coastal Zone

ZONING DETAILS:

⧉ Digital Tax Map

⧉ Zoning Map: 8d (PDF)

⧉ Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | **Show Owner** |
| Land Use | **Commercial & Office Buildings** |
| Lot Area | **88,357 sq ft** |
| Lot Frontage | **207.05 ft** |
| Lot Depth | **444 ft** |
| Year Built | **1967** |
| Year Altered | **2009** |
| Building Class | **Condominiums - Commercial Building (Mixed Commercial Condo Building Classification Codes)** ( RC ) |
| Number of Buildings | **1** |
| Number of Floors | **37** |
| Gross Floor Area | **306,964 sq ft** |
| Total # of Units | **85** |
| Condominium Number | **2692** |
| Building Info ⓘ | ⧉ **BISWEB** |
| Property Records ⓘ | ⧉ **View ACRIS** |
| Housing Info ⓘ | ⧉ **View HPD's Building, Registration & Violation Records** |
| Community District | ⧉ **Manhattan Community District 6** |
| City Council District | ⧉ **Council District 4** |
| School District | **02** |
| Police Precinct | **17** |
| Fire Company | **L002** |
| Sanitation Zone | **a** |
| Sanitation District | **06** |

zola.planning.nyc.gov  |  NYC Department of City Planning