# EXHIBIT 19





## INDIVIDUAL LANDMARK
### 1921 ADAM C POWELL BLVD, 10026

Manhattan (Borough 1) | Block 1901 | Lot 1

TAX LOT | BBL 1019010001

**Zoning District:** R7-2   C1-4

**INTERSECTING MAP LAYERS:**
- Historic District — Individual Landmark
- FRESH Zone
- Appendix I

**ZONING DETAILS:**
- Digital Tax Map
- Zoning Map: 6b (PDF)
- Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Multi-Family Elevator Buildings |
| Lot Area | 35,321 sq ft |
| Lot Frontage | 201.83 ft |
| Lot Depth | 175 ft |
| Year Built | 1901 |
| Year Altered | 1963 |
| Building Class | Elevator Apartments - Fireproof (Without Stores) ( D3 ) |
| Number of Buildings | 1 |
| Number of Floors | 8 |
| Gross Floor Area | 205,030 sq ft |
| Total # of Units | 100 |
| Residential Units | 100 |
| Building Info | BISWEB |
| Property Records | View ACRIS |
| Housing Info | View HPD's Building, Registration & Violation Records |
| Community District | Manhattan Community District 10 |
| City Council District | Council District 9 |
| School District | 03 |
| Police Precinct | 28 |
| Fire Company | E058 |
| Sanitation Borough | 1 |
| Sanitation District | 10 |

**Zoning and Land Use**

- Tax Lots
- Zoning Districts
  - Commercial Districts
  - Manufacturing Districts
  - Residence Districts
  - Parks
  - Battery Park City
- Commercial Overlays
  - C1-1 through C1-5
  - C2-1 through C2-5

**Basemaps**
- Subways
- Building Footprints

Powered by ZoLa | zola.planning.nyc.gov | NYC Department of City Planning

Privacy · Terms