# EXHIBIT 20





Tax Lots ☐

Zoning Districts

  Commercial Districts 🟥

  Manufacturing Districts 🟪

  Residence Districts 🟨

  Parks 🟩

  Battery Park City ⬛

Commercial Overlays ☐

  C1-1 through C1-5

  C2-1 through C2-5

### Basemaps

Subways ▬▬▬

Building Footprints ☐

## INDIVIDUAL LANDMARK
## 121 CENTRAL PARK WEST, 10023

Manhattan (Borough 1) | Block 1125 | Lot 25

**+ Add Another Tax Lot for Comparison**

TAX LOT | BBL 1011250025

**Zoning Districts:** ↗ **R10A** ↗ **R8B**

INTERSECTING MAP LAYERS ⓘ :

↗ Historic District Upper West Side / Central Park West Historic District

ZONING DETAILS:

↗ Digital Tax Map

↗ Zoning Map: 8c (PDF)

↗ Historical Zoning Maps (PDF)

| | |
|---|---|
| Owner | Show Owner |
| Land Use | Multi-Family Elevator Buildings |
| Lot Area | 40,866 sq ft |
| Lot Frontage | 204.33 ft |
| Lot Depth | 200.17 ft |
| Year Built | 1884 |
| Year Altered | 2015 |
| Building Class | Elevator Apartments - Cooperatives (Other Than Condominiums) ( D4 ) |
| Number of Buildings | 1 |
| Number of Floors | 9.5 |
| Gross Floor Area | 309,608 sq ft |
| Total # of Units | 83 |
| Residential Units | 83 |
| Building Info ⓘ | ↗ BISWEB |
| Property Records ⓘ | ↗ View ACRIS |
| Housing Info ⓘ | ↗ View HPD's Building, Registration & Violation Records |
| Community District | ↗ Manhattan Community District 7 |
| City Council District | ↗ Council District 6 |
| School District | 03 |
| Police Precinct | 20 |
| Fire Company | L025 |
| Sanitation Borough | 1 |
| Sanitation District | 07 |