USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/5/2025

**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

February 4, 2025

**VIA ECF**
**TORRES_NYSDCHAMBERS@NYSD.USCOURTS.GOV**

Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   ***Jane Doe v. Sean Combs et al.,*** **24-cv-07975-AT**

Dear Judge Torres:

We write on behalf of Defendant Shawn Carter to respectfully request that Mr. Carter's Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11 (Dkt. No. 60) be withdrawn at this time, without prejudice. We have discussed this matter with counsel for Plaintiff who consents to this submission and agrees the withdrawal is without prejudice.

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Alex Spiro/*

Alex Spiro

CC: All Counsel of Record

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.

SO ORDERED.

Dated:  February 5, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge