UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>*Plaintiff,*<br><br>-against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, and ORGANIZATIONAL DOES 1-10,<br><br>*Defendants.* | Case No.: 1:24-cv-07975-AT<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, by and through her undersigned counsel, hereby gives notice that the above-captioned Action is voluntarily dismissed with prejudice. Counsel for Plaintiff have discussed this matter with counsel for each Defendant, who acknowledge and consent to this submission.

Dated: New York, New York
February 14, 2025

**CURIS LAW, PLLC**

By: _____
Antigone Curis
52 Duane Street, 7th Fl.
New York, NY 10007
(646) 335-7220
antigone@curislaw.com

— AND —

**THE BUZBEE LAW FIRM**
Anthony G. Buzbee
Texas Bar No. 24001820

1

— AND —

**AVA LAW GROUP**
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for Jane Doe*

### SO ORDERED

_____
Judge Analisa Torres
United States District Judge

Dated: _____, 2025

2